UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-21570-Civ-Zloch

UNITED STATES OF AMERICA,

      Plaintiff,

          v.

MIAMI-DADE COUNTY;
BOARD OF COUNTY COMMISSIONERS,
MIAMI-DADE COUNTY;
PUBLIC HEALTH TRUST,
MIAMI-DADE COUNTY

      Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

The Plaintiff, United States of America, by and through the undersigned Assistant U.S. Attorney, files this Notice of Entry of Parties, as follows:

**FOR THE UNITED STATES:**

Veronica Harrell-James
Assistant U.S. Attorney
99 N.E. 4th Court, 3rd Floor
Miami, Florida  33132
Fla. Bar No.:  644791
Tel. No.:  (305) 961-9327
Fax No.:  (305) 530-7139
Veronica.Harrell-James@usdoj.gov

LAURA COON
Special Counsel
Special Litigation Section
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C.  20530
Tel. No.:  (202) 514-6255
Laura.Coon@usdoj.gov

REGINA M. JANSEN
Trial Attorney
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, D.C.  20530
Tel. No.:  (202) 305-1775
Fax No.:  (202) 514-6273
regina.jansen@usdoj.gov


**FOR THE DEFENDANTS**
**MIAMI-DADE COUNTY:**

BERNARDO PASTOR
Assistant County Attorney
Stephen P. Clark Center, Suite 2810
111 N.W. 1st Street
Miami, Florida 33128-1993
Tel:  (305) 375-1506
Fax:  (305) 375-5611
Pastor@miamidade.gov


    Respectfully submitted this 1st day of May, 2013.

                                           FOR THE UNITED STATES

                                           WIFREDO A. FERRER

                            By:     /s/ Veronica Harrell-James
                                         Veronica Harrell-James
                                         Assistant U.S. Attorney
                                         99 N.E. 4th Court, 3rd Floor
                                         Miami, Florida  33132
                                         Fla. Bar No.:  644791
                                         Tel. No.:  (305) 961-9327
                                         Fax No.:  (305) 530-7139
                                         Veronica.Harrell-James@usdoj.gov

**Certificate of Service**

I hereby certify that on May 1, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Veronica Harrell-James
Veronica Harrell-James
Assistant United States Attorney

**SERVICE LIST**

United States of America v. Miami-Dade County
United States District Court, Southern District of Florida
Case No. 13-21570-Civ-Zloch

BERNARDO PASTOR
Assistant County Attorney
Stephen P. Clark Center, Suite 2810
111 N.W. 1st Street
Miami, Florida 33128-1993
Tel: (305) 375-1506
Fax: (305) 375-5611
Pastor@miamidade.gov
Attorney for Defendant