.**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 13-cv-21570-BLOOM**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MIAMI-DADE COUNTY, THE BOARD
OF COUNTY COMMISSIONERS, *et al.*,

      Defendants.

_____/

## ORDER ON JOINT MOTION TO TERMINATE CERTAIN INDIVIDUAL SUBSTANTIVE PROVISIONS OF THE CONSENT AGREEMENT

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Terminate Certain Individual Substantive Provisions of the Consent Agreement, ECF No. [208] ("Motion"), filed on March 15, 2021. The Court has carefully considered the Motion and the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [208]**, is **GRANTED** as set forth below.

Pursuant to Section VII.C of the Consent Agreement, and the United States' finding that Defendants have maintained sustained substantial compliance for at least eighteen (18) months, the following provisions of the Consent Agreement are terminated:

1. Subsection III.A.3. Access to Medical and Mental Health Care;

2. Subsection III.A.5. Record Keeping;

3. Subsection III.B.1. Acute Care and Detoxification;

4. Subsection III.B.2. Chronic Care;

5. Subsection III.B.3. Use of Force Care;

6.   Subsection III.C.4. Review of Disciplinary Measures;

7.   Subsection III.C.7. Staffing and Training;

8.   Subsection III.C.8. Suicide Prevention Training;

9.   Subsection III.C.9. Risk Management;

10. Subsection III.D.1. Self Audits;

11. Subsection III.D.2. Bi-Annual Reports; and,

12. Section IV. Compliance and Quality Improvement.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 17, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record