UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-21570-CIV-BLOOM

UNITED STATES OF AMERICA

    Plaintiff,

v.

MIAMI-DADE COUNTY, THE BOARD
OF COUNTY COMMISSIONERS, *et. al.*,

    Defendants.

_____/

# NOTICE OF FILING UNITED STATES' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

    Plaintiff, United States of America, by and through the undersigned Trial Attorney for the United States, hereby gives Notice of Filing the attached United States' Response to the Court's Order to Show Cause, dated September 16, 2022.

    Respectfully Submitted,

| | |
|---|---|
| JUAN ANTONIO GONZALEZ | KRISTEN CLARKE |
| United States Attorney | Assistant Attorney General |
| Southern District of Florida | Civil Rights Division |
| | |
| | STEVEN H. ROSENBAUM |
| | Chief |
| | Civil Rights Division |
| | Special Litigation Section |

VERONICA HARRELL-JAMES
Assistant U.S. Attorney
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Florida Bar No. 644791
Veronica.Harrell-James@usdoj.gov
(305) 961-9327

LAURA L. COWALL (DC #481379)
Deputy Chief
laura.cowall@usdoj.gov
(202) 514-1089
(202) 514-0212 (fax)


 /s/ *William G. Maddox*
WILLIAM G. MADDOX (DC #421564)
Special Florida Bar No. A5502483
Trial Attorney
William.maddox@usdoj.gov
(202) 514-6251
(202) 514-0212



United States Department of Justice
Civil Rights Division
Special Litigation Section
150 M Street, N.E.
Washington, DC 20002

DATED:   September 26, 2022

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 16, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

      */s/ William G. Maddox*
William G. Maddox (DC #421564)
Attorney for the United States
United States Department of Justice
Civil Rights Division
Special Litigation Section
150 M Street, N.E. – Room 10.1128
Washington, D.C. 20530