UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-21570-CIV-BLOOM

UNITED STATES OF AMERICA

    Plaintiff,

v.

MIAMI-DADE COUNTY, THE BOARD
OF COUNTY COMMISSIONERS, *et. al.*,

    Defendants.

_____/

# NOTICE OF FILING REPORT NO. 15
# OF THE INDEPENDENT MONITORS

    Plaintiff, United States of America, hereby gives Notice of Filing the attached Report No. 15 of the Independent Monitors, dated November 22, 2022.

    Respectfully Submitted,

| | |
|---|---|
| JUAN ANTONIO GONZALEZ | KRISTEN CLARKE |
| United States Attorney | Assistant Attorney General |
| Southern District of Florida | Civil Rights Division |
| | |
| | STEVEN H. ROSENBAUM |
| | Chief |
| | Civil Rights Division |
| | Special Litigation Section |

| | |
|---|---|
| VERONICA HARRELL-JAMES<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Southern District of Florida<br>99 N.E. 4th Street, Suite 300<br>Miami, Florida 33132<br>Florida Bar No. 644791<br>Veronica.Harrell-James@usdoj.gov<br>(305) 961-9327 | LAURA L. COWALL (DC #481379)<br>Deputy Chief<br>laura.cowall@usdoj.gov<br>(202) 514-1089<br>(202) 514-0212 (fax) |

    /s/ *William G. Maddox*
WILLIAM G. MADDOX (DC #421564)
Special Florida Bar No. A5502483
Trial Attorney
William.maddox@usdoj.gov
(202) 514-6251
(202) 514-0212

United States Department of Justice
Civil Rights Division
Special Litigation Section
150 M Street, N.E.
Washington, DC 20002

DATED:  November 22, 2022

## CERTIFICATE OF SERVICE

      I hereby certify that on November 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

      */s/ William G. Maddox*
William G. Maddox (DC #421564)
Attorney for the United States
United States Department of Justice
Civil Rights Division
Special Litigation Section
150 M Street, N.E. – Room 10.1128
Washington, D.C. 20530