**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 13-cv-21570-BLOOM**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIAMI-DADE COUNTY, THE BOARD
OF COUNTY COMMISSIONERS, *et al.*,

    Defendants.

_____/

**<u>NOTICE OF FILING INDEPENDENT COMPLIANCE DIRECTOR'S
SELF-ASSESSMENT REPORT</u>**

In compliance with this Court's Order issued on February 15, 2023 and docketed on February 16, 2023 [ECF No. 260], the Independent Compliance Director hereby files the attached Independent Compliance Director's Self-Assessment Report. The attached report was authored by the Independent Compliance Director and does not constitute a statement of the Defendants.

Dated: June 5, 2023

RESPECTFULLY SUBMITTED,

GERALDINE BONZON-KEENAN
Miami-Dade County Attorney
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128


By:   */s/ Ben Simon*
      Benjamin D. Simon
      Florida Bar No. 643378
      email: bdsimon@miamidade.gov
      Bernard Pastor
      Florida Bar No. 0046582
      e-mail: pastor@miamidade.gov
      Assistant County Attorneys
      Phone: (305) 375-5151
      Fax: (305) 375-5611
      Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

*/s/ Ben Simon*
Benjamin D. Simon
Assistant County Attorney

## **SERVICE LIST**

*United States of America v. Miami-Dade County, et al.,*
United States District Court, Southern District of Florida
Case No. 13-cv-21570-Bloom

Laura Cowall
U.S. Department of Justice
Special Litigation Section
601 D Street NW
Washington, DC 20004
202-514-1089
Email: Laura.Cowall@usdoj.gov

William Maddox
U.S. Department of Justice
Special Litigation Section
601 D Street NW
Washington, DC 20004
202-514-6251
Email: William.Maddox@usdoj.gov

Bernard Pastor
Benjamin D. Simon
Assistant County Attorneys
Stephen P. Clark Center, Suite 2810
111 N.W. 1st Street
Miami, Florida 33128-1993
Tel: (305) 375-1506
Fax: (305) 375-5611
Pastor@miamidade.gov
Bdsimon@miamidade.gov

Veronica Vanessa Harrell-James
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9327
Email: Veronica.Harrell-James@usdoj.gov