UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-21570-CIV-BLOOM

UNITED STATES OF AMERICA

    Plaintiff,

v.

MIAMI-DADE COUNTY, THE BOARD
OF COUNTY COMMISSIONERS, *et. al.*,

    Defendants.

_____/

**NOTICE OF FILING REPORT NO. 16
OF THE INDEPENDENT MONITORS**

    Plaintiff, United States of America, hereby gives Notice of Filing the attached Report No. 16 of the Independent Monitors, dated August 25, 2023.

                                      Respectfully Submitted,

JUAN ANTONIO GONZALEZ          KRISTEN CLARKE
United States Attorney                 Assistant Attorney General
Southern District of Florida            Civil Rights Division

                                        STEVEN H. ROSENBAUM
                                        Chief
                                        Civil Rights Division
                                        Special Litigation Section

VERONICA HARRELL-JAMES
Assistant U.S. Attorney
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Florida Bar No. 644791
Veronica.Harrell-James@usdoj.gov
(305) 961-9327

LAURA L. COWALL (DC #481379)
Deputy Chief
laura.cowall@usdoj.gov
(202) 514-1089
(202) 514-0212 (fax)


 /s/ *William G. Maddox*
WILLIAM G. MADDOX (DC #421564)
Special Florida Bar No. A5502483
Trial Attorney
William.maddox@usdoj.gov
(202) 514-6251
(202) 514-0212

United States Department of Justice
Civil Rights Division
Special Litigation Section
150 M Street, N.E.
Washington, DC 20002

DATED:  September 1, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that on September 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

      */s/ William G. Maddox*
William G. Maddox (DC #421564)
Attorney for the United States
United States Department of Justice
Civil Rights Division
Special Litigation Section
150 M Street, N.E. – Room 10.1128
Washington, D.C. 20530