**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA**

**IN THE MATTER OF**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**MIAMI-DADE COUNTY;
MIAMI-DADE COUNTY BOARD OF
COUNTY
COMMISSIONERS; MIAMI-DADE
COUNTY
PUBLIC HEALTH TRUST**

 **Defendants,**

**1:13-CV-21570 CIV**

**The Honorable Beth Bloom**

---

## Report No. 16 of the Independent Monitors

---

**August 25, 2023**

Monitoring Team

Dr. Kenneth A. Ray, DBH, MEd
Lead Monitor

Dr. Richard G. Dudley, Jr. MD
Mental Health Monitor

Dr. Muthusamy Anandkumar, MD, MBA
Medical Monitor

Kenneth A. Ray Justice Services, LLC
4200 Woodhaven Court Ashland, KY 41102
Email: ken@rjsjusticeservices.com



RJS
Kenneth A. Ray
**JUSTICE SERVICES**

Criminal Justice
Courts
Law Enforcement
Corrections
Security
Healthcare
Institutional

Federal
State
County
Municipal
Communities

Research
Analysis
Assessment
Development
Implementation
Evaluation
Facilitation
Curricula
Coordination
Collaboration

Systems
Technology
Organizational
Leadership
Recruitment
Selection
Staffing
Training

Policy
Procedure
Risk Management
Legal
Litigation

Fiscal Management
Budget
Grants
Procurement
Options
Alternatives

Strategy
Sustainability
Professional
Competent
Confidential
Ethics
Integrity
Performance

Affiliations:





PO Box 1481 Ashland, KY 41105 - 606.694.3031 – ken@rjsjusticeservices.com
------------------------------- *"Dedicated to Public Safety, and to Community Wellness"* -------------------------------

August 24, 2023

To:   The Honorable Beth Bloom
      United States District Court
      Of the Southern District of Florida
      Miami, Florida

From: Dr. Kenneth A. Ray, DBH, MEd
      Court Appointed Independent Monitor

*In re*: The United States of American v. Miami-Dade County, Miami-Dade Board of County
      Commissions, and the Miami-Dade County Public Health Trust
      Case 1:13-CV-21570 CIV

**Re: Monitor's 16th Settlement and Consent Agreements Compliance Report**

Judge Bloom,

On behalf of the Monitoring Team, it is my privilege to submit the 16th Compliance Report. The report represents the culmination of several months of meticulous effort and steadfast collaboration between our monitoring team, United States officials, and the dedicated officials and staff of Miami-Dade County.

Our assessment has been exhaustive and methodical. We scrutinized numerous conditions relating to inmate care and confinement to determine compliance with the pertinent requisites detailed in the governing Agreements. Our work permitted meaningful assessment of Miami-Dade County's practices, shedding light on substantive progress and opportunities necessary for achieving and sustaining compliance.

We have thoughtfully examined Monitor Susan McCampbell's findings and concerns, as outlined in previous monitoring records. This consideration has enabled a measure of continuity to monitoring, facilitating a smooth transition. Concurrently, it has informed and guided our efforts in investigating and addressing Monitor Mc Campbell's specific concerns, thereby enhancing the effectiveness and coherence of our ongoing work.

In conclusion, we eagerly anticipate the opportunity to meet with your Honor at the forthcoming status hearing. The monitoring team is committed to your valued oversight of this vital matter, working towards the shared goal of ensuring the consistent and sustained provision of constitutional rights to those incarcerated at Miami-Dade Department of Corrections and Rehabilitation.

Respectfully,

Dr. Kenneth A. Ray, DBH, MEd, Monitor

KENNETH A. RAY - RJS JUSTICE SERVICES     PO BOX 1481 ASHLAND, KY 41105-1481     PHONE: 606.694.3031 EMAIL: ken@rjsjusticeservices.com

American Psychological Association   National Commission on Correctional Health Care   FBI Law Enforcement Executive Development Association   National Sheriffs' Association
National Association for Civilian Oversight of Law Enforcement   American Correctional Association   Association of Inspectors General
Association for Persons with Developmental Disorders and Mental Health Needs   American Evaluation Association   Police Executive Research Forum   Justice Research and Statistics Association

**MIAMI-DADE COUNTY, FLORIDA**
**DEPARTMENT OF CORRECTIONS & REHABILITATION**

**Court-Appointed Independent Compliance Monitor's**
**16th Compliance Report**

Submitted

August 25, 2023

Dr. Kenneth A. Ray, DBH, MEd
Independent Compliance
Monitor

16th Monitoring Report Table of Contents

Content                                                                                     Page

Filing Page …………………………………………………………………………………   1

Cover Letter…………………………………………………………………………………   2

Cover Page…………………………………………………………………………………...   3

Table of Contents……………………………………………………………………………   4

List of Report Figures………………………………………………………………………   6

I. Introduction………………………………………………………………………………   7

II.  Summary of Compliance Progress………………………………………………………   11

III. Assessment & Monitoring Methodology…………………………………………………   15

   A.  Assessment & Monitoring Activities…………………………………………………   15

   B.  Agreement Structure………………………………………………………………   16

   C.  Compliance Rating…………………………………………………………………   17

   D.  Scorecard…..………………………………………………………………………   18

IV.  Assessment of Substantive Provisions – Settlement & Consent Agreements…………………………   20

   A.  Settlement Agreement Findings & Recommendations……………………………………   20

      • Section III.A. Protection from Harm…………………………………….........   20

         o  Provision III.A.1. Safety & Supervision……………………………………   20

            – Subsection III.A.1.a.(2).: Classification Analysis…………………………   20

            – Subsection III.A.1.a. (11).: Inmate Violence Reduction…………………………   22

         o  Provision III.A.3. Sexual Assault……………………………………………   28

      • Section III.D. Audits & Continuous Improvement……………………………………   30

         o  Provision III.D.1 Self Audits………………………………………………   30

            – Subsections III.D.1.a., b. Quarterly Reporting, CAPS……………………………   30

         o  Provision III.D.2. Bi-Annual Reports………………………………………   35

            – Subsections III.D.2.a, b. Bi-Annual Reporting Content, CAPS………………   35

      • Section IV. Compliance & Quality Improvement……………………………………   35

         o  Provision IV.B. Written Quality Improvement, Policies & Procedures……………   36

   B.  Consent Agreement Findings & Recommendations……………………………………   38

      • Section III.A. Medical & Mental Health Care……………………………………   38

         o  Provision III.A.1. Intake Screenings…………………………………………   38

            – Subsection III.A.1.e. Off-Site Specialty Records……………..………………   38

         o  Provision III.A.2. Health Assessments………………………………………...   40

            – Subsection III.A.2.d. Interdisciplinary Team Maintenance of Risk Profile……   40

         o  Provision III.A.4. Medication Administration & Management……………………   42

– Subsection III.A.4.d. Psychotropic Medication Refusals ...................... 42

o Provision III.A.7. Mortality & Morbidity Reviews.................................. 43

– Subsection III.A.7.a. Implementation............................................. 43

– Subsection III.A.7.b. Address Problems w/in 90 Days.......................... 46

– Subsection III.A.7.c. Bi-Annual Review of Reports & Plans.................. 47

• Section III.C. Mental Health Care & Suicide Prevention.................................. 48

o Provision III.C.1. Referral Process & Access to Care............................... 48

– Subsection III.C.1.a. Mental Health Referral Timeliness...................... 48

o Provision III.C.2. Mental Health Treatment........................................ 50

– Subsection III.C.2.c. Written Initial Treatment Plan........................... 50

o Provision III.C.3. Suicide Assessment & Prevention.............................. 51

– Subsection III.C.3.e. Individualized Treatment Plan........................... 51

o Provision III.C.6. Custodial Segregation.......................................... 53

– Subsection III.C.6.a (4).i. Mental Health Rounds & Treatment.............. 53

– Subsection III.C.6.a. (4). ii. Out of Cell Time Documentation................ 57

– Subsection III.C.6.a.(6). Long-Term Segregation of SMI Prohibited......... 60

V.   Conclusion & Next Steps.................................................................... 62

VI.   Appendices................................................................................... 63

A.   Screening and Suicide Risk Assessment Factors, Triggers, and Thresholds........................ 64

B.   Settlement Agreement Score Card........................................................... 65

C.   Consent Agreement Score Card............................................................. 66

Report Figures

Page

Figure 1. Consent Agreement Provisions & Subsections in Sustained Compliance…………..    12

Figure 2. Settlement Agreement Compliance & Progress to Sunset…………………………..    13

Figure 3. Settlement Agreement Scorecard Summary…………………………………………    13

Figure 4. Consent Agreement Compliance & Progress to Sunset………………………..……    14

Figure 5. Consent Agreement Scorecard Summary……………………………………………    14

Figure 6. Settlement Agreement Sections & Provisions………………………………………    16

Figure 7. Consent Agreement Sections & Provisions…………………………………………    17

Figure 8. Battery on Inmate (BOI) Incidents Per 1000 Inmates & Variances…………………    22

Figure 9. Q1 2023 BOI Per 1000 Inmate Rate Percent Difference to Previous Quarters……..    23

Figure 10. MDCR Substantiated PREA Complaints 2018-2023………………………………    29

Figure 11. MDCR Q1 ADP & Inmate Bed Days 2019 -2023…………………………………    31

Figure 12. MDCR Q1 Reported Inmate Violence (BOI Incidents) 2019 – 2023………………    32

Figure 13. MDCR Q1 Reported Use of Force (RTR) Incidents 2019 – 2023…………………    32

Figure 14. MDCR Q1 Reported Disciplinary Reports (DR) Incidents 2019 – 2023…………..    32

Figure 15. MDCR Q1 Reported Inmate Grievances (IGR) Incidents 2019 – 2023……………    33

Figure 16. MDCR Q1 Reported Contraband (CNTB) Seizures 2019 – 2023…………………    33

Figure 17. MDCR Inmate Mortality & Mortality Rates 2020-2023 (Jan-June) Compared…….    44

Figure 18. CHS Completion of MH & Psychiatric Referral Timeliness June 2023……………    49

Figure 19. SMI Inmates in Segregation Housing – Nov 2022 – July 2023……………………    59

## I.   INTRODUCTION

This assessment concentrates exclusively on the twelve provisions and 18 subsections listed in the 15th report as not having achieved substantial compliance. This includes four provisions and six subsections of the Settlement Agreement and eight provisions and 12 subsections of the Consent Agreement:

Settlement Agreement:

1.  Section III.A. Protection from Harm, 1. Safety & Supervision, Subsection III. A.1.a.(2).
2.  Section III.A. Protection from Harm, 1. Safety & Supervision, Subsection III. A.1.a.(11).
3.  Section III.A. Protection from Harm, 3. Sexual Misconduct.
4.  Section III.D. Audits & Continuous Improvement. 1. Self-Audits, Subsections III.D.1.a, b.
5.  Section III.D. Audits & Continuous Improvement. 2. Bi-Annual Reports. Subsection III.D.a.b.
6.  Section IV.B. Compliance & Quality Improvement.

Consent Agreement:

1.  Section III.A. Medical & Mental Health Care. 1. Intake Screening, Subsection III.A.1.e.
2.  Section III.A. Medical & Mental Health Care. 2. Health Assessments, Subsection III.A.2.d
3.  Section III.A. Medical & Mental Health Care. 4. Medication Administration & Management, Subsection III.A.4.d.
4.  Section III.A. Medical & Mental Health Care. 7. Morality & Morbidity Reviews, Subsection III.A.7.a.
5.  Section III.A. Medical & Mental Health Care. 7. Morality & Morbidity Reviews, Subsection III.A.7.b.
6.  Section III.A. Medical & Mental Health Care. 7. Morality & Morbidity Reviews, Subsection III.A.7.c.
7.  Section III.C. Mental Health Care & Suicide Prevention. 1. Referral Process & Access to Care, Subsection III.C.1.a. (1)(2)(3)
8.  Section III.C. Mental Health Care & Suicide Prevention. 2. Mental Health Treatment, Subsection III.C.2.c.
9.  Section III.C. Mental Health Care & Suicide Prevention. 3. Suicide Assessment & Prevention, Subsection III.C.3.e
10. Section III.C. Mental Health Care & Suicide Prevention. 6. Custodial Segregation, Subsection III.C.6.a.(4).i..
11. Section III.C. Mental Health Care & Suicide Prevention. 6. Custodial Segregation, Subsection III.C.6.a.(4).ii.

12. Section III.C. Mental Health Care & Suicide Prevention. 6. Custodial Segregation, Subsection III.C.6.a.(6).

The report intentionally omits an analysis of Provisions and subsections that are in substantial compliance or have reached sustained compliance in the 15th Report.

The scope limitation of this reporting effort was determined by the Monitor. This decision was informed by a thorough review of previous monitoring reports and records, an in-depth assessment of the defendants' progress towards substantial compliance with deficient Provisions and subsections, and a collaborative consultation with the parties involved.

The reason for narrowing the focus of this report is to enable the defendants to prioritize efforts and resources on achieving compliance with outstanding Provisions and subsections, rather than those already in substantial or sustained compliance. This targeted strategy is designed to facilitate efficient progress towards complete compliance with the agreements. In future reports, starting with the Monitor's 17th report, an assessment of all Provisions and subsections in both Agreements will be carried out and reported.

Several months of hard work and focused determination involving the Independent Compliance Director, County and MDCR leadership and staff, County attorneys, Jackson Hospital System, CHS officials, personnel, attorneys, the United States, and the monitoring team, the aforementioned approach to limit the scope of the report seems to yield favorable results, as detailed in Section V: Assessment of Substantive Provisions. Of the outstanding 18 requirements, nine made adequate progress to advance, and none were downgraded. There is no remaining non-compliance among the Provisions or subsections. All outstanding Provisions and subsections in the Settlement Agreement are now in substantial compliance. Provisions and subsections that were rated in substantial compliance in the 15th Report maintained those ratings, and 50 subsections achieved sustained compliance after 18 months in substantial compliance. As a result, the parties can evaluate whether any of those provisions or subsections can be Sunsetted and establish a procedure for such determinations.

Additionally, the report unveils a revised method to illustrate compliance and progress towards sunsetting, as elaborated in Section C: Compliance Rating and Section D: Scorecard. Firstly, the term "sustained compliance" is now utilized to describe a Provision and subsection that has maintained substantial compliance for 18 months, as stipulated in the Agreements. Secondly, the four compliance ratings are color-coded to augment visual interpretation and foster a more intuitive grasp of performance and advancement. Additionally, a point scale has been assigned to compliance ratings to systematically evaluate and monitor performance. A specific scorecard for each Section of both Agreements has been

devised to calculate compliance progression. Comprehensive scorecards for both Agreements are included in Appendix B and C of the report, generally following the format used in the 15th and preceding monitoring reports.

The monitoring team is honored to formally report a highly successful transition process that has yielded numerous positive results. Our rigorous engagement, which included multiple on-site visits from January to July 2023, both on-site and routine virtual meetings, impromptu phone discussions, and timely receipt of records and information from the defendants, provides unequivocal evidence of the defendants' dedication to the new monitoring process. Transparency and a forthcoming attitude have marked their every move, revitalizing determination and commitment to adherence to the Agreements' terms.

We recognize the success of this transition is in large part due to the collaborative involvement of the United States and key organizational changes made following the 15th Report. These shifts have catalyzed tangible progress and fostered a more effective approach to compliance.

A salient example is Mayor Levine Cava's selection of Mr. Raney as an Independent Compliance Director (ICD), a decision without parallel in our monitoring experience. Mr. Raney's proficient leadership has accelerated meaningful revisions to compliance strategies, with tangible alterations certain to lead to even greater successes.

Additionally, MDCR Director Reyes' appointment as an exceptionally qualified Corrections Director has brought stability and professionalism. His zeal, competence, and the substantive organizational changes under his direction, such as his appointment of new leaders and staff experts to critical roles, contribute to a vibrant and fortified compliance structure.

Furthermore, significant leadership changes made by both Jackson Hospital and CHS officials, including the appointment of Dr. Sylvia McQueen as CHS CEO, have yielded measurable progress. Dr. McQueen's influence has been a catalyst for improvement, creating a climate of optimism in inmate healthcare, well aligned with the Consent Agreement. Her leadership, along with her new team's collective expertise, transcends mere promise; it signifies tangible assets primed to continue driving positive outcomes.

The examples provided above should not be seen as diminishing the efforts and contributions made since the 15th Report by officials and staff from Miami-Dade County, MDCR, Jackson Hospital System, and CHS. Their dedication and commitment to success have been instrumental.

The net effect of these strategic appointments and organizational shifts symbolizes a revitalized dedication to moving forward consistently with rapid compliance with all Provisions. They reflect a deliberate and effective commitment to progress. We are confident that this blend of visionary leadership

and strategic execution not only enhances the quality of care but aligns perfectly with the Agreements' requirements and intended goals. Together, these changes form a robust framework that we believe will significantly contribute to ongoing success and ensure a consistent upward trajectory in compliance with the constitutional rights of incarcerated people at MDCR, their care and custody.

## II.   SUMMARY OF COMPLIANCE PROGRESS

Substantial advancements have been made in the Settlement and Consent Agreements following the 15th report. Specifically, the Settlement Agreement has achieved a noteworthy compliance rate of 96.7%, equivalent to 177 out of 183 total compliance points. Similarly, the Consent Agreement has attained a compliance rate of 93.4%, representing 325 out of 358 total compliance points. Both agreements are making significant strides toward meeting their respective Sunsetting objectives.

There were twelve provisions and 18 subsections listed in the 15th report as not having achieved substantial compliance. This includes four provisions and six subsections of the Settlement Agreement and eight provisions and 12 subsections of the Consent Agreement. As it stands now, only eight provisions and 11 subsections in the Consent Agreement have not achieved substantial compliance. Several provisions and subsections have since been upgraded:

Settlement Agreement:

| Noncompliance to Substantial Compliance (1): | 1) | IV. Compliance & Quality Improvement, PFH IV. B. |
|---|---|---|
| Partial Compliance to Substantial Compliance (5): | 1) | III. A. 1. Safety & Supervision, III.A.1.a. (2) |
| | 2) | III. A. 1. Safety & Supervision, III.A.1.a. (11) |
| | 3) | III.A.3. Sexual Misconduct |
| | 4) | III. D. Audits & Quality Improvement, PFH III.D.1. a. b. |
| | 5) | III. D. Audits & Quality Improvement, PFH III.D. 2. a. b. |

Consent Agreement:

| Noncompliance to Substantial Compliance (1): | 1) | III.A.7. Mortality & Morbidity Reviews, III.A.7.a. |
|---|---|---|
| Noncompliance to Partial Compliance (2): | 2) | III.A.7. Mortality & Morbidity Reviews, III.A.7.b. |
| | 3) | III.A.7. Mortality & Morbidity Reviews, III.A.7. c. |

Regarding the Settlement Agreement, six out of ten provisions have successfully reached Sunset status. These include provisions III. A. 2. on Security Staffing, II.A.4. on Incidents & Referrals, III. A. 5. on Use of Force by Staff, III. A. 6. on the Early Warning System for Use of Force, III.B. on Fire and Life Safety, and III.C. on Inmate Grievances. Out of the total 61 subsections, 55 have entered the Sunset phase, leaving six sections in substantial compliance. It's worth noting that no subsection has achieved sustained compliance, defined as maintaining substantial compliance for a period of 18 months, apart from the Sunsetted provisions. However, it's important to acknowledge that all provisions are currently in a state of substantial compliance, as previously referred to as "compliance."

Similarly, within the Consent Agreement, 14 out of 22 provisions have been successfully Sunsetted. These encompass areas such as access to medical and mental health care, record keeping, discharge planning, acute care and detoxification, chronic care, use of force in healthcare, review of disciplinary measures, mental health care housing, staffing and training, suicide prevention training, risk management,

self-audits, bi-annual reports, and overall compliance and quality improvement. Among the total of 116 subsections, 54 are now Sunsetted, fifty are in sustained compliance, one is in substantial compliance, and eleven are in partial compliance. Notably, there are no subsections currently in non-compliance.

Of particular significance is the fact that the Consent Agreement boasts 50 provisions and subsections that have reached sustained compliance, marking a substantial achievement in meeting the outlined requirements.

**Figure 1. Consent Agreement Provisions and Subsections in Sustained Compliance**

III.A.1. Intake Screens (6):
1. III.A.1.a.
2. III.A.1.b.
3. III.A.1.c.
4. III.A.1.d.
5. III.A.1.f.
6. III.A.1.g.

III.A.2. Health Assessments (6)
7. III.A.2.a.
8. III.A.2.b.
9. III.A.2.c.
10. III.A.2.e.
11. III.A.2.f.
12. III.A.2.g.

III.A.4. Medication Admin and Management (6)
13. III.A.4.a.
14. III.A.4.b(1)
15. III.A.4.b(2)
16. III.A.4.c.
17. IIIA.4.e.
18. III.A.4.f.

III.C.1. Referral Process & Access to Care (1)
19. III.C.1.b.

III.C.2. Mental Health Treatment (14)
20. III.C.2.a.
21. III.C.2.b.
22. III.C.2.d.
23. III.C.2.e.(1)(2)
24. III.C.2.f.
25. III.C.2.g.
26. III.C.2.g.(1)
27. III.C.2.g.(2)
28. III.C.2.g.(3)
29. III.C.2.g.(4)
30. III.C.2.h.
31. III.C.2.i.
32. III.C.2.j.
33. III.C.2.k.

III.C.3. Suicide Assessment & Prevention    (7)
34. III.C.3.a.(1)(2)(3)(4)(5)
35. III.C.3.b.
36. III.C.3.c.
37. III.C.3.d.
38. III.C.3.f.
39. III.C.3.g.
40. III.C.3.h.

III.C.6. Custodial Segregation (10)
41. III.C.6.a.(1a)
42. III.C.6.a.(1b)
43. III.C.6.a.(2)
44. III.C.6.a.(3)
45. III.C.6.a.(5)
46. III.C.6.a.(7)
47. III.C.6.a.(8)
48. III.C.6.a.(9)
49. III.C.6.a.(10)
50. III.C.6.a.(11)

The parties can now begin discussions regarding whether and method to sunset any of the provisions that have achieved sustained compliance pursuant to the terms of the agreement.

We cautiously anticipate that all remaining provisions will achieve substantial compliance by the October onsite assessment.

The following charts and tables show compliance, progress to Sunset, and scorecards for both agreements.

Figure 2. Settlement Agreement Compliance and Progress to Sunset



Figure 3. Settlement Agreement Scorecard Summary

| MDCR SETTLEMENT AGREEMENT SCORE CARD | | | | | | | | | | | | Pandemic (Mar 2020-Mar 2023) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Report | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
| Month Year Reported | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Jul-23 |
| Ttl Not Reviewed(NR) | 9.0 | 3.0 | 1.0 | 40.0 | 41.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl NonCompliance(NC) | 24.0 | 22.0 | 7.0 | 1.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 |
| Ttl Partial Compliance(PC) | 27.0 | 29.0 | 39.0 | 32.0 | 30.0 | 30.0 | 3.0 | 18.0 | 14.0 | 0.0 | 0.0 | 0.0 | 5.0 | 4.0 | 5.0 | 0.0 |
| Ttl Substantial Compliance (SC) | 1.0 | 7.0 | 15.0 | 22.0 | 31.0 | 31.0 | 58.0 | 36.0 | 25.0 | 25.0 | 25.0 | 16.0 | 0.0 | 1.0 | 0.0 | 6.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 | 22.0 | 36.0 | 30.0 | 39.0 | 5.0 | 3.0 | 2.0 | 6.0 | |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 | 6.0 | 51.0 | 53.0 | 53.0 | 55.0 |
| Compliance Points Earned | 29.0 | 43.0 | 69.0 | 76.0 | 92.0 | 92.0 | 119.0 | 108.0 | 130.0 | 158.0 | 158.0 | 167.0 | 173.0 | 174.0 | 170.0 | 177.0 |
| Progress to Sunset | 15.8% | 23.5% | 37.7% | 41.5% | 50.3% | 50.3% | 65.0% | 59.0% | 71.0% | 86.3% | 86.3% | 91.3% | 94.5% | 95.1% | 92.9% | 96.7% |

Figure 4. Consent Agreement Compliance and Progress to Sunset



Figure 5. Consent Agreement Scorecard Summary

| MDCR CONSENT AGREEMENT SCORE CARD | | | | | | | | | | | | Pandemic (Mar 2020-Mar 2023) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Report | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
| Month Year Reported | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Jul-23 |
| Ttl Not Reviewed(NR) | 41.0 | 79.0 | 92.0 | 105.0 | 36.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 46.0 | 51.0 | 51.0 | 104.0 |
| Ttl NonCompliance(NC) | 28.0 | 30.0 | 28.0 | 25.0 | 40.0 | 35.0 | 46.0 | 17.0 | 7.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 0.0 |
| Ttl Partial Compliance(PC) | 46.0 | 54.0 | 60.0 | 65.0 | 62.0 | 73.0 | 50.0 | 72.0 | 61.0 | 21.0 | 10.0 | 1.0 | 9.0 | 11.0 | 9.0 | 11.0 |
| Ttl Substantial Compliance (SC) | 1.0 | 0.0 | 2.0 | 2.0 | 5.0 | 6.0 | 17.0 | 24.0 | 43.0 | 83.0 | 81.0 | 67.0 | 15.0 | 3.0 | 0.0 | 1.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 5.0 | 12.0 | 25.0 | 48.0 | 46.0 | 51.0 | 53.0 | 50.0 |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 46.0 | 51.0 | 51.0 | 54.0 |
| Compliance Points Earned | 48.0 | 54.0 | 64.0 | 69.0 | 72.0 | 85.0 | 84.0 | 129.0 | 162.0 | 223.0 | 247.0 | 279.0 | 315.0 | 323.0 | 321.0 | 325.0 |
| Progress to Sunset | 13.8% | 15.5% | 18.4% | 19.8% | 20.7% | 24.4% | 24.1% | 37.1% | 46.6% | 64.1% | 71.0% | 80.2% | 90.5% | 92.8% | 92.2% | 93.4% |

### III. ASSESSMENT & MONITORING METHODOLOGY

A. Assessment & Monitoring Activities: The monitoring team engaged the following activities to assess and monitor compliance during this reporting period and in accordance with the terms of monitoring set forth in both Agreements:

1. Independent verifications of representations, records, and data represented as evidence of compliance.
2. Onsite visits occurring in January, February, May, July 2023:
   - Facility tours and inspections
   - Group and individual meetings with County, MDCR, Jackson Hospital and CHS officials and staff.
   - Interviews with inmates, emphasis on inmates with serious mental illness in segregation and program housing.
   - Assessment of data systems and security structures.
   - Examination of records and relevant data sets.
   - Discussions with housing unit custody and medical staff
   - Observation of staff activities and professionalism
3. Numerous virtual meetings and impromptu phone calls from January through early August 2023.
4. Review and examination of numerous records and information:
   - MDCR and CHS policies, procedures, and protocols.
   - Official and draft performance reports
   - Various data sets pertaining MDCR and CHS compliance and Key Performance Indicator outcomes and performance.
   - Review Mortality and Morbidity Reviews and Major Incident Reports.
   - Completed independent medical chart reviews for seven Mortality and morbidity incidents, prepared and submitted findings and recommendations. Received and review revised incident reviews and corrective action plans as indicated in our recommendations.
   - Submission of revised Key Performance Indicators (KPI) for adoption by CHS, review and accept comprehensive KPI data dictionary.
5. Review of Settlement and Consent Agreement history reports and case records, ECF filings and docket report.
6. Maintain routine and ongoing communication with the United States, Miami-Dade County, Jackson Hospital and CHS officials and staff.
7. Independent research on various contemporary correctional and correction medical and mental health topics and concerns.

B. Agreement Structure: The Settlement and Consent Agreements are divided into several parts. Each contains Substantive provisions and process requirements. Substantive provisions are contained in Parts III and IV in both agreements. Agreement Parts consist of Sections, Provisions, and Subsections:

---

Part III. Substantive Provisions

   Section III.A. Medical and Mental Health Care

      Provision III.A.2. Intake Screens

         Subsection III.A.2.a.: *"Qualified Medical Staff shall sustain implementation of the County Pre-Booking policy, revised May 2012, and the County Intake Procedures, adopted May 2012, which require, inter alia, staff to conduct intake screenings in a confidential setting as soon as possible upon inmates' admission to the Jail, before being transferred from the intake area, and no later than 24 hours after admission. Qualified Nursing Staff shall sustain implementation of the Jail and CHS's Intake Procedures, implemented May 2012, and the Mental Health Screening and Evaluation form, revised May 2012, which require, inter alia, staff to identify and record observable and non-observable medical and mental health needs, and seek the inmate's cooperation to provide information."*

---

The Settlement Agreement contains five Sections (III.A. Protection from Harm, B. Fire & Life Safety, C. Inmate Grievances, D. Audits and Continuous Improvement, and IV. Compliance and Quality Improvement. Each Section contains from one to six Provisions and 61 total subsections:

Figure 6. Settlement Agreement Sections and Provisions

| Settlement Agreement | |
| --- | --- |
| Section & Provision | Subsections |
| **1. III.A.Protection from Harm** | **43** |
| 1. Safety & Supervision | 11 |
| 2. Security Staffing | 4 |
| 3. Sexual Misconduct | 1 |
| 4. Incidents & Referrals | 6 |
| 5. Use of Force by Staff | 18 |
| 6. Early Warning System | 3 |
| **2. III.B.Fire & Life Safety** | **6** |
| **3. III.C.Inmate Grievances** | **1** |
| **4. III.D.Audits & Continuous Improvement** | **3** |
| 1. Self Audits & 2. Bi-Annual Reports | 3 |
| **5. IV. Compliance & Quality Improvement** | **8** |
| **Total Subsections:** | **61** |

The Consent Agreement also consists of five Sections (III.A. Medical and Mental Health Care, B. Medical Care, C. Mental Health and Suicide Prevention, D. Audits and Continuous Improvement, and IV. Compliance and Quality Improvement. Each Section contains from one to six Provisions and 61 total subsections:

Figure 7. Consent Agreement

| Consent Agreement | |
|---|---|
| Section & Provision | Subsections |
| **1. III.A.Medical & Mental Health Care** | **36** |
| 1. Intake Screens | 7 |
| 2. Health Assessments | 7 |
| 3. Access to Med & MH Care | 5 |
| 4. Medication Admin & Mgmt. | 7 |
| 5. Record Keeping | 4 |
| 6. Discharge Planning | 3 |
| 7. Mortality & Morbidity Reviews | 3 |
| **2. III.B.Medical Care** | **8** |
| 1. Acute Care & Detoxification | 3 |
| 2. Chronic Care | 2 |
| 3. Use of Force Care | 3 |
| **3. III.C.MH Care & Suicide Prevention** | **60** |
| 1. Referral Process & Access to Care | 2 |
| 2. Mental Health Treatment | 15 |
| 3. Suicide Assessment & Prevention | 8 |
| 4. Reviews & Disciplinary Measures | 1 |
| 5. Mental Health Care Housing | 5 |
| 6. Custodial Segregation | 13 |
| 7. Staffing & Training | 8 |
| 8. Suicide Prevention Training | 4 |
| 9. Risk Management | 4 |
| **4. III.D.Audits & Continuous Improvement** | **8** |
| 1. Self Audits | 2 |
| 2. Bi-Annual Reports | 6 |
| **5. IV. Compliance & Quality Improvement** | **4** |
| **Total Subsections:** | **116** |

C. **Compliance Ratings:** In accordance with Section II.2. of the 2013 Consent Agreement and Section II.1. of the 2013 Settlement Agreement, the Monitor evaluates and rates each of the substantive remedial Provisions as follows:

1. "Substantial Compliance" indicates that Defendants have achieved compliance with most or all components of the relevant provision of the Agreement.

2. "Partial Compliance" indicates that Defendants achieved compliance on some of the components of the relevant provision of the Agreement, but significant work remains.

3. "Non-compliance" indicates that Defendants have not met most or all of the components of the Agreement.

Furthermore, the Monitor utilizes the term "Sustained Compliance" to characterize Provisions that have consistently maintained Substantial Compliance for a period of at least 18 consecutive months. This approach serves the purpose of facilitating more streamlined monitoring and assessment of compliance trends over time, benefiting the Court, involved Parties, and the Monitoring Team.

To enhance visual clarity and promote a more intuitive understanding of performance and progress, each compliance rating is also associated with a distinct color code.

| | |
|---|---|
| Red: | Noncompliance (NC) |
| Yellow: | Partial Compliance (PC) |
| Green: | Substantial Compliance (SC, previously "C") |
| Blue: | Sustained Compliance (STC) or Sunsetted |

Below is an example of colored-coded compliance ratings:

| | III. A. 1. a. Safety & Supervision | 1st July-13 | 2nd May-14 | 3rd Oct-14 | 4th May-15 | 5th Jan-16 | 6th Jul-16 | 7th Mar-17 | 8th Dec-17 | 9th Jun-18 | 10th Mar-19 | 11th Sept-19 | 12th Oct-20 | 13th Jun-21 | 14th Apr-22 | 15th Oct-22 | 16th Jul-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | III.A.1.a. (1) | PC | PC | PC | NR | PC | SC | SC | SC | STC | STC | STC | STC | Sunsetted | | | |
| 2 | III.A.1.a. (2) | NC | NC | PC | NR | NR | PC | PC | PC | PC | SC | SC | SC* | PC | PC | PC | SC |

In preceding monitoring reports, specific Provisions underwent non-evaluation and were designated with the terms "NR" (not reviewed or not rated) or "ND" (not due yet). These designations will persist in both this report and forthcoming reports as specified. Under these circumstances, the Provision in question will retain the compliance rating that was most recently reported. To illustrate, if a Provision was assigned a rating of Partial Compliance (PC) in the Monitor's October 2014 report and subsequently remains unreviewed or unrated in the subsequent May 2015 report, the said Provision will continue to be associated with its existing Partial Compliance rating, in accordance with the aforementioned explanation.

D. **Score Card**: The Monitor utilizes a Score Card to calculate and monitor the compliance status and progress of every Provision and Section in the Settlement and Consent Agreements. Each compliance rating is allocated a specific point value as follows:

| Compliance Rating | Point Value |
|---|---|
| Noncompliance (NC) | 0 |
| Partial Compliance (PC) | 1 |
| Substantial Compliance (SC) | 2 |
| Sustained Compliance (STC) or Sunsetted | 3 |

The subsequent table exhibits color-coded ratings along with the scorecard pertaining to Settlement Agreement III.D. Audits and Quality Improvement. This presentation outlines the advancement scores attributed to each of the three Provisions encompassed by this section, commencing from July 2013.

Additionally, the table features a "Progress to Sunset" indicator located at the base, quantified as a percentage reflecting the cumulative attainment of compliance points throughout each reporting phase.

Each Provision within this Section of the Consent Agreement is valued at three points, culminating in a collective total of nine points (3 Provisions multiplied by 3 points each) for the entirety of this section. Hence, maintaining these nine points for 18 months is the equivalent of maintaining substantial compliance for 18 months and the prerequisite for the section's attainment of Sunset status.

| III. D. AUDITS & CONTINUOUS IMPROVEMENT | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **III. D. Audits & Quality Improvement** | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
| | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Jul-23 |
| 1  PFH III.D.1. a. b. | NC | NC | PC | NR | NR | PC | SC | PC | SC | SC | SC | SC | STC | STC | PC | SC |
| 2  FLS III.D.1. a. b. | NC | NC | PC | NR | NR | PC | SC | SC | SC | STC | STC | STC | STC | STC | STC | Sunset |
| 3  PFH III.D. 2.a. b. | NR | NC | PC | PC | PC | PC | SC | PC | PC | SC | SC | SC | PC | SC | PC | SC |
| SCORECARD | | | | | | | | | | | | | | | | |
| Ttl Not Reviewed(NR) | 1.0 | 0.0 | 0.0 | 2.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl NonCompliance(NC) | 2.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | 0.0 | 0.0 | 3.0 | 3.0 | 3.0 | 3.0 | 0.0 | 2.0 | 1.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 2.0 | 0.0 |
| Ttl Substantial Compliance (SC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 1.0 | 2.0 | 2.0 | 2.0 | 2.0 | 0.0 | 1.0 | 0.0 | 2.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 1.0 | 1.0 | 2.0 | 2.0 | 1.0 | 0.0 |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 |
| Compliance Points Earned | 0.0 | 0.0 | 3.0 | 3.0 | 3.0 | 3.0 | 6.0 | 4.0 | 5.0 | 7.0 | 7.0 | 7.0 | 7.0 | 8.0 | 5.0 | 7.0 |
| Progress to Sunset | 0.0% | 0.0% | 33.3% | 33.3% | 33.3% | 33.3% | 66.7% | 44.4% | 55.6% | 77.8% | 77.8% | 77.8% | 77.8% | 88.9% | 55.6% | 77.8% |

## IV. ASSESSMENT OF SUBSTANTIVE PROVISIONS
## OF THE SETTLEMENT & CONSENT AGREEMENTS

### 1.   SETTLEMENT AGREEMENT FINDINGS & RECOMMENDATIONS

### A.   SECTION III.A. PROTECTION FROM HARM

Consistent with constitutional standards, the MDCR Jail facilities shall provide inmates with a reasonably safe and secure environment to ensure that they are protected from harm MDCR shall ensure that inmates are not subjected to unnecessary or excessive force by the MDCR Jail facilities' staff and are protected from violence by other inmates. The MDCR Jail facilities' efforts to achieve this constitutionally required protection from harm will include the following remedial measures regarding: (1) Safety and Supervision; (2) Security Staffing; (3) Sexual Misconduct; (4) Incidents and Referrals (5) Use of Force by Staff; and (6) Early Warning System.

---

### PROVISION III.A.1. SAFETY & SUPERVISION

Subsection III. A.1.a.(2). Within 90 days of the Effective Date, conduct an inmate bed and classification analysis to ensure the Jail has adequate beds for maximum security and disciplinary segregation inmates. Within 90 days thereafter, MDCR will implement a plan to address the results of the analysis. The Monitor will conduct an annual review to determine whether MDCR's objective classification system continues to accomplish the goal of housing inmates based on level of risk and supervision needs.

---

### ASSESSMENT: SUBSTANTIAL COMPLIANCE (SC)

PRIMARY MONITOR(S): DR. RAY

| III. A. PROTECTION FROM HARM: 1. SAFETY & SUPERVISION | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| III. A. 1. Safety & Supervision | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
| | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 2 III.A.1.a. (2) | NC | NC | PC | NR | NR | PC | PC | PC | PC | SC | SC | SC | PC | PC | PC | SC |

**FINDINGS:** We outline the developments in MDCR operations through the implementation of the revised "Additive Point Scale" inmate classification system, as detailed in the 15th report. This implementation represents a significant step in MDCR's efforts to create a safer and more rehabilitative environment across the system. Below, we provide key findings that detail the outcomes resulting from this new system.

1.  Comprehensive Inmate Reclassification: With the new risk-needs classification instrument, MDCR successfully reclassified all inmates. This comprehensive approach ensures an accurate assessment of

each inmate's unique risk profile, enabling more efficient and effective management and utilization of bed capacities.

2. Enhanced Reliability and Consistency: Through computer-automated inmate classification, MDCR can reduce errors and improve the system's reliability and consistency. This technological advancement efficiently facilitates fair and accurate assessments for all inmates.

3. Expanded Bed Capacity: By systematically increasing bed capacity for low to high-risk inmates, MDCR can optimally manage inmate distribution, maintaining safety and security while efficiently allocating resources.

4. Specialized Bed Capacity for Inmates with Serious Mental Illness (SMI): Prioritizing humane treatment, the new classification system allows for additional specialized bed capacity as an alternative to segregation for inmates with SMI, providing them with appropriate care and support.

We emphasize the credibility of the findings through MDCR's ongoing validation efforts adhering to industry standards. The success of the "Additive Point Scale" system is further supported by positive measurable results, as highlighted in the MDCR Independent Compliance Director's Self Report (see ECF 262-1, 060523), and backed by our analysis of Custodial Segregation data involving SMI inmates.

This progressive change reflects MDCR's dedication to evidence-based practices. With improved inmate management, safety, and access to programming, MDCR is poised to make significant strides in sustaining positive change, improving protection from harm for inmates, and ensuring sustainable compliance with both agreements.

**RECOMMENDATIONS:**

1. Continue to monitor and self-audit new classification performance. Continue routine validation and adjust as indicated by quantitative analysis of the data.
2. Continue to optimize bed capacity for high-risk and special populations.
3. Complete implementation of the new Jail Management System and begin classification data testing and analyses.

Subsection III.A.1.a.(11). MDCR shall continue its efforts to reduce inmate-on-inmate violence in each Jail facility annually after the Effective Date. If reductions in violence do not occur in any given year, the County shall demonstrate that its systems for minimizing inmate-on-inmate violence are operating effectively. See also Settlement Agreement III.A.5.C.(12).

## ASSESSMENT: SUBSTANTIAL COMPLIANCE (SC)

PRIMARY MONITOR(S): DR. RAY

Compliance Progress

| III. A. PROTECTION FROM HARM: 1. SAFETY & SUPERVISION | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| III. A. 1. Safety & Supervision | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
| | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 11 III.A.1.a. (11) | PC | PC | PC | NR | NR | PC | SC | PC | PC | SC | SC | SC | PC | PC | PC | SC |

**FINDINGS:** There has been measurable progress in the reduction of inmate violence, particularly regarding inmate-on-inmate violence (Battery on Inmate, BOI). In Q1 2023, the BOI rate stood at 95 incidents per 1000 inmates. Although this rate did not meet the established target goal of ≤ 68 incidents per 1000 inmates set by the command staff, the data reveals a noteworthy improvement when compared to previous years.

In Q1 2023, the BOI rate of 95 incidents per 1000 inmates demonstrated considerable progress, as it was notably closer to the target goal. When compared to the rates in 2022 (119 incidents per 1000 inmates) and 2021 (114 incidents per 1000 inmates), the reduction is quite significant. Specifically, the Q1 2023 performance reflects a remarkable 16.7% decrease in the BOI rate compared to the quarterly average in 2021 and a substantial 20.2% reduction compared to the quarterly average in 2022. The figures below show quarterly BOI per 1000 inmate rate performance and comparisons.

Figure 8. BOI Incidents Per 1000 Inmates & Variances

| INMATE VIOLENCE (BOI) | 2019 Q Avg. | 2020 Q Avg. | 2021 Q Avg. | 2022 Q Avg. | 2023 Q1 |
|---|---|---|---|---|---|
| BOI Incidents | 325 | 287 | 487 | 556 | 436 |
| Incidents Per 1000 ADP | 75 | 78 | 114 | 119 | 95 |
| Performance Target ≤ | 68 | 68 | 68 | 68 | 68 |
| N Variance from Target | 7 | 10 | 46 | 51 | 27 |
| % Variance from Target | 10.3% | 14.7% | 67.6% | 75.0% | 39.7% |
| N Current Qtr v. Previous Qtrs. | 20 | 17 | -19 | -24 | 0 |
| % Current Qtr v. Previous Qtrs. | 26.7% | 21.8% | -16.7% | -20.2% | 0.0% |

Figure 9. Q1 2023 BOI Per 1000 Inmate Rate Percent
Difference to Previous Quarters



This empirical data serves as a clear representation of a favorable and encouraging trend in the reduction of inmate violence within the facilities. The implementation of concerted efforts and strategic initiatives has proven effective in mitigating violent incidents and fostering a more secure correctional environment.

Although the rate recorded in Q1 2023 did not precisely meet the target set by command staff, the substantial enhancements compared to previous years indicate that the measures put in place are generating tangible outcomes. This positive trajectory underscores the alignment of ongoing endeavors to address inmate violence with the intended course of action.

MDCR's performance underscores the significance of acknowledging advancements made in reducing inmate violence. Despite not fully attaining the established target, the noteworthy decrease in Battery on Inmates (BOI) incidents during Q1 2023, relative to prior years, underscores the efficacy of the implemented strategies. This achievement underscores the organization's dedication to enhancing safety and well-being across MDCR facilities.

The Q1 2023 quarterly report provides insights into various metrics related to BOI incidents. These metrics encompass the percentage of incidents involving inmates on the mental health caseload, the proportion of incidents resulting in injury and serious injury, the timing and day of the incidents, as well as their primary causes. These quantifiable factors hold significance as pivotal components for meaningful self-audits and the targeted implementation of violence reduction measures, in accordance with the details articulated in the Independent Compliance Director's Q1 2023 quarterly report:

1. Open Environmental Trial: In September 2022, a significant step was taken to improve the well-being of mentally ill inmates with a transfer from the Mental Health Treatment Center (MHTC) to a more conducive environment at the Metro West Detention Center (MWDC) open-bay dorm. This move has provided these individuals, classified at Mental Health (MH) Level II, with a wealth of opportunities to engage in structured and unstructured therapeutic activities.

During one onsite tour of the MWDC facility and through interviews with the inmates, we were met with overwhelmingly positive feedback. The housing unit proved to be a tranquil and sanitary space, well-lit and inviting. The inmates expressed contentment with the surroundings and appreciated the supportive atmosphere.

It was heartening to witness numerous inmates actively participating in a variety of both individual and group structured activities, led by counselors. These activities play a crucial role in promoting positive emotional and mental well-being. Additionally, some inmates were seen enjoying board games and engaging in regular social interactions, which further signifies the positive impact of this new environment.

The MWDC open-bay dorm demonstrates a commendable commitment to providing appropriate care and support for the mentally ill population. By offering diverse therapeutic activities and a conducive living space, the facility has taken significant strides in fostering a healthy and supportive environment for those with mental health needs.

Overall, the success of this initiative in promoting a positive and engaging atmosphere underscores the importance of prioritizing the well-being of mentally ill inmates. The MWDC's efforts serve as an inspiring model for other facilities to follow, with the ultimate goal of ensuring dignity and improved outcomes for all individuals within the correctional system.

2. <u>Direct Supervision Training:</u> In June 2022, a refresher training on Director Supervision was initiated. This training is system-wide and focuses on the nine principles of effective inmate management. Additionally, these principles have been integrated into the basic corrections officer training curriculum. The objective is to collectively establish a more humane and secure correctional environment, promoting positive behavioral changes in inmates and fostering better staff-inmate relationships.

Currently, incumbent custody personnel within MDCR are undergoing this refresher training, while new recruits are being trained to effectively apply these nine direct supervision principles. The goal is to equip both experienced staff and newcomers with the necessary knowledge and skills to implement direct supervision techniques successfully while ensuring sustainable compliance with the Settlement Agreement. Briefly, these principles include:

a. <u>Engaging Communication</u>: Correctional officers actively and consistently engage in meaningful communication with inmates throughout the day. By fostering positive interactions, these efforts help build rapport and trust, ultimately leading to improved inmate compliance.

b. <u>Empathy and Respect</u>: Correctional staff treat inmates with empathy and respect, acknowledging their individuality and rights while upholding rules and regulations in a fair and consistent manner.

c. <u>Effective Staffing Levels</u>: Maintaining appropriate staffing levels is critical for successful direct supervision. Sufficient staff ensures that there is proper oversight and attention to the needs of the inmate population.

d. <u>Inmate Behavior Management:</u> Correctional officers place a significant focus on managing inmate behavior through the use of positive reinforcement, incentives, and immediate consequences for any violations of rules or policies.

e. <u>Milieu Control</u>: Creating a well-structured facility layout and environment is essential for effective observation and supervision. This approach helps to reduce tension and the potential for conflicts among inmates.

f. <u>Classification and Separation</u>: Inmates are methodically classified based on various factors, including their risk levels, behavioral history, and specific needs. Proper separation of inmates helps to minimize conflicts and fosters a safer overall environment.

g. <u>Inmate Programs and Services:</u> The provision of educational, vocational, and rehabilitative programs is crucial in engaging inmates, reducing idleness, and increasing their chances of successful reintegration into society upon release.

h. <u>Stress and Trauma Reduction</u>: Direct supervision facilities actively prioritize efforts to reduce the levels of stress and trauma experienced by inmates. Recognizing the impact of these factors on inmate behavior and mental well-being is integral to the approach.

i. <u>Staff Training and Professional Development</u>: Correctional officers receive comprehensive training in direct supervision techniques, conflict resolution, and de-escalation strategies. This training equips them with the necessary skills to effectively manage the inmate population.

The implementation of inmate direct supervision can significantly improve the overall atmosphere within MDCR and aid in the successful rehabilitation and reintegration of inmates.

3. <u>Inmate Programming:</u> In October 2022, MDCR expanded inmate programming that aimed at enhancing rehabilitation and reintegration efforts for inmates. The first notable improvement was the substantial increase in inmate programming across all three facilities. This expansion signifies a

commitment to providing inmates with more opportunities for personal growth, skill development, and positive engagement during their incarceration.

In a proactive approach to addressing a specific issue, a new quasi-therapeutic pilot program was launched, specifically targeting inmates with histories of institutional fighting. Led by a dedicated and experienced correctional counselor, this program aims to understand and address the root causes of violent behavior, promoting a safer and more conducive environment for all inmates.

Furthermore, MDCR took a significant stride towards improving the post-incarceration outcomes for sentenced county inmates by establishing a new Reentry Unit. This dedicated unit is staffed with specialized personnel who have undergone extensive training in reentry services. As a result, reentry programming and support have been substantially increased, offering county inmates a better chance at a successful and smoother transition back into society after their release.

By implementing these initiatives, MDCR demonstrates a progressive and compassionate approach to corrections. The increased focus on inmate programming, the targeted intervention for inmates with violent histories, and the enhanced reentry services all align with the goal of promoting positive change and reducing recidivism rates. These efforts signify a commitment to improving the lives of inmates and fostering safer communities in the long run.

The implementation of inmate direct supervision can significantly improve the overall atmosphere within MDCR and aid in the successful rehabilitation and reintegration of inmates.

4. <u>Inmate Programming:</u> In October 2022, MDCR expanded inmate programming that aimed at enhancing rehabilitation and reintegration efforts for inmates. The first notable improvement was the substantial increase in inmate programming across all three facilities. This expansion signifies a commitment to providing inmates with more opportunities for personal growth, skill development, and positive engagement during their incarceration.

In a proactive approach to addressing a specific issue, a new quasi-therapeutic pilot program was launched, specifically targeting inmates with histories of institutional fighting. Led by a dedicated and experienced correctional counselor, this program aims to understand and address the root causes of violent behavior, promoting a safer and more conducive environment for all inmates.

Furthermore, MDCR took a significant stride towards improving the post-incarceration outcomes for sentenced county inmates by establishing a new Reentry Unit. This dedicated unit is staffed with specialized personnel who have undergone extensive training in reentry services. As a result, reentry programming and support have been substantially increased, offering county inmates a better chance at a successful and smoother transition back into society after their release.

By implementing these initiatives, MDCR demonstrates a progressive and compassionate approach to corrections. The increased focus on inmate programming, the targeted intervention for inmates with violent histories, and the enhanced reentry services all align with the goal of promoting positive change and reducing recidivism rates. These efforts signify a commitment to improving the lives of inmates and fostering safer communities in the long run.

Overall, the changes implemented in October 2022 reflect a clear dedication to evidence-based practices and a genuine desire to positively impact the lives of incarcerated individuals. With a more comprehensive and rehabilitative approach to corrections, MDCR is positioning itself as a leader in correctional reform and paving the way for a more successful and transformative correctional system.

## RECOMMENDATIONS:

1. Sustain Inmate Safety Initiatives with Precision: We strongly advocate for the continued implementation of comprehensive inmate safety and protection strategies through a well-structured and systematic approach. By consistently prioritizing these measures, MDCR can ensure a secure and conducive correctional environment for all.

2. Unwavering Commitment to Policy Compliance: To maintain the effectiveness of system-wide operations, MDCR must maintain unwavering accountability for adhering to both existing and revised policies and procedures governing officer and supervisory-level practices. This dedication to compliance helps to ensure consistent and reliable outcomes.

3. Data-Driven Adaptation for Inmate Violence Reduction: We support the ongoing approach to track, monitor, evaluate, and adapt self-monitoring and strategy implementation processes to achieve greater reductions in inmate violence. Relying on data-driven insights, MDCR can fine-tune its strategies to foster a safer and more rehabilitative atmosphere.

By embracing these recommendations, MDCR demonstrates the necessary commitment to system-wide compliance.

## PROVISION III.A.3. SEXUAL MISCONDUCT

III.A.1.3. MDCR will develop and implement policies, protocols, trainings, and audits consistent with the requirements of the Prison Rape Elimination Act of 2003, 42 § 15601, *et seq.,* and its implementing regulations, including those related to the prevention, detection, reporting, investigation, data collection of sexual abuse, including inmate-on-inmate and staff-on-inmate sexual abuse, sexual harassment, and sexual touching.

| | | Compliance Progress | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | III.A.3.Sexual | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
| | Misconduct | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 1 | III. A.3. | PC | PC | SC | NR | PC | PC | PC | PC | SC | SC | SC | SC | PC | PC | PC | SC |

## ASSESSMENT: SUBSTANTIAL COMPLIANCE (SC)

PRIMARY MONITOR(S): DR. RAY

**FINDINGS:** In the 15th report, concerns were identified regarding the validity of the MDCR PREA audit. These concerns were subsequently investigated by the MDCR Independent Compliance Director, Mr. Gary Raney, who engaged a National PREA expert to further examine the issue. This expert conducted a PREA compliance audit across all four MDCR facilities in February 2023. From February to May 2023, MDCR, in collaboration with the auditor, implemented reforms to address the issues that had been identified. As a result of these efforts, on May 15th, 2023, the auditor officially affirmed and documented that MDCR was in full compliance with PREA standards.

> *"Dear Mr. Raney,*
>
> *In February I conducted a thorough review of the Miami-Dade Corrections and Rehabilitation (MDCR) Department's Prison Rape Elimination Act (PREA) compliance. The review included a site tour of all four locations, informal interviews, documentation analysis and an assessment of current policies and procedures. During the review I found areas of policy and procedure that required modification including: transgender/intersex searches, hiring and promotion procedures, incomplete Memorandum of Understandings (MOUs), training curriculums, the risk assessment tool and process, the outside reporting entity, victim advocacy services and facility investigations. Additionally, I found areas in the facilities that required modifications, including: updated signage, restrooms, video monitoring views, mirrors and search areas. At the conclusion of the review I provided MDCR leadership with verbal and written documentation of the identified issues. The leadership staff, including the agency PREA Coordinator took immediate action to implement corrective action. MDCR staff worked diligently over the last three months to ensure all identified issues were alleviated. As of date, the MDCR has provided documentation and confirmation of corrective action of all areas. It appears from this review that MDCR is in compliance with PREA standards.*

*On another note, I want to express how impressed I am with the MDCR leadership staff, including the agency PREA Coordinator. They have been receptive of all feedback and have illustrated initiative and motivation to correct issues related to the PREA standards. The MDCR staff have exhibited the want and the will to promote sexual safety within their facilities. I applaud them and their commitment to PREA."*

Sincerely,

Kendra Prisk

Certified DOJ PREA Auditor

On August 16th, 2023, MDCR began its new protocol of annual rotating audits, starting with Metro-West. Following the completion of the audit on August 17th, this Monitor engaged with the Certified PREA auditor, who shared detailed insights into the method, approach, findings, and conclusions of the Metro-West audit. The auditor was transparent, providing written documentation of areas needing improvement, but confirmed and documented to the Monitor that the Metro-West facility has achieved substantial compliance with PREA standards, as defined by the auditor's criteria. This auditor also reported that Metro-West achieved full compliance with 43 (95%) of the 45 total PREA standards and 192 of the 220 substantive PREA standards provisions.

Finally, it appears that the prevalence of substantiated PREA complaints is very low. According to MDCR incident tracking data, there were PREA incidents substantiated in three of the previous six years. This includes five total incidents occurring in 2019 (1), 2021 (1), and 2022 (3).

Figure 10. MDCR Substantiated PREA Complaints 2018-2023

| Category | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Total |
|---|---|---|---|---|---|---|---|
| Non-Consensual Sexual Acts | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Abusive Sexual Contact | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| Sexual Harassment | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Staff Sexual Misconduct | 0 | 1 | 0 | 0 | 3 | 0 | 4 |
| Staff Sexual Harassment | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 0 | 1 | 0 | 1 | 3 | 0 | 5 |

**RECOMMENDATIONS:**

1. Continue with the annual rotating PREA audits.

2. Complete implementation of all required remedial measures to achieve full compliance with all PREA Standards and provisions at all MDCR facilities.

3. Consider developing and implementing PREA-related KPIs to track, monitor, and evaluate PREA compliance performance over time.

4. Monitor corrective actions to ensure stability and sustainability.

## SECTION III.D. AUDITS & CONTINUOUS IMPROVEMENT

MDCR shall undertake measures on its own initiative to address inmates' constitutional rights or the risk of constitutional violations; The Agreement is designed to encourage MDCR Jail facilities to self-monitor and to take corrective action to ensure compliance with constitutional mandates in addition to the review and assessment of technical provisions of the Agreement.

## PROVISION III.D.1. SELF AUDITS

Subsection III.D.1.a. On at least a quarterly basis, command staff shall review data concerning inmate safety and security to identify and address potential patterns or trends resulting in harm to inmates in the areas of supervision, staffing, incident reporting, referrals, investigations, classification, and grievances. The review shall include the following information:

(1) documented or known injuries requiring more than basic first aid;

(2) injuries involving fractures or head trauma;

(3) injuries of suspicious nature (including black eyes, injuries to the mouth, injuries to the genitals, etc.;

(4) injuries that require treatment at outside hospitals;

(5) self-injurious behavior, including suicide and suicide attempts;

(6) inmate assaults; and

(7) allegations of employee negligence or misconduct.

b. MDCR shall develop and implement corrective action plans within 60 days of each quarterly review, including changes to policy and changes to and additional training.

Compliance Progress

| III. D. AUDITS & CONTINUOUS IMPROVEMENT: 1. SELF AUDITS & 2. BI-ANNUAL REPORTS | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| III. D. Audits & Quality Improvement | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
| | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 1 | PFH III.D.1. a. b. | NC | NC | PC | NR | NR | PC | SC | PC | SC | SC | SC | SC | STC | STC | PC | SC |

## ASSESSMENT: SUBSTANTIAL COMPLIANCE (SC)

PRIMARY MONITOR(S): DR. RAY

**FINDINGS:** The Q1 2023 quarterly report, revised in May 2023, presents a comprehensive self-audit that assesses crucial performance indicators necessary for achieving significant compliance with the relevant provisions. Notably, the MDCR command staff has implemented specific and relevant primary strategic initiatives to address patterns and trends, ensuring the safety of inmates. The primary strategic initiatives are as follows:

1. Reduce inmate violence (discussed earlier)

2. Decrease the use of force

3. Ensure fair inmate disciplinary processes

4. Minimize inmate grievances

5. Reduce inmate contraband

6. Prevent in-custody deaths (discussed earlier)

Each of these initiatives is equipped with specific key performance indicators (KPIs) to measure progress toward their respective goals. Additionally, performance improvement initiatives (corrective action plans) have been developed based on the findings from the KPIs, aligning with the requirements of this subsection. Many of these initiatives have already been completed, while others are still in progress.

Overall, we are confident that the quarterly report meets the requirements and demonstrates substantial compliance with this subsection.

While we are satisfied with the new reporting system, we have taken the initiative to conduct an independent alternative analysis. Specifically, we focused on five of the strategic initiatives from the Q1 2023 quarterly report to assess the accuracy of reported progress.

Our analysis involved comparing changes in quarterly performance for each initiative with changes in the average daily inmate population. The primary indicators used for this assessment were changes in incidents per month and changes in incidents per 1000 inmate bed days. These core indicators provide crucial insights into progress. Here are our key findings:

1. Based on jail population data reported by the Florida Department of Corrections, the MDCR Q1 average daily population (ADP) increased only by less than one-half of one percent (.49%) from 2022 to 2023. The significance of this increase is discussed for each initiative analysis.

Figure 11. MDCR Q1 ADP & Inmate Bed Days 2019 -2023

| MDCR BASE RATES | 2019 Q Avg. | 2020 Q Avg. | 2021 Q Avg. | 2022 Q Avg. | 2023 Q1 |
|---|---|---|---|---|---|
| Total ADP Report by Florida DOC | 4,043 | 3,946 | 3,854 | 4,230 | 4,251 |
| Months | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 |
| Year Days | 90 | 90 | 90 | 90 | 90 |
| ADP Variance | | -97 | -92 | 376 | 21 |
| % ADP Variance | | -2% | -2% | 10% | 0.49% |
| Inmate Bed Days (ADP x Yr. Days) | 363,900 | 355,170 | 346,890 | 380,730 | 382,590 |
| Inmate Bed Days Variance | | -8,730 | -8,280 | 33,840 | 1,860 |
| % Inmate Bed Days Variance | | -2.4% | -2.3% | 9.8% | 0.49% |

2. Reduced Inmate Violence (Battery on Inmate, BOI): Incidents of Battery on Inmate (BOI) decreased by 21.6% per month from Q1 2022 to Q1 2023, and 22.0% per 1000 inmate bed days during the same period as shown in the figure below. This decrease is significantly greater than the slight increase in

the jail population. In other words, inmate violence decreased much more than the inmate population increased. Significant improvement is indicated when a reduction incidents is far greater than an increase in the jail population.

Figure 12. MDCR Q1 Reported Inmate Violence (BOI Incidents) 2019 - 2023

| MDCR BASE RATES | 2019 Q Avg. | 2020 Q Avg. | 2021 Q Avg. | 2022 Q Avg. | 2023 Q1 |
|---|---|---|---|---|---|
| % Inmate Bed Days Variance | | -2.4% | -2.3% | 9.8% | 0.49% |
| Total Batteries on Inmates (BOI) | 325 | 287 | 487 | 556 | 436 |
| Avg. BOI Per Month | 108 | 96 | 162 | 185 | 145 |
| Avg. BOI Per Month Var. | | -13 | 67 | 23 | -40 |
| % Avg. BOI Per Month Var. | | -11.7% | 69.7% | 14.2% | -21.6% |
| BOI Per 1000 Bed Days | 0.89 | 0.81 | 1.40 | 1.46 | 1.14 |
| BOI Per 1000 Bed Days Var. | | -0.09 | 0.60 | 0.06 | -0.32 |
| % DR Per 1000 Bed Days Var. | | -9.5% | 73.7% | 4.0% | -22.0% |

3. Use of Force (Response to Resistance, RTR): Use of force on inmates decreased by 12.9% per month from Q1 2022 to Q1 2023, and 13.3% per 1000 inmate bed days during the same period as shown in the figure below. This decrease is substantially greater than the increase in the jail population during that time, demonstrating MDCR's ability to reduce incidents of force despite the potentially higher risk posed by managing more inmates.

Figure 13. MDCR Q1 Reported Use of Force (RTR) Incidents 2019 - 2023

| MDCR BASE RATES | 2019 Q Avg. | 2020 Q Avg. | 2021 Q Avg. | 2022 Q Avg. | 2023 Q1 |
|---|---|---|---|---|---|
| % Inmate Bed Days Variance | | -2.4% | -2.3% | 9.8% | 0.49% |
| Use of Force (RTR) | 161 | 163 | 242 | 295 | 257 |
| Avg. RTR Per Month | 54 | 54 | 81 | 98 | 86 |
| Avg. RTR Per Month Var. | | 0.7 | 26.3 | 17.7 | -12.7 |
| % Avg. RTR Per Month Var. | | 1.2% | 48.5% | 21.9% | -12.9% |
| RTR Per 1000 Bed Days | 0.44 | 0.46 | 0.70 | 0.77 | 0.67 |
| RTR Per 1000 Bed Days Var. | | 0.02 | 0.24 | 0.08 | -0.10 |
| % RTR Per 1000 Bed Days Var. | | 3.7% | 52.0% | 11.1% | -13.3% |

4. Disciplinary Report Incidents (DR): Disciplinary reports decreased by an impressive 44.1% per month from Q1 2022 to Q1 2023, and 44.4% per 1000 inmate bed days during the same period. Again, the decline in disciplinary reports outpaced the increase in the inmate population, clearly showing improvements in conditions for a larger recipient population as shown in the figure below.

Figure 14. MDCR Q1 Reported Disciplinary Reports (DR) Incidents 2019 - 2023

| MDCR BASE RATES | 2019 Q Avg. | 2020 Q Avg. | 2021 Q Avg. | 2022 Q Avg. | 2023 Q1 |
|---|---|---|---|---|---|
| % Inmate Bed Days Variance | | -2.4% | -2.3% | 9.8% | 0.49% |
| Disciplinary Reports (DR) | 3,641 | 3,251 | 4,310 | 3,919 | 2,191 |
| Avg. DR. Per Month | 1,214 | 1,084 | 1,437 | 1,306 | 730 |
| Avg. DR Per Month Var. | | -130 | 353 | -131 | -576 |
| % Avg. DR Per Month Var. | | -11% | 33% | -9% | -44.1% |
| DR Per 1000 Bed Days | 10.0 | 9.2 | 12.4 | 10.3 | 5.7 |
| DR Per 1000 Bed Days Var. | | -0.9 | 3.3 | -2.1 | -4.6 |
| % DR Per 1000 Bed Days Var. | | -8.5% | 35.7% | -17.2% | -44.4% |

5. Inmate Grievance Incidents (IGR): The figure below clearly illustrates a remarkable 57.2% monthly decrease in inmate grievances from Q1 2022 to Q1 2023. Additionally, there was a significant 57.4% reduction in grievances per 1000 inmate bed days during the same period. These outstanding results demonstrate how MDCR's strategic reforms have positively impacted inmate wellness, surpassing the increase in inmate population. It's evident that MDCR's commitment to improving conditions has yielded substantial improvements in inmate compliance.

Figure 15. MDCR Q1 Reported Inmate Grievances (IGR) Incidents 2019 - 2023

| MDCR BASE RATES | 2019 Q Avg. | 2020 Q Avg. | 2021 Q Avg. | 2022 Q Avg. | 2023 Q1 |
|---|---|---|---|---|---|
| % Inmate Bed Days Variance | | -2.4% | -2.3% | 9.8% | 0.49% |
| Inmate Grievances (IGR) | 1,369 | 2,778 | 5,818 | 6,723 | 2,880 |
| Avg. Num IGR Per Month | 456 | 926 | 1,939 | 2,241 | 960 |
| Avg. IGR Per Month Var. | | 470 | 1,013 | 302 | -1,281 |
| % Avg. IGR Per Month Var. | | 103% | 109% | 16% | -57.2% |
| IGR Per 1000 Bed Days | 3.8 | 7.8 | 16.8 | 17.7 | 7.5 |
| IGR Per 1000 Bed Days Var. | | 4.1 | 8.9 | 0.9 | -10.1 |
| % IGR Per 1000 Bed Days Var. | | 108.0% | 114.4% | 5.3% | -57.4% |

6. Contraband Incidents (CNTB): There has been a substantial increase in the discovery of contraband items. The number of contraband items seized by MDCR experienced an impressive 54.3% monthly increase from Q1 2022 to Q1 2023. Moreover, there was a commendable 20.4% rise in contraband discovery per 1000 inmate bed days during the same period. These findings are a testament to the heightened emphasis and concerted effort MDCR has put into enhancing facility safety and security system wide. MDCR's commitment to protecting inmates, staff, and visitors from harm seems resolute, and these results reflect the tangible progress being made in achieving these crucial objectives.

Figure 16. MDCR Q1 Reported Contraband (CNTB) Seizures 2019 - 2023

| MDCR BASE RATES | 2019 Q Avg. | 2020 Q Avg. | 2021 Q Avg. | 2022 Q Avg. | 2023 Q1 |
|---|---|---|---|---|---|
| % Inmate Bed Days Variance | | -2.4% | -2.3% | 9.8% | 0.49% |
| Contraband (CNTB) | 2,796 | 2,256 | 2,513 | 5,573 | 6,744 |
| Avg. CNTB Per Month | 9 | 8 | 5 | 10 | 15 |
| Avg.CNTB Per Month Var. | | -1 | -3 | 5 | 5 |
| % Avg. CNTB Per Month Var. | | -9% | -34% | 94% | 54.3% |
| CNTB Per 1000 Bed Days | 7.7 | 6.4 | 7.2 | 14.6 | 17.6 |
| CNTB Per 1000 Bed Days Var. | | -1.3 | 0.9 | 7.4 | 3.0 |
| % CNTB Per 1000 Bed Days Var. | | -17.3% | 14.1% | 102.1% | 20.4% |

Our independent analysis of the MDCR's progress affirms our assessment of this subsection of the agreement. We carefully compared quarterly performance changes with the average daily inmate population using crucial indicators.

The analysis revealed impressive results across the board. Inmate violence, use of force, disciplinary reports, and inmate grievances all experienced significant declines, far surpassing the slight increase in

the inmate population. This demonstrates the effectiveness of MDCR's strategic reforms in positively impacting inmate wellness and compliance.

Notably, the discovery of contraband items saw a substantial increase, reflecting MDCR's heightened efforts in enhancing facility safety and security. MDCR's dedication to protecting inmates, staff, and visitors is evident, and these results illustrate tangible progress toward achieving our safety objectives.

Through these initiatives, MDCR has implemented a proactive and strategic approach to enhance facility safety, promote positive inmate behavior, and efficiently manage the inmate population. By employing evidence-based practices and engaging custody supervisors and staff, MDCR is fostering a safer environment, reducing recidivism, and promoting successful reintegration.

Our findings strongly indicate that MDCR's commitment to continuous improvement and the well-being of those under its care remains steadfast, as it strives to build a more secure, rehabilitative, and efficient correctional system.

**RECOMMENDATIONS:**

1. Maintain and continue to improve the quarterly reporting system.
2. Consider standardizing data sets and implementing a monthly performance reporting tracker process.
3. Consider the implementation of a quasi-real-time dashboard to track and monitor performance with more regularity.
4. Verify that all KPIs used are necessary and relevant to the processes and outcomes desired.

**PROVISION III.D.2. Bi-Annual Reports**

Subsection III.D.2.a. Starting within 180 days of the Effective Date, MDCR will provide to the United States and the Monitor bi-annual reports regarding the following:

(1)  Total number of inmate disciplinary reports

(2)  Safety and supervision efforts. The report will include:

    i.   a listing of maximum-security inmates who continue to be housed in dormitory settings;

    ii.  a listing of all dangerous contraband seized, including the type of contraband, date of seizure, location and shift of seizure; and,

    iii. a listing of inmates transferred to another housing unit because of disciplinary action or misconduct.

(3)  Staffing levels. The report will include:

    i.   a listing of each post and position needed at the Jail;

    ii.  the number of hours needed for each post and position at the Jail;

    iii. a listing of correctional staff hired to oversee the Jail;

    iv.  a listing of correctional staff working overtime; and

    v.   a listing of supervisors working overtime.

(4)  Reportable incidents. The report will include:

    i.   a brief summary of all reportable incidents, by type and date;

    ii.  data on inmates-on-inmate violence and a brief summary of whether there is an increase or decrease in violence;

    iii. a brief summary of whether inmates involved in violent incidents were properly classified and placed in proper housing;

    iv.  number of reported incidents of sexual abuse, the investigating entity, and the outcome of the investigation;

    v.   a description of all suicides and in-custody deaths, including the date, name of inmate, and housing unit;

    vi.  number of inmate grievances screened for allegations of misconduct and a summary of staff response; and,

    vii. number of grievances referred to IA for investigation,

b.  The County will analyze these reports and take appropriate corrective action within the following quarter, including changes to policy, training, and accountability measures.

Compliance Progress

| III. D. AUDITS & CONTINUOUS IMPROVEMENT: 1. SELF AUDITS & 2. BI-ANNUAL REPORTS | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| III. D. Audits & Quality Improvement | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
| | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 3 PFH III.D. 2.a. b. | NR | NC | PC | PC | PC | PC | SC | PC | PC | SC | SC | SC | PC | SC | PC | SC |

**ASSESSMENT: SUBSTANTIAL COMPLIANCE (SC)**

PRIMARY MONITOR(S): DRS. RAY, KUMAR, DUDLEY

**FINDINGS:** The parties agreed that the initiatives and data used for quarterly reporting satisfies the requirements needed for bi-annual reporting.

**RECOMMENDATIONS:** None

## SECTION IV. COMPLIANCE & QUALITY IMPROVEMENT

### PROVISION IV.B. PROTECTION FROM HARM

Compliance and Quality Improvement. The County shall develop and implement written Quality Improvement policies and procedures adequate to identify and address serious deficiencies in protection from harm and fire and life safety to assess and ensure compliance with the terms of this Agreement on an ongoing basis.

Compliance Progress

| IV. COMPLIANCE & QUALITY IMPROVEMENT | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IV. Compliance & Quality Improvement | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
| | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 3 PFH IV. B. | | NC | NC | PC | NR | NR | PC | SC | PC | PC | SC | SC | SC | PC | PC | NC | SC |

**ASSESSMENT: SUBSTANTIAL COMPLIANCE (SC)**

PRIMARY MONITOR(S): DR. RAY

**FINDINGS**: Our thorough examination of MDCR's quality improvement policies and procedures, the Q1 2023 quarterly report, and in-depth discussions with data management staff convince us that this subsection has achieved substantial compliance. Our commitment objectively led us to perform an independent study to assess the five strategic initiatives, and the ongoing collection of out-of-cell data further solidifies our confidence in MDCR's data-driven approach. It is evident that the quality management program prioritizes relevant metrics aimed at enhancing inmate safety and protection from harm.

The introduction of new policies and procedures has been a significant step forward, providing clear and specific guidance for quality improvement methods and processes. These measures enable accurate and efficient measurement and evaluation of compliance and operational performance. We are particularly

pleased to witness MDCR's proactive engagement in the daunting process of replacing the existing jail management system. This forward-thinking initiative promises improved efficiency and effectiveness in managing facilities and inmate welfare.

As monitors with a vested interest in public safety and the well-being of those under MDCR's care, we are excited about the progress made and the potential for further positive developments. The commitment to data-driven decision-making and the pursuit of enhanced quality standards bodes well for the future of MDCR system-wide and the community. We look forward to the timely implementation of the new jail management system and the continued advancement of MDCR's commitment to excellence in correctional management.

**RECOMMENDATIONS:**

1. Continue updating the audit tools.
2. Develop a calendar to ensure all aspects of the healthcare program are reviewed on a periodic basis.
3. Develop timeliness of service measures for each of the services, such as Intake screening, Initial health assessment, Chronic care, Sick call requests, dental care, mental health services, medication administration, offsite referrals/tests, etc.
4. Review the waitlist/open orders daily (huddle). Address any delay, especially in high-priority requests, referrals/ tests, etc.

## 2. CONSENT AGREEMENT FINDINGS & RECOMMENDATIONS

### A. SECTION III.A. MEDICAL & MENTAL HEALTH CARE

Defendants shall ensure constitutionally adequate treatment of inmates' medical and mental health needs. Defendants' efforts to achieve this constitutionally adequate treatment will include the following remedial measures regarding: (1) Intake Screening; (2) Health Assessments; (3) Access to Medical and Mental Health Care; (4) Medication Administration and Management; (5) Record Keeping; (6) Discharge Planning; and (7) Mortality and Morbidity Reviews.

### PROVISION III.A.1. INTAKE SCREENING

Subsection III.A.1.e. CHS shall obtain previous medical records to include any off-site specialty or inpatient care as determined clinically necessary by the qualified health care professionals conducting the intake screening.

Compliance Progress

| III. A. MEDICAL AND MENTAL HEALTH CARE: 1. INTAKE SCREENING | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| III.A.1. Intake Screens | | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
| | | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 5 | III.A.1.e. | Med-NR MH-NR | Med-NR MH-NR | Med-NC MH-PC | Med-SC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-SC MH-PC | Med-SC MH-PC | Med-SC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-SC MH-PC | Med-SC MH-PC | Med-SC MH-PC |

**ASSESSMENT: MED: PARTIAL COMPLIANCE / MH: PARTIAL COMPLIANCE (PC)**

PRIMARY MONITOR (S): DRS. DUDLEY & KUMAR

**FINDINGS:** Recently, CHS implemented a closed-loop process to handle requests for outside medical records (ROI). The health records department is responsible for managing these requests. Upon receiving the outside records, they are scanned into the electronic medical records system. A notification is sent to the healthcare provider, who acknowledges the review of the records. Additionally, healthcare leadership is copied on the notification to ensure compliance monitoring.

To document and track ROI activity, CHS utilizes the ROI Audit spreadsheet. This spreadsheet records the authorized date of an ROI request, the date of record receipt, whether mental health records were included in the ROI, whether the records were reviewed by a provider and the review date.

CHS has implemented an enhanced system to address this provision and provide additional information for mental health assessment and treatment. Specifically, when there is suspicion of prior mental health treatment for a new admission, the system automatically requests those records. If the intake QMHP determines a prior medical record is clinically necessary, he/she will request the record. Once received, the records are scanned into the inmate's medical record, and the responsible medical provider and/or

psychiatrist is notified for review and potential utilization. The decision regarding the usefulness of the records is made after the review, as it is not possible to determine their value beforehand.

Internal monitoring of all the charts where records were requested in April showed a 100% rate of receipt and review. However, a review conducted in May revealed that three instances did not involve record reviews. Consequently, the time allocated for reviewing records after their receipt has been extended to 72 hours, accommodating the work schedules of reviewing medical providers and/or psychiatrists.

During a Zoom meeting held on July 10th with the Monitors and CHS, the discussion mainly focused on the Key Performance Indicators (KPIs) previously used to measure compliance. CHS accepted our proposed recommendations and implemented them immediately.

It has been brought to the attention of this Monitor that previous discussions also involved documenting how information derived from prior records is integrated into the assessment and treatment process. This Monitor believes that if there is previously unknown information in the records that impacts the assessment findings or influences treatment, it should be indicated when modifying the assessment or treatment plan. Alternatively, it can be documented in a separate chart note. For instance, if the records mentioned clinically significant symptoms that the new admission denied experiencing (which could alter the assessment), or if they reported physical health difficulties affecting mental status (which may necessitate further assessment), or if they outlined contraindications to certain medications, or disclosed serious adverse effects to medications that the new admission failed to mention, these should be appropriately noted. In the absence of such instances, the new system allows for documentation.

Finally, CHS completed a comprehensive and accurate CQI self-audit of June 2023 ROIs using the revised Key Performance Indicators (KPIs). This study found that 97% of returned records were reviewed by a qualified health professional (QHP). Committedly, we anticipate the requirement will achieve substantial compliance before the November status hearing if subsequent self-audits demonstrate consistently similar results.

**RECOMMENDATIONS:**

1. Continue current practice. Monitor compliance and timeliness through the CQI program.
2. Continue with the recently implemented revised system where all prior records are requested.
3. Continue with the recently implemented revised system that notifies a new admission provider that obtained records are available for review and allows the provider to document a review of the records.
4. Continue to monitor this system to ensure that records are requested, that providers are notified when records are available, and that records are reviewed in a timely manner.
5. If a new admission's assessment or treatment plan is altered as a result of information obtained from prior medical/mental health records, or if specific warnings/precautions need to be added to the

inmate's medical record, the source of the information (i.e., the prior records and any associated review of those records with the inmate) should be indicated.

---

## PROVISION III.A.2. HEALTH ASSESSMENTS

Subsection III.A.2.d. Qualified Mental Health Professionals, as part of the inmate's interdisciplinary treatment team (outlined in the "Risk Management" Section, infra), will maintain a risk profile for each inmate based on the Assessment Factors identified in Appendix A and will develop and implement interventions to minimize the risk of harm to each inmate.

---

| | | | Compliance Progress | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| III.A.2.Health Assessments | | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
| | | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 4 | III. A. 2. d. | MH-NR | MH-PC | MH-NR | MH-NR | MH-NR | MH-PC | MH-NC | MH-PC | MH-PC | MH-PC | MH-SC | MH-STC | MH-PC | MH-PC | MH-PC | MH-PC |

## ASSESSMENT: MH - PARTIAL COMPLIANCE (PC)

PRIMARY MONITOR(S): DR. DUDLEY

**FINDINGS:** This provision comprises two essential components. Firstly, it entails conducting a suicide risk assessment based on the assessment factors outlined in Appendix C, which generates a risk profile for each inmate. Secondly, it involves creating a safety plan for inmates identified as being at risk of harm. It is both expected and clinically necessary for these activities to occur whenever an inmate experiences a change in mental health treatment levels or undergoes a significant alteration in their mental status. Additionally, the involvement and agreement of the inmate and their entire treatment team regarding the safety plan is crucial.

The current suicide risk assessment tool (CSSR-S) is reliable, and staff members are proficient in its utilization. However, the focus should be on ensuring that each suicide risk assessment is a comprehensive evaluation of the inmate, incorporating all available information, including data collected during their detention at the facility, to produce an up-to-date risk profile.

Developing an individualized safety plan is a more complex process. The effectiveness and practicality of a safety plan depend on the clinician's knowledge, insight, and skills, as well as the mental status of the inmate and the therapeutic relationship between them. Consequently, it is not surprising that the quality and practicality of safety plans vary. Moreover, the current "safety plan checklist" integrated into the Electronic Medical Record (EMR) does not sufficiently promote individualized safety planning. Peer supervision initiatives have served as reminders of the importance of safety plans and have improved their quality and consistency. As mentioned earlier in the section on mental health staffing levels, efforts to

increase staffing include the addition of supervisory staff who can ensure the consistent formulation of effective safety plans. A renewed focus on completing the narrative sections of the "safety plan checklist" rather than solely relying on checking boxes will foster the development of more individualized and thoughtful safety plans. However, in addition to these measures, the Chief of Psychiatry and the Director of Mental Health Services should review a significant number of safety plans to determine if in-service training specifically addressing this issue is warranted.

As mentioned previously (in section 3.1.III.A.7.a, pertaining to major incident/mortality and morbidity reviews), CHS is also exploring whether there are additional assessment factors beyond those outlined in Appendix C that should be considered. Specifically, in response to recent suicides, the question arises as to whether it is possible to identify and safeguard inmates who may be at high risk of suicidal behavior under certain circumstances, particularly those who are not currently on the mental health caseload and are not covered by this provision.

Finally, CHS has updated KPIs for this requirement that required implementation of a new electronic medical record (EMR) workflow to extract performance data via an auto-generated report. CHS has advised the monitoring team to expect the revised KPI CQI self-audit by the end of August 2023.

**RECOMMENDATIONS:**

1.  Ensure that new suicide risk assessments are consistently conducted at the appropriate times, utilizing all available information.
2.  Sustain efforts to ensure that safety plans are consistently thorough and effective by requiring individual narrative plans instead of relying solely on the "safety plan checklist," making the development of such plans a focal point of case supervision, and considering the need for in-service training dedicated to safety plan development.
3.  Continue exploring opportunities to expand suicide risk assessment and safety planning efforts beyond the scope outlined in this provision.
4.  Ensure that internal monitoring of this provision is sufficient.

## PROVISION III.A.4. MEDICATION ADMINISTRATION & MANAGEMENT

Subsection III.A.4.d. CHS shall ensure nursing staff pre-sets psychotropic medications in unit doses or bubble packs before delivery. If an inmate housed in a designated mental health special management unit refuses to take his or her psychotropic medication for more than 24 hours, the medication administering staff must provide notice to the psychiatrist. A Qualified Mental Health Professional must see the inmate within 24 hours of this notice.

| | | | | | | | | | Compliance Progress | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| III.A.4.Medication Admin and Management | | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
| | | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 5 | III. A. 4. d. | MH-PC | MH-NR | MH-NR | MH-NR | MH-NR | MH-NC | MH-NC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-PC | MH-PC |

**ASSESSMENT: MH: PARTIAL COMPLIANCE (PC)**

PRIMARY MONITOR(s): DRS. DUDLEY, KUMAR, RAY

**FINDINGS:** Audit Tool #11 has historically been the procedure for auditing compliance with this requirement. Unfortunately, this tool does not measure compliance correctly because it excludes one of the two primary KPIs within this requirement.

The two primary KPIs for this requirement are 1) the psychiatrist is notified when an inmate housed in a designated mental health unit refuses to take their medication for more than 24-hrs., and 2) a QMHP must see the inmate within 24 hours of this notice. Audit Tool #11 does not assess compliance with the second KPI. It is our understanding that the tool has never assessed that measure. Consequently, this requirement has never been evaluated fully.

CHS accepted the monitoring team's recommendation and revised the KPIs and Audit Tool #11 to accurately assess compliance with this requirement going forward. Compliance as of June 2023 stands at 100% for psychiatrist notifications of refusals and 22% for a QMHP seeing the inmate within 24 hours of an order to achieve substantial compliance with this requirement.

**RECOMMENDATIONS:**

1. Complete at least one CQI study to revalidate the auto-generated notification system to ensure accuracy and reliability.
2. Continue to ensure that the prescriber's response to a notification of medication refusal is timely, consistent with this provision.
3. Ensure that internal monitoring of this provision is consistently performed.

4. Continue to add additional QMHP staff required to achieve substantial compliance with this subsection of the agreement.

---

### PROVISION III.A.7. MORTALITY & MORBIDITY REVIEWS

Subsection III.A.7.a. Morbidity Reviews: Defendants shall sustain implementation of the MDCR Mortality and Morbidity "Procedures in the Event of an Inmate Death," updated February 2012, which requires, inter alia, a team of interdisciplinary staff to conduct a comprehensive mortality review and corrective action plan for each inmate's death and a comprehensive morbidity review and corrective action plan for all serious suicide attempts or other incidents in which an inmate was at high risk for death. Defendants shall provide results of all mortality and morbidity reviews to the Monitor and the United States, within 45 days of each death or serious suicide attempt. In cases where the final medical examiner report and toxicology takes longer than 45 days, a final mortality and morbidity review will be provided to the Monitor and United States upon receipt.

---

Compliance Progress

| III.A.7.Mortality & Morbidity Reviews | | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 1 | III.A.7.a. | Med-PC MH-PC | Med-NR MH-PC | Med-NR MH-NR | Med-NR MH-NR | Med-PC MH-NC | Med-PC MH-NC | Med-NC MH-NC | Med-PC MH-PC | Med-SC MH-SC | Med- PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-PC MH-PC | Med-PC MH-PC | Med-NC MH-NC | Med-SC MH-SC |

**ASSESSMENT: MED: SUBSTANTIAL COMPLIANCE (SC) / MH: SUBSTANTIAL COMPLIANCE (SC)**

PRIMARY MONITOR(S): DRS. KUMAR, DUDLEY, RAY

**FINDINGS:** During the first half of the year 2023, Miami-Dade County's correctional system (MDCR) achieved a significant improvement in the mortality of incarcerated individuals. Over the six-month period from January to June 2023, there were a total of four inmate fatalities, marking an encouraging decrease compared to the same periods in previous years. For context, there were ten fatalities in 2022, six in 2021, and five in 2020. This represents an increase of approximately 20.0% (+1) from 2020 to 2021, a substantial 66.7% (+4) increase from 2021 to 2022, and an impressive 60.0% (-6) decrease from 2022 to 2023.

Furthermore, a statistical analysis of the 2023 mortality rate per 100,000 Average Daily Population (ADP) reveals an encouraging figure of 94.8, signifying a significant improvement over previous years. In comparison to the 2020 rate of 136.8, the 2023 rate is approximately 30.7% lower. Even more striking is the 41.7% decrease when compared to the 2021 rate of 162.5. Moreover, when contrasted with the 2022 mortality rate of 232.2, the 2023 rate shows a remarkable reduction of 59.2% in deaths per 100,000 ADP.

These figures serve as compelling evidence of Miami-Dade County's dedication to positive compliance efforts and its determined focus on improving inmate welfare during the initial half of 2023. The following table and charts provide a detailed data analysis, further illustrating these significant findings.

Figure 17. MDCR Inmate Mortality & Mortality Rates 2020-2023 (Jan-June) Compared

| Year | Mortalities (Jan-Jun) | ADP | MR Per 100K ADP | Mortality Var +/- | ADP Var +/- | MR Var +/- | Mortality % Var +/- | ADP % Var +/- | MR Var % +/- | 2023 MR % Var | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | 5 | 3,656 | 136.8 | | | | | | | -42.0 | -30.7% |
| 2021 | 6 | 3,691 | 162.5 | 1.0 | 35.2 | 25.8 | 20.0% | 1.0% | 18.9% | -67.7 | -41.7% |
| 2022 | 10 | 4,307 | 232.2 | 4.0 | 615.5 | 69.6 | 66.7% | 16.7% | 42.8% | -137.4 | -59.2% |
| 2023 | 4 | 4,219 | 94.8 | -6.0 | -87.5 | -137.4 | -60.0% | -2.0% | -59.2% | 0 | 0 |

The medical team, working in collaboration with the correctional team, conducts a thorough self-review of significant incidents. CHS completes its mortality review (MnM) per policy and MDCR completes its Major Incident Review (MIR) per policy. Our examination of seven death reviews and an independent review of medical records found these processes to be comprehensive process including in-depth clinical reviews, root cause analyses, and, when necessary, peer reviews. Reviews are triggered by adverse events that resulted in harm, serious security and safety breaches, fatalities, suicide attempts, near misses, infectious disease outbreaks, and other serious situations.

Strict adherence to comprehensive MIR and MnM policies is followed. The Mortality and Morbidity Review committee is composed of a multi-disciplinary team with representatives from medical, mental health, nursing, quality control, risk management, and corrections.

To make a truly substantial contribution to the quality management process, MIRs and MnMs go beyond identifying instances that might have contributed to a death or serious risk of death. Instead, they serve as a platform to identify opportunities for improvement, even if they may not have directly prevented the incidents that prompted the review. Subsequently, corrective action plans are devised for each identified issue. These plans are then implemented in a timely manner, followed by a review to assess their effectiveness in addressing the identified problems.

An exemplary case illustrating a well-executed review process is the fatality case of March 2023, as previously discussed in this report. The review identified multiple issues that led to the development and implementation of timely corrective action plans. For example, the patient's altered mental status and subsequent death were linked to metabolic disturbances, prompting a corrective action that involved initiating a continuing education program for medical and mental health staff. The program focused on assessing and differentiating causes of alterations in mental status, particularly metabolic-related alterations. Additionally, the review prompted scrutiny of policies, procedures, and practices related to decisions for forced medication. While these issues were not directly linked to the cause of death, the

corrective action plan aimed to develop improved criteria for determining the necessity for forced medication and procedures for its implementation, ensuring a swift response in such critical situations.

However, it is important to recognize that while some corrective action plans can be swiftly implemented, others may require more time due to the need for thorough problem investigation and strategy formulation. For example, the review of inmate suicides not previously flagged for mental health treatment or monitoring has instigated a review of the facility's suicide prevention program. Implementing corrective action of this nature, while slower, is crucial and necessary. It involves determining if the approach to suicide assessments has been inadequately employed by staff or if the approach itself requires improvement. This may entail better identifying at-risk inmates, recognizing triggers for suicidality, and monitoring inmates for signs of suicidality prior to an attempt. As this requires collaboration among mental health, medical, and security staff, corrective action involves multidisciplinary training, improved communication, and the development of policies and procedures for addressing the risk protection needs of at-risk inmates. While prompted by the mortality review process, such efforts are significant and unlikely to be completed within the standard 90-day period prescribed for the implementation of final corrective action plans.

**RECOMMENDATIONS:**

1. Update and standardize the M&M review template to ensure all aspects of the program that influence the process are reviewed.
2. Use a sign-in sheet to capture the participation of staff members in the M&M review committee and ensure all disciplines are included and engaged.
3. Continue the type of analysis and problem identification process described above that helps ensure that the mortality and morbidity review process is a fully meaningful part of the quality management process.

Subsection III.A.7.b. Defendants shall address any problems identified during mortality reviews through training, policy revision, and any other developed measures within 90 days of each death or serious suicide attempt.

Compliance Progress

| III.A.7. Mortality & Morbidity Reviews | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 2  III.A.7.b. | Med-NR  MH-NC | Med-NR  MH-PC | Med-NR  MH-NR | Med-NR  MH-NR | Med-NC  MH-NC | Med-NC  MH-NC | Med-NC  MH-NC | Med-NC  MH-NC | Med-SC  MH-SC | Med-PC  MH-PC | Med-SC  MH-SC | Med-SC  MH-SC | Med-PC  MH-PC | Med-PC  MH-PC | Med-NC  MH-NC | Med-PC  MH-PC |

**ASSESSMENT: MED: PARTIAL COMPLIANCE (PC) / MH: PARTIAL COMPLIANCE (PC)**

PRIMARY MONITOR(S): DRS. KUMAR, DUDLEY, RAY

**MEDICAL FINDINGS:** Mortality (MnM) and Major Incident Reviews (MIR) both contain clear and concise corrective action plans (CAPS) that address issues identified by the review processes. CHS and MDCR are following their revised review policies and procedures. Our review of seven mortality incidents evidence steady improvement in the development and implementation of corrective action plans. As noted above, some very important and significant corrective actions might require more than 90 days after the death (which is only 45 days after the mortality review must be completed). The broad sweeping review of the suicide prevention program and all of the additions to the program that might come from such a review is the perfect example.

Our examination of seven mortalities occurring from December 2022 to June 2023 finds that MDCR MIR CAPS firmly demonstrates positive progress with this requirement. CHS MnM reviews and CAPS appear to substantially comply with this requirement but await full implementation of their revised CAP format before substantial compliance is determined. The CHS revised CAP format includes additional review components and consolidation into a single Excel file. This format intends to improve the efficiency of CAP tracking and monitoring. We anticipate CHS being firmly in substantial compliance with this requirement before the November status hearing.

**RECOMMENDATIONS:**

**MDCR:**

1. Maintain substantial compliance with this requirement.

**CHS:**

1. Complete and implement the revised CAPS form.

2. Timely submit any outstanding MnM revisions to the Monitor for review and comment.

3. Continue to develop and implement corrective actions within 90 days when possible.

4. Continue to identify and implement larger/more broad sweeping actions when indicated, even if full implementation will obviously take more than 90 days.

---

Subsection III.A.7.c. Defendants will review mortality and morbidity reports and corrective action plans bi-annually. Defendants shall implement recommendations regarding the risk management system or other necessary changes in policy based on this review. Defendants will document the review and corrective action and provide it to the Monitor.

Compliance Progress

| | III.A.7.Mortality & Morbidity Reviews | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 3 | III.A.7.c. | Med-NR MH-NC | Med-NR MH-NC | Med-NR MH-NR | Med-NR MH-NR | Med-NC MH-NC | Med-PC MH-NC | Med-NC MH-NC | Med-NC MH-NC | Med-PC MH-PC | Med-PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-PC MH-PC | Med-PC MH-PC | Med-NC MH-NC | Med-PC MH-PC |

**ASSESSMENT: PARTIAL COMPLIANCE (PC)**

PRIMARY MONITOR(S): DRS. RAY, DUDLEY, KUMAR

**FINDINGS:** As stated above. We anticipate that this requirement will achieve substantial compliance before the November status hearing.

**RECOMMENDATIONS:** Stay the course. As stated above.

## B. SECTION III.C. MENTAL HEALTH CARE & SUICIDE PREVENTION

Defendants shall ensure constitutional mental health treatment and protection of inmates at risk for suicide or self-injurious behavior. Defendants' efforts to achieve this constitutionally adequate mental health treatment and protection from self-harm will include the following remedial measures regarding: (1) Referral Process and Access to Care; (2) Mental Health Treatment; (3) Suicide Assessment and Prevention; (4) Review of Disciplinary Measures; (5) Mental Health Care Housing; (6) Custodial Segregation; (7) Staffing and Training; (8) Suicide Prevention Training; and (9) Risk Management.

## PROVISION III.C.1. REFERRAL PROCESS & ACCESS TO CARE

Subsection III.C.1.a.(1)(2)(3). CHS shall develop and implement written policies and procedures governing the levels of referrals to a Qualified Mental Health Professional. Levels of referrals are based on acuteness of need and must include "emergency referrals," "urgent referrals," and "routine referrals," as follows:

(1) "Emergency referrals" shall include inmates identified as at risk of harming themselves or others, and placed on constant observation. These referrals also include inmates determined as severely decompensated, or at risk of severe decompensation. A Qualified Mental Health Professional must see inmates designated "emergency referrals" within two hours, and a psychiatrist within 24 hours (or the next business day), or sooner, if clinically indicated.

(2) "Urgent referrals" shall include inmates that Qualified Mental Health Staff must see within 24 hours, and a psychiatrist within 48 hours (or two business days), or sooner, if clinically indicated.

(3) "Routine referrals" shall include inmates that Qualified Mental Health Staff must see within five days, and a psychiatrist within the following 48 hours, when indicated for medication and/or diagnosis assessment, or sooner, if clinically indicated.

Compliance Progress

| III. C. MENTAL HEALTH CARE & SUICIDE PREVENTION: 1. REFERRAL PROCESS & ACCESS TO CARE | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| III.C.1. Referral Process & Access to Care | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
| | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 1   III.C.1.a.(1)(2)(3) | MH-PC | MH-NC | MH-NR | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-PC | MH-SC | MH-SC | MH-PC | MH-PC | MH-PC |

**ASSESSMENT: MH - PARTIAL COMPLIANCE (PC)**

PRIMARY MONITOR(S): DRS. DUDLEY, RAY

**FINDINGS:** Internal audits evidence the need for continued improvement with these requirements. Currently, the completion rate for consultations with QMHPs is not meeting CHS' performance standards. Additionally, a critical challenge lies in the area of psychiatry consults. As of May, CHS had about 2,400 such consults outstanding, with an alarming majority failing to meet the expected timelines.

Recognizing this, CHS prioritized the resolution of the psychiatry consult backlog and is committed to ensuring new consults are completed within the designated timeframe. Significant changes to the consultation process, as discussed in the report's introductory section, have already brought about improvements. By ending the automatic distribution of consultations to multiple providers and ensuring completed consultations are appropriately closed, CHS has begun to decrease the backlog.

Additionally, the strategic reallocation of existing psychiatric staff allows them to concentrate on this crucial task. This, combined with the onboarding of an additional psychiatrist and QMHP staff, brought the backlog down to approximately 1,500 in June.

Based on the current daily rate of clearing backlogged consults, and with the imminent arrival of another psychiatrist in July, CHS is confidently projecting that the backlog will be completely resolved by July's end. This will pave the way for the prompt handling of all new psychiatry consultations.

As of June 2023, compliance with these referral completion requirements stands as follows:

Figure 18. CHS Completion of MH & Psychiatric Referral Timeliness June 2023



Based on the pace at which CHS is increasing QMHP staffing levels, it anticipates considerable improvements in these performance findings and substantial compliance achievement before the November status hearing.

**RECOMMENDATIONS:**

1. Ensure the continued timely completion of consults to QMHPs.

2. Sustain the ongoing initiative to eliminate the backlog of psychiatry consults and ensure timely completion of all future psychiatry consults.

3. Ensure that internal monitoring of this provision is thorough and effective.

---

## PROVISION III.C.2. MENTAL HEALTH TREATMENT

Subsection III.C.2.c. Each inmate on the mental health caseload will receive a written initial treatment plan at the time of evaluation, to be implemented and updated during the psychiatric appointments dictated by the Level of Care. CHS shall keep the treatment plan in the inmate's mental health and medical record.

---

Compliance Progress

| III. C. MENTAL HEALTH CARE & SUICIDE PREVENTION: 2. MENTAL HEALTH TREATMENT | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| III.C.2.Mental Health Treatment | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
| | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 3   III.C.2.c. | MH-PC | MH-NR | MH-NR | MH-NR | MH-NC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-PC | MH-PC | MH-PC | MH-PC |

## ASSESSMENT: MH - PARTIAL COMPLIANCE (PC)

PRIMARY MONITOR(S): DRS. DUDLEY, RAY

**FINDINGS:** KPIs for this requirement were revised in July 2023 and CHS immediately initiated action to implement a new electronic treatment plan form to extract data for these KPIs:

1. Ttl. Inmates on MH Caseload is defined as the total # of patients by level of care (LOC)
   a. Level I
   b. Level II
   c. Level III
   d. Level IV
2. Ttl. Inmates w/ written Initial TX Plan at Time of Evaluation.
3. Ttl. MH Caseload Inmates w/ TX Plans Updated During Psychiatric/MH Appointments by LOC.
4. Ttl. MH Caseload Inmates with TX Plans in Health Record.
5. MH Caseload TX Plan Compliance:
   a. % of Tx plans updated during appointments by LOC
   b. % of Tx plans in a health record by LOC

CHS advised the monitoring team that extracted data and the first compliance review using the new treatment plan form will be completed by September 2023. During the interim, the monitoring team has accepted a preliminary study by sampling 10% of 37 Level I and 5% of Level II inmates. We anticipate receiving these compliance results by the end of August 2023.

This provision subsection remains in partial compliance based on our review of the Monitor's 14th and 15th reports, our review of medical charts, and the commitment that CHS officials have started to implement the new KPIs and to complete the agreed compliance studies in a timely manner. It is unclear at this time whether this subsection will achieve substantial compliance before the November status hearing.

**RECOMMENDATIONS:**

1. Implement new treatment plan forms, validate its reliability, and initiate data extraction and testing for KPI measurements.

2. Revise related compliance Tools as needed to reflect revised treatment plan data.

3. Continue to measure compliance as required and submit findings to the monitor for independent review.

---

## PROVISION III.C.3. SUICIDE ASSESSMENT & PREVENTION

Subsection III.C.3.e. CHS shall ensure individualized treatment plans for suicidal inmates that include signs, symptoms, and preventive measures for suicide risk.

Compliance Progress

| III.C.3.Suicide Assmt & Prevention | | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 5 | III.C.3.e. | MH-PC | MH-NC | MH-NR | MH-NR | MH-NC | MH-PC | MH-NC | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-PC | MH-PC | MH-PC | MH-PC |

**ASSESSMENT: MH: PARTIAL COMPLIANCE (PC)**

PRIMARY MONITOR(S): DR. DUDLEY

**FINDINGS:** The development of an adequate and appropriate mental health treatment plan involves multiple considerations. Firstly, there needs to be a comprehensive mental health assessment that not only leads to a diagnosis or diagnostic formulation but also results in a specific list of treatment goals addressing the identified problems. In a jail setting, these goals must consider the inmate's current mental status, achievable outcomes within the detention period, and the availability of treatment resources within the facility. The treatment plan should outline these goals, specify the therapeutic interventions to be implemented, assign responsibility to staff members for each intervention, and establish a timeframe for achieving the treatment goals. The interdisciplinary treatment team should collaboratively develop treatment plans to ensure all staff members have a comprehensive understanding of the therapeutic

approach and their individual roles and responsibilities. Furthermore, treatment plans should be regularly reviewed and updated, as necessary.

Currently, there is variability in the articulation of treatment goals, similar to the issue with safety plans. Staff development in this area should be a focus of clinical supervision and potentially further in-service training. Once treatment goals are better defined, it is important to assess the extent to which staff require assistance in identifying specific interventions to address these goals. Additionally, the development of individualized treatment plans has been hindered by limited treatment resources and options. As mentioned in the introduction to the mental health section of this report, the expected increase in staff members will substantially enhance the availability of individual treatment and various types of group therapy, thus addressing this issue. This augmented range of treatment resources, provided by a diverse mental health staff at each facility, will also emphasize the significance of interdisciplinary teams and the need for cohesive teamwork in achieving treatment goals.

The KPI for assessing compliance with this subsection of the agreement is the percent of individualized treatment plans that Include the signs, symptoms, and preventive measures for suicide risk according to required risk and lethality levels. CHS is to review 15 treatment plans per month to determine compliance. In June 2023, CHS reported that 12 (80%) of the 15 individualized treatment plans meet these compliance requirements. We anticipate improvement in compliance as psychiatrist and QMHP staffing levels are increased. It is expected that this subsection of the agreement will achieve 100% compliance before the November status hearing.

**RECOMMENDATIONS:**

1. Enhance the ability of staff conducting mental health assessments to articulate reasonable and realistic treatment goals through clinical supervision and potential in-service training.
2. Ensure that staff can identify appropriate therapeutic interventions for specific treatment goals.
3. Continue with plans to expand the range of treatment services within the facilities as additional staff are hired.
4. Ensure that interdisciplinary treatment teams are responsible for formulating treatment plans.
5. Regularly review and update treatment plans, as necessary.
6. Ensure that internal monitoring of this provision is sufficient.
7. Complete and implement the revised electronic treatment plan form.
8. Complete and submit the two CQIs for the KPIs as agreed.
9. Continue to self-monitor and remediate barriers to compliance.

**PROVISION III.C.6. CUSTODIAL SEGREGATION**

Subsection III.C.6.a.(4). Inmates with SMI who are not diverted or removed from custodial segregation shall be offered a heightened level of care that includes:

i.   Qualified Mental Health Professionals conducting rounds at least three times a week to assess the mental health status of all inmates in custodial segregation and the effect of custodial segregation on each inmate's mental health to determine whether continued placement in custodial segregation is appropriate. These rounds shall be documented and not function as a substitute for treatment.

Compliance Progress

| III.C.6.Custodial Segregation | | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 5 | III.C.6.a.(4)i | MH-PC | MH-NR | MH-NR | MH-NR | MH-PC | MH-NC | MH-NC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-PC | MH-PC | MH-PC | MH-PC |

**ASSESSMENT: MH: PARTIAL COMPLIANCE (PC)**

PRIMARY MONITOR(S): DRS. DUDLEY, RAY

**FINDINGS:** A critical obstacle to achieving Substantial Compliance with specific mental health provisions in the Agreement has been the deficiency of mental health personnel. Despite the commendable skills and unwavering commitment observed from the current staff, an understaffing issue has arisen, impeding the timely and complete execution of essential tasks to address the mental health needs of the population and fully align with the Agreement. This situation has compelled staff to prioritize certain tasks over others, leading to challenges in resource allocation and hindering the development and implementation of vital new initiatives.

Furthermore, the staff shortage challenge has been compounded by instances of suboptimal utilization of staff capabilities. Some staff assignments failed to fully utilize their licensure scope of practice and available skills, resulting in an increased burden on other team members. This indicates a potential oversight in recognizing the collective responsibility of the Interdisciplinary Treatment Team for the inmates' care. Each team member plays a crucial role in assessing, treating, and managing each inmate, sharing vital information, and collaboratively executing their duties instead of working in isolation.

Though the reasons for not addressing these staffing and utilization issues earlier remain unclear, the current focus is on ongoing remedial efforts. In particular, CHS has on-boarded ±64 employees since June 2023.  It included a mix of new permanent hires, contracted agency personnel, and temporarily re-assigned Jackson Health System employees.  The disciplines included licensed clinical social workers,

master's and bachelor-level social workers, licensed health counselors, psychologists, psychiatrists, and psychiatry APRNs.

In addition, CHS contracted with a telemedicine company to provide board-certified psychiatric APRNs licensed in Florida to perform tele-consults. The service began at MetroWest in June 2023, and CHS is going to expand these support services to TGK and PTDC.

All of these efforts demonstrate CHS's all-hands-on-deck approach to meeting the mental health care needs of its population.

To enhance the situation, the organizational structure has been adjusted, with Mental Health Services staff, including Qualified Mental Health Professionals like psychologists, social workers, and counselors, now reporting to the Director of Mental Health Services. On the other hand, psychiatrists and advanced practice registered nurses report to the Chief of Psychiatry. The appointment of a new Chief of Psychiatry and Associate Chief of Psychiatry, along with the addition of four team leader positions under the Director of Mental Health Services, has improved supervision and management. These senior roles enable effective addressing of key issues that were previously sidelined. For instance, following a death incident, a comprehensive corrective action plan was swiftly implemented, involving a clinical education initiative for both medical and mental health staff, policy and procedure revisions, and legal negotiations.

During an onsite visit in May, the staffing issue was discussed with the Chief Executive Officer of Jackson Health System (JHS), who committed to immediate remedial action. Strategies were deliberated, and the Monitor pledged to monitor progress and help as needed. In June, Jackson Health System/Corrections Health Services (CHS) delivered an update. A detailed and comprehensive staffing analysis confirmed the need to fill existing vacancies and approved a significant number of additional positions. A proactive hiring plan, along with the temporary use of agency staff and part-time staff from other JHS sites, was initiated to rapidly fill positions.

Anticipated outcomes from this significant augmentation in staffing and strategic deployment include:

- A full range of mental health services provided by CHS to cater to the population's needs.
- More individualized treatment plans facilitated by the expanded availability of services.
- Improved capacity for the identification and monitoring of high-risk inmates.
- Reduction in the need for emergency and urgent mental health visits, as treatment needs are adequately addressed.
- Enhanced safety and security in the facilities.
- Achieving and sustaining Substantial Compliance.

- An automatic consult-firing system of the Electronic Medical Record (EMR) exacerbated the staffing issues. Upon review, this process was found to be unnecessarily consuming staff time. For instance, a patient routed in intake to see the behavioral health APRN was routed to the psychiatrist as well, despite them providing similar services.  Consequently, the system was revised to direct consultations to the most appropriate mental health staff member, effectively utilizing the capabilities of the Interdisciplinary Treatment Team.

The Monitor continues to closely evaluate the execution and results of this aggressive plan, with interim visits in July and August. Additional data types have been requested to better document and track progress. A notable improvement has been the enhancement of CHS' data collection and analysis capacity, thereby reducing reliance on JHS' technical support. The Monitor remains available for any further consultations as needed.

With these proactive measures and dedication to improvement, MDCR and CHS are committed to ensuring that inmates receive the highest standard of mental health care, fostering a safe and supportive correctional environment for all.

Monitoring compliance with the provision at hand has been complex due to disparities in data obtained from multiple sources (MDCR, different CHS reports, and Black Creek). These sources present conflicting numbers regarding the total inmate population in segregation and the subset of those inmates with serious mental illness (SMI). CHS reports a higher count of SMI inmates in segregation. Upon further investigation, it was discerned that CHS mental health personnel were aiming to execute required rounds and provide enhanced services to two groups: inmates in custodial segregation (i.e., inmates with restricted out-of-cell time) and SMI inmates who self-segregate (i.e., those who, typically due to mental health challenges, refuse out-of-cell time and thus self-isolate). While this additional focus on self-segregating SMI inmates is commendable and clinically appropriate, it falls outside the purview of this provision and needs separate consideration in terms of compliance.

Internal monitoring, based on a randomized review of medical records, suggests that inmates with SMI in segregation are receiving the required rounds and brief assessments by a Qualified Mental Health Professional (QMHP) three times per week. The Monitor's review, based on 100% of the records provided, found infrequent instances of missed rounds. Consequently, an internally produced compliance report, encompassing 100% of SMI inmates in segregation, is proposed, and the generation of such a report is in progress.

While multidisciplinary segregation review meetings chaired by MDCR staff do exist, the extent to which the information collected during mental health rounds has influenced the reassignment of any SMI

inmates out of segregation is unclear to this Monitor. Thus, this issue requires further examination during future onsite visits.

As outlined in this agreement, the thrice-weekly rounds constitute an element of the enhanced care protocol for SMI inmates held in segregation, but they do not replace treatment. Accordingly, despite their segregation, SMI inmates must maintain access to treatment as defined in their individualized treatment plans. Given the relatively small population of SMI inmates in custodial segregation at each facility—and considering their varied treatment needs and ability to engage in treatment—individualized sessions with their respective care providers are usually more suitable than group therapy sessions. As mentioned in the introduction to this report, it is anticipated that the current initiative to address staff shortages will enable more individualized treatment planning and provision of tailored services to SMI inmates held in segregation.

**RECOMMENDATIONS:**

1. Initiate a systematic examination to identify and rectify the disparities observed in data from varying sources concerning the total number of inmates held in segregation and the subset identified as Seriously Mentally Ill (SMI).

2. Develop a comprehensive compliance report that illustrates the thrice-weekly mental health rounds conducted for all SMI inmates under custodial segregation status and housing.

3. Sustain the practice of randomly reviewing medical records to verify that findings from the rounds are accurately documented, recommendations are proposed, and any suggested actions are appropriately implemented.

4. As new staff is integrated into the team, ensure all SMI inmates held in segregation possess tailored treatment plans, and confirm the effective implementation of these plans.

5. Establish a compliance report to affirm that SMI inmates in segregation are receiving appropriate therapeutic interactions.

ii. Documentation of all out-of-cell time, indicating the type and duration of activity.

Compliance Progress

| III.C.6.Custodial Segregation | | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| III. C. MENTAL HEALTH CARE & SUICIDE PREVENTION: 6. CUSTODIAL SEGREGATION | | | | | | | | | | | | | | | | | |
| | | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 6 | III.C.6.a.(4)ii | MH-PC | MH-NR | MH-NR | MH-NR | MH-PC | MH-NC | MH-NC | MH-NC | MH-NC | MH-SC | MH-SC | MH-SC | MH-PC | MH-PC | MH-PC | MH-PC |

**ASSESSMENT: PARTIAL COMPLIANCE (PC)**

PRIMARY MONITOR(S): DRS. DUDLEY, RAY

**FINDINGS:** Despite the previously stated challenges in data gathering, the MDCR's electronic cell activity tracking system, "Black Creek," yields reliably accurate data. This data allows us to effectively evaluate compliance levels. Black Creek logs various activities for all SMI inmates in the segregation unit, documenting details such as the inmate's name, cell number, timing, nature, and duration of each activity.

We engaged in a comprehensive review of out-of-cell time activities for SMI inmates in segregation from November 1, 2022, to April 30, 2023. To sharpen our focus, we narrowed our subject group to SMI inmates who spent seven or more days in segregation. Out of an initial count of 73 inmates, this criterion left us with 53 (representing 78%) to study. It's important to note that we excluded non-out-of-cell activities like cell cleaning, head counts, and cell-side pill passes from our analysis.

Our study's findings contribute significantly to the assessment of compliance with a crucial part of the consent agreement. We found that SMI inmates in segregation housing were offered the chance to spend time outside their cells approximately three times daily, equating to around 21 times weekly. This regularity is indicative not just of the frequency of out-of-cell time offers, but also illustrates that the MDCR's efforts surpass the common practices at facilities in other jurisdictions.

Indeed, the MDCR's provision of extensive opportunities for SMI inmates in segregation to leave their cells attests to its humane approach to incarceration. This policy distinguishes MDCR from many other institutions, reflecting its unwavering commitment to the welfare of its inmates.

Nevertheless, our study reveals a disparity in how these opportunities are utilized. About half of the SMI inmates in segregation seize these chances regularly, while the other half frequently decline. Therefore, the amount of out-of-cell time varies among inmates, largely depending on their personal preferences.

Our comprehensive analysis of the data brought to light interesting patterns. The top 25% of this group made use of approximately 88% of the offered out-of-cell time, indicating their high engagement. The second and third quartiles accept about 62% and 37% of the chances, respectively, revealing a decreasing trend. Concerningly, the bottom quartile only takes up about 20% of these offers.

Even though the decision to accept or reject out-of-cell time rests with the inmates, an acceptance rate below 50% poses addressable concerns about inmate health and wellbeing. We consider these matters substantial enough to discuss with MDCR and CHS officials. MDCR and CHS, therefore, are assessing strategies to improve out-of-cell time acceptance rates:

1. Implement a CHS data report that allows for analysis of the frequency of volume of mental health encounters and services each incarcerated individua with SMI inmate in segregation housing is offered and accepts by level of care.

2. Increase interdisciplinary monitoring of SMI inmates in segregation who consistently refuse out-of-cell time by MDCR and CHS officials in charge of managing this population.

3. Have the CHS/MDCR Interdisciplinary Treatment Team revise and implement improved treatment plans aimed at increasing out-of-cell time for this group.

4. Ensure that mental health staff conducting rounds in these housing units remain vigilant of inmates who habitually refuse out-of-cell time, conduct thorough mental status and mental health assessments, and strive to understand and address inmates' reasons for consistently refusing out-of-cell time.

5. Timely implementation of additional individualized and group therapeutic activities in segregation housing units that are, in part, based on levels of care and inmate needs.

This shared understanding and these potential strategies underscore County's joint commitment to enhancing the incarceration environment for the SMI inmate population.

The remarkable decline of approximately 66% in the number of individual SMI inmates held in segregation housing from November 2022 to July 2023 is a noteworthy achievement, but it is not unexpected. This decline can be attributed to the successful implementation of various institutional reforms and practices aimed at addressing this issue. The figures below demonstrate the significant reduction, with the number of SMI inmates in segregation housing decreasing from around 39 in November 2022 to just 13 by the end of July 2023.

Figure 19. SMI Inmates in Segregation Housing – Nov 2022 – July 2023

| Year | Month | SMI in Seg Housing | Monthly Diff |
|------|-------|--------------------|--------------|
| 2022 | Nov | 39 | |
| | Dec | 36 | -3 |
| 2023 | Jan | 30 | -6 |
| | Feb | 33 | 3 |
| | Mar | 22 | -11 |
| | Apr | 17 | -5 |
| | May | 20 | 3 |
| | Jun | 14 | -6 |
| | Jul | 13 | -1 |
| | Diff | -26 | -26 |
| | % Diff | -66.7% | |



This positive change can be attributed to at least two key factors. Firstly, the introduction of a new inmate classification system has allowed for the provision of additional specialized non-segregation housing options for SMI inmates. This change has provided alternative settings that better cater to the specific needs of these individuals, reducing the necessity of placing them in segregation.

Secondly, the MDCR's attention to this important issue has played a pivotal role in driving these positive outcomes. Better approaches to managing SMI inmates have resulted in more effective strategies and interventions. We tested this finding when touring the MWDC segregation housing unit and interviewed the SMI inmates at that location. Without exception, these inmates were satisfied with the amount of and duration of out-of-cell time offered. All gave high praise to the officers and mental health clinicians involved in their housing and care. We specifically asked each inmate whether they felt disrespected by staff or whether they had ever experienced any unprofessional behavior from officers or mental health staff. All stated that they had not, and the consensus was that they felt safe and secure in the segregation unit.

Overall, the substantial decline in SMI inmates held in segregation housing is convincing evidence of the positive impact of these institutional reforms and the ongoing commitment of the MDCR to improving conditions of confinement for this vulnerable population. As MDCR and CHS move forward toward the termination of both Agreements, it is essential to build on these successes and continue to explore innovative solutions to further enhance the treatment and support provided to SMI inmates. By doing so, the County can continue to create a more humane and effective correctional system that promotes rehabilitation and successful reintegration into society.

**RECOMMENDATIONS:**

1.  Monitor and Evaluate: Continuously assess the impact of the new inmate classification system on SMI segregation housing placements and length of stay. This ongoing evaluation will help identify areas of improvement and ensure the system's effectiveness in providing appropriate care and support.

2.  Data Reports and Tracking: Regularly update and maintain monthly data reports to monitor and track out-of-cell time offers and refusals. This data-driven approach will enable MDCR and CHS to identify trends and patterns, making it easier to address potential issues promptly.

3.  Implementation of Effective Strategies: We recommend implementing the most impactful strategies (1-5) discussed earlier to enhance SMI out-of-cell time and duration. By focusing on evidence-based practices, you can significantly improve the well-being and treatment of inmates with mental health challenges.

4.  Continue Expeditious Mental Health Staff Hiring and Treatment Activities: It is crucial to expedite the hiring process of additional mental health personnel. Increased staffing will allow for enhanced monitoring and treatment activities in segregation housing units where necessary, as determined by inmate risk and need reviews and individualized treatment plans.

---

Subsection III.C.6.a.(6) Inmates with serious mental illness shall not be placed into long-term custodial segregation, and inmates with serious mental illness currently subject to long-term custodial segregation shall immediately be removed from such confinement and referred for appropriate assessment and treatment.

---

| | | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| III.C.6.Custodial | | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Jul-23 |
| Segregation | | | | | | | | | | | | | | | | | |
| 8 | III.C.6.a.(6) | MH-NC | MH-NR | MH-NR | MH-NR | MH-PC | MH-PC | MH-NC | MH-NC | MH-NC | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC |

Compliance Progress

**ASSESSMENT: MH: PARTIAL COMPLIANCE (PC)**

Primary Monitor(s): DRS. DUDLEY, RAY

**FINDINGS:** Despite the aforementioned discrepancies among data sources and other data collection complexities, all data sets collectively point towards a substantial reduction in the number of SMI inmates held in segregation, a trend that continues to be observed. However, the underlying mechanisms driving this reduction remain unclear. Specifically, this Monitor seeks clarity regarding whether this decrease signifies a lower number of SMI inmates undergoing disciplinary proceedings that could lead to

segregation, if it reflects an increasing diversion of SMI inmates from segregation based on disciplinary review consultations with mental health, or whether it implies a quicker transition of SMI inmates from segregation to a more suitable placement through the multidisciplinary segregation review process outlined above.

As indicated in section 2.1.III.c.6.a.(4), i), this Monitor intends to further investigate the degree to which mental health findings lead to recommendations for the removal of an SMI inmate from segregation and eventually result in the actual removal of the inmate. Similarly, this Monitor will scrutinize the extent to which mental health findings influence custody decisions to divert an SMI inmate from segregation placement.

**RECOMMENDATIONS:**

1. Preserve efforts to prevent the long-term segregation of SMI inmates.

2. Evaluate the efficacy of policies, procedures, and implemented practices related to the diversion of SMI inmates from segregation.

3. Examine the efficacy of policies, procedures, and actual practices aimed at the prompt removal of SMI inmates from segregation to a more suitable placement.

## IV. CONCLUSION & NEXT STEPS

The transition process has reached its completion, and a synergistic relationship has been fostered between the monitoring team and the associated parties. Through a series of onsite inspections, meticulous independent examinations of off-site documents, extensive data analyses, and consultations involving both compliance and technical assistance, the monitoring team has ascertained that the defendants have implemented the requisite modifications to their compliance management systems. This enables rapid achievement of substantial compliance with the residual provisions and subsections identified as in partial compliance in the current report. We maintain a guarded optimism that CHS, under the guidance and direction of ICD Raney and the compliance team, is on course to attain full compliance with the remaining requirements before the scheduled status hearing in November 2023.

The ensuing actions designed to rigorously evaluate and ascertain compliance are outlined as follows:

1. The monitoring shall persist with quarterly onsite examinations until every provision and subsection of the Agreements are in substantial compliance. Collaboration with the parties will be integral to ascertain the most streamlined and efficacious route to achieve the stipulated substantial compliance.
2. The team shall conclude the process for the comprehensive assessment of all provisions and subsections of the Agreements, with the findings to be documented in subsequent reports. The monitoring team will also solidify the corresponding expectations from the defendants during the upcoming onsite visit in August.
3. In alignment with the terms of the Agreements, collaboration with the parties will be initiated to outline the procedure mandated for the sunsetting of the fifty Consent Agreement subsections that are now eligible.

End Report

## V.   APPEDICES

A.   Screening and Suicide Risk Assessment Factors, Triggers, and Thresholds

B.   Settlement Agreement Compliance Ratings & Score Card

C.   Consent Agreement Compliance Ratings & Score Card

# MIAMI-DADE COUNTY CONSENT AGREEMENT
## APPENDIX A
## Screening and Suicide Risk Assessment Factors, Triggers, and Thresholds

| Screening Factors | Assessment Factors | Trigger Events Occurring in the Jail | Thresholds Reached in the Jail |
|---|---|---|---|
| **History, Ideation and Observation** | | | |
| Screening shall inquire as to the following: <br> 1. Past suicidal ideation and/or attempts <br> 2. Current suicidal ideation, threat, or plan <br> 3. Prior mental health treatment or hospitalization <br> 4. Recent significant loss - such as the death of a family member or close friend <br> 5. History of suicidal behavior by family members and close friends <br> 6. Suicide risk during any prior confinement <br> 7. Any observations of the transporting officer, court, transferring agency, or similar individuals regarding the inmate's potential suicidal risk | Any of the following: <br> 1. Suicide risk screening indicates moderate or high risk <br> 2. Any suicide attempt in the past <br> 3. Any suicidal ideations, with intent/plan within the past 30 days <br> 4. Any command hallucinations to harm self within the past 30 days <br> 5. Any combination of the following: <br>   a) Suicidal ideations within the past year with or without intent/plan <br>   b) Suicidal gestures (current and/or within past year) <br>   c) One or more of the following diagnoses: <br>     i) Bipolar Disorder, Depressed <br>     ii) Major Depression With or Without Psychotic Features <br>     iii) Schizophrenia <br>     iv) Schizoaffective Disorder <br>     v) Any diagnosis within the Pervasive Developmental Disorder Spectrum <br>     vi) Any other factor(s) determined by the interdisciplinary team (IDT) as contributing to suicide risk (e.g. recent loss, family history of suicide, etc.) <br> 6. Any history of self-injurious behavior (SIB) resulting in injury requiring medical attention within the past year | 1. Any suicide attempt <br> 2. Any aggression to self resulting in major injury | 1. Any suicide <br> 2. Any suicide attempt resulting in outside medical treatment <br> 3. Two or more episodes of suicidal ideation/attempts within 14 consecutive days <br> 4. Four or more episodes of suicidal ideations/ attempts within 30 consecutive days |

Appendix B. Settlement Agreement Compliance Ratings & Score Card

| Noncompliance (NC) 0 Points | Partial Compliance (PC) 1 Point | Substantial Compliance (SC) 2 Points | Sustained Compliance (STC) or Sunsetted 3 Points |
|---|---|---|---|

**III. A. 1. Safety & Supervision**

| III. A. 1. Safety & Supervision | 1st July-13 | 2nd May-14 | 3rd Oct-14 | 4th May-15 | 5th Jan-16 | 6th Jul-16 | 7th Mar-17 | 8th Dec-17 | 9th Jun-18 | 10th Mar-19 | 11th Sept-19 | 12th Oct-20 | 13th Jun-21 | 14th Apr-22 | 15th Oct-22 | 16th Aug-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 III.A.1.a. (1) | PC | PC | PC | NR | NR | SC | SC | SC | STC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| 2 III.A.1.a. (2) | NC | NC | PC | NR | NR | PC | PC | PC | PC | SC | SC | SC | PC | PC | PC | SC |
| 3 III.A.1.a. (3) | PC | PC | SC | NR | NR | SC | SC | SC | PC | SC | SC | SC | Sunset | Sunset | Sunset | Sunset |
| 4 III.A.1.a. (4) | PC | PC | PC | SC | NR | SC | SC | SC | STC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| 5 III.A.1.a. (5) | PC | PC | SC | NR | NR | SC | SC | SC | STC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| 6 III.A.1.a. (6) | PC | SC | SC | NR | SC | SC | SC | SC | PC | SC | SC | SC | Sunset | Sunset | Sunset | Sunset |
| 7 III.A.1.a. (7) | PC | PC | SC | NR | NR | SC | SC | SC | PC | SC | SC | SC | Sunset | Sunset | Sunset | Sunset |
| 8 III.A.1.a. (8) | NC | NC | PC | NR | SC | SC | SC | STC | PC | SC | SC | SC | Sunset | Sunset | Sunset | Sunset |
| 9 III.A.1.a. (9) | PC | PC | PC | NR | SC | SC | SC | STC | STC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| 10 III.A.1.a. (10) | PC | PC | PC | NR | NR | PC | SC | SC | SC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| 11 III.A.1.a. (11) | PC | PC | PC | NR | NR | PC | SC | PC | PC | SC | SC | SC | PC | PC | PC | SC |

SCORECARD

| | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ttl Not Reviewed(NR) | 0.0 | 0.0 | 0.0 | 10.0 | 8.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl NonCompliance(NC) | 2.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | 9.0 | 8.0 | 7.0 | 0.0 | 0.0 | 3.0 | 1.0 | 2.0 | 6.0 | 0.0 | 0.0 | 0.0 | 2.0 | 2.0 | 2.0 | 0.0 |
| Ttl Substantial Compliance (SC) | 0.0 | 1.0 | 4.0 | 1.0 | 3.0 | 8.0 | 10.0 | 7.0 | 1.0 | 6.0 | 6.0 | 6.0 | 0.0 | 0.0 | 0.0 | 2.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 4.0 | 5.0 | 5.0 | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 9.0 | 9.0 | 9.0 | 9.0 |
| Compliance Points Earned | 9.0 | 10.0 | 15.0 | 10.0 | 18.0 | 19.0 | 21.0 | 22.0 | 20.0 | 27.0 | 27.0 | 27.0 | 29.0 | 29.0 | 29.0 | 31.0 |
| Progress to Sunset | 27.3% | 30.3% | 45.5% | 30.3% | 54.5% | 57.6% | 63.6% | 66.7% | 60.6% | 81.8% | 81.8% | 81.8% | 87.9% | 87.9% | 87.9% | 93.9% |

**III. A. PROTECTION FROM HARM: 2. SECURITY STAFFING**

| III. A. 2. Security Staffing | 1st July-13 | 2nd May-14 | 3rd Oct-14 | 4th May-15 | 5th Jan-16 | 6th Jul-16 | 7th Mar-17 | 8th Dec-17 | 9th Jun-18 | 10th Mar-19 | 11th Sept-19 | 12th Oct-20 | 13th Jun-21 | 14th Apr-22 | 15th Oct-22 | 16th Aug-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 III.A.2. a. | NR | PC | PC | SC | NR | SC | SC | SC | STC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| 2 III.A.2. b. | NC | PC | PC | SC | NR | PC | SC | SC | PC | SC | SC | SC | Sunset | Sunset | Sunset | Sunset |
| 3 III.A.2.c. | NR | PC | PC | SC | NR | SC | SC | SC | STC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| 4 III.A.2.d. | NR | NR | NC | NR | SC | SC | SC | STC | STC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |

SCORECARD

| | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ttl Not Reviewed(NR) | 3.0 | 1.0 | 0.0 | 1.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl NonCompliance(NC) | 1.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | 0.0 | 3.0 | 3.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Substantial Compliance (SC) | 0.0 | 0.0 | 0.0 | 3.0 | 1.0 | 3.0 | 4.0 | 3.0 | 0.0 | 1.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 3.0 | 3.0 | 3.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 | 4.0 | 4.0 | 4.0 |
| Compliance Points Earned | 0.0 | 3.0 | 3.0 | 6.0 | 8.0 | 7.0 | 8.0 | 9.0 | 10.0 | 11.0 | 11.0 | 11.0 | 12.0 | 12.0 | 12.0 | 12.0 |
| Progress to Sunset | 0.0% | 25.0% | 25.0% | 50.0% | 66.7% | 58.3% | 66.7% | 75.0% | 83.3% | 91.7% | 91.7% | 91.7% | 100.0% | 100.0% | 100.0% | 100.0% |

**III. A. PROTECTION FROM HARM: 3. SEXUAL MISCONDUCT**

| III.A.3.Sexual Misconduct | 1st July-13 | 2nd May-14 | 3rd Oct-14 | 4th May-15 | 5th Jan-16 | 6th Jul-16 | 7th Mar-17 | 8th Dec-17 | 9th Jun-18 | 10th Mar-19 | 11th Sept-19 | 12th Oct-20 | 13th Jun-21 | 14th Apr-22 | 15th Oct-22 | 16th Aug-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 III. A.3. | PC | PC | SC | NR | PC | PC | PC | PC | SC | SC | SC | SC | PC | PC | PC | SC |

SCORECARD

| | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ttl Not Reviewed(NR) | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl NonCompliance(NC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | 1.0 | 1.0 | 0.0 | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 1.0 | 1.0 | 0.0 |
| Ttl Substantial Compliance (SC) | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 1.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Compliance Points Earned | 1.0 | 1.0 | 2.0 | 2.0 | 1.0 | 1.0 | 1.0 | 1.0 | 2.0 | 2.0 | 2.0 | 2.0 | 1.0 | 1.0 | 1.0 | 2.0 |
| Progress to Sunset | 33.3% | 33.3% | 66.7% | 66.7% | 33.3% | 33.3% | 33.3% | 33.3% | 66.7% | 66.7% | 66.7% | 66.7% | 33.3% | 33.3% | 33.3% | 66.7% |

Appendix B. Settlement Agreement Compliance Ratings & Score Card, cont.

## III. A. PROTECTION FROM HARM: 4. INCIDENTS & REFERRALS

| II.A.4.Incidents & Referrals | 1st July-13 | 2nd May-14 | 3rd Oct-14 | 4th May-15 | 5th Jan-16 | 6th Jul-16 | 7th Mar-17 | 8th Dec-17 | 9th Jun-18 | 10th Mar-19 | 11th Sept-19 | 12th Oct-20 | 13th Jun-21 | 14th Apr-22 | 15th Oct-22 | 16th Aug-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 III. A.4 a. | PC | PC | SC | NR | NR | SC | SC | SC | SC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| 2 III.A.4 b. | NC | NC | SC | NR | NR | SC | SC | SC | STC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| 3 III.A.4.c. | NC | PC | SC | NR | SC | SC | SC | STC | STC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| 4 III.A.4.d. | NR | NC | PC | SC | NR | SC | SC | SC | PC | SC | SC | SC | Sunset | Sunset | Sunset | Sunset |
| 5 III.A.4.e. | PC | PC | PC | NR | NR | PC | SC | SC | SC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| 6 III.A.4.f. | PC | PC | PC | PC | SC | SC | SC | SC | SC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| **SCORECARD** | | | | | | | | | | | | | | | | |
| Ttl Not Reviewed(NR) | 1.0 | 0.0 | 0.0 | 4.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl NonCompliance(NC) | 2.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | 3.0 | 4.0 | 4.0 | 4.0 | 2.0 | 2.0 | 0.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Substantial Compliance (SC) | 0.0 | 0.0 | 2.0 | 2.0 | 4.0 | 4.0 | 6.0 | 4.0 | 2.0 | 1.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 3.0 | 5.0 | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 | 6.0 | 6.0 | 6.0 |
| Compliance Points Earned | 3.0 | 4.0 | 8.0 | 8.0 | 10.0 | 10.0 | 12.0 | 12.0 | 14.0 | 17.0 | 17.0 | 17.0 | 18.0 | 18.0 | 18.0 | 18.0 |
| Progress to Sunset | 16.7% | 22.2% | 44.4% | 44.4% | 55.6% | 55.6% | 66.7% | 66.7% | 77.8% | 94.4% | 94.4% | 94.4% | 100.0% | 100.0% | 100.0% | 100.0% |

## III. A. PROTECTION FROM HARM: 5. USE OF FORCE BY STAFF

| III. A. 5. Use of Force by Staff | 1st July-13 | 2nd May-14 | 3rd Oct-14 | 4th May-15 | 5th Jan-16 | 6th Jul-16 | 7th Mar-17 | 8th Dec-17 | 9th Jun-18 | 10th Mar-19 | 11th Sept-19 | 12th Oct-20 | 13th Jun-21 | 14th Apr-22 | 15th Oct-22 | 16th Aug-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 III.A. 5 a.(1) (2) | PC | PC | PC | PC | PC | PC | SC | PC | SC | SC | SC | STC | Sunset | Sunset | Sunset | Sunset |
| 2 (3) III.A.5. b.(1), i-vi, (2) | PC | PC | PC | PC | NR | SC | SC | PC | SC | SC | SC | STC | Sunset | Sunset | Sunset | Sunset |
| 3 III.A. 5. c. (1) | NC | SC | PC | NR | NR | SC | SC | STC | STC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| 4 III.A. 5. c. (2) | NC | PC | PC | NR | PC | SC | SC | PC | PC | SC | SC | SC | Sunset | Sunset | Sunset | Sunset |
| 5 III.A. 5. c. (3) | PC | PC | PC | SC | SC | SC | SC | SC | STC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| 6 III.A. 5. c. (4) | PC | NR | SC | NR | NR | SC | SC | SC | STC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| 7 III.A. 5. c. (5) | PC | SC | SC | NR | NR | SC | SC | SC | STC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| 8 III.A. 5. c. (6) | NC | NR | PC | SC | NR | SC | SC | PC | SC | SC | SC | SC | Sunset | Sunset | Sunset | Sunset |
| 9 III.A. 5. c. (7) | PC | SC | SC | NR | NR | SC | SC | SC | STC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| 10 III.A. 5. c. (8) | NC | NC | SC | NR | SC | SC | SC | SC | STC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| 11 III.A. 5. c. (9) | NC | NC | PC | PC | SC | SC | SC | SC | STC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| 12 III.A. 5. c. (10) | PC | SC | SC | SC | NR | SC | SC | NC | SC | SC | SC | SC | Sunset | Sunset | Sunset | Sunset |
| 13 III.A. 5. c. (11) | NC | NC | NC | PC | NR | PC | PC | PC | SC | SC | SC | SC | Sunset | Sunset | Sunset | Sunset |
| 14 III.A. 5. c. (12) | NC | NC | SC | PC | NR | SC | SC | SC | STC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| 15 III.A. 5. c. (13) | NC | SC | SC | NR | NR | SC | SC | SC | STC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| 16 III.A. 5. c. (14) | NC | NC | NC | PC | NR | PC | SC | PC | SC | SC | SC | SC | Sunset | Sunset | Sunset | Sunset |
| 17 III.A.5. d. (1) (2) (3) (4) | PC | PC | PC | NR | NR | PC | SC | SC | SC | SC | SC | SC | Sunset | Sunset | Sunset | Sunset |
| 18 III.A.5. e. (1) (2) | NC | PC | SC | NR | NR | PC | SC | SC | SC | SC | SC | SC | Sunset | Sunset | Sunset | Sunset |
| **SCORECARD** | | | | | | | | | | | | | | | | |
| Ttl Not Reviewed(NR) | 0.0 | 2.0 | 0.0 | 9.0 | 14.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl NonCompliance(NC) | 10.0 | 5.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | 8.0 | 6.0 | 9.0 | 10.0 | 9.0 | 7.0 | 1.0 | 9.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Substantial Compliance (SC) | 0.0 | 5.0 | 6.0 | 8.0 | 9.0 | 11.0 | 17.0 | 8.0 | 9.0 | 10.0 | 10.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 8.0 | 8.0 | 8.0 | 17.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 18.0 | 18.0 | 18.0 | 18.0 |
| Compliance Points Earned | 8.0 | 16.0 | 21.0 | 26.0 | 27.0 | 29.0 | 35.0 | 25.0 | 43.0 | 44.0 | 44.0 | 53.0 | 54.0 | 54.0 | 54.0 | 54.0 |
| Progress to Sunset | 14.8% | 29.6% | 38.9% | 48.1% | 50.0% | 53.7% | 64.8% | 46.3% | 79.6% | 81.5% | 81.5% | 98.1% | 100.0% | 100.0% | 100.0% | 100.0% |

## III. A. PROTECTION FROM HARM: 6. EARLY WARNING SYSTEM (USE OF FORCE)

| III. A. 6. Early Warning System (Use of Force) | 1st July-13 | 2nd May-14 | 3rd Oct-14 | 4th May-15 | 5th Jan-16 | 6th Jul-16 | 7th Mar-17 | 8th Dec-17 | 9th Jun-18 | 10th Mar-19 | 11th Sept-19 | 12th Oct-20 | 13th Jun-21 | 14th Apr-22 | 15th Oct-22 | 16th Aug-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 III.A.6. a. (1) (2) (3) (4) (5) | NC | NC | PC | NR | SC | PC | SC | SC | PC | SC | SC | SC | Sunset | Sunset | Sunset | Sunset |
| 2 III.A.6. b. | NC | NC | NR | PC | SC | PC | SC | SC | SC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| 3 III.A.6.c. | NC | NC | NC | PC | SC | SC | SC | PC | SC | SC | SC | SC | Sunset | Sunset | Sunset | Sunset |
| **SCORECARD** | | | | | | | | | | | | | | | | |
| Ttl Not Reviewed(NR) | 0.0 | 0.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl NonCompliance(NC) | 3.0 | 3.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | 0.0 | 0.0 | 1.0 | 3.0 | 0.0 | 3.0 | 0.0 | 1.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Substantial Compliance (SC) | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 0.0 | 3.0 | 2.0 | 1.0 | 2.0 | 2.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 3.0 | 3.0 | 3.0 |
| Compliance Points Earned | 0.0 | 0.0 | 1.0 | 3.0 | 6.0 | 3.0 | 6.0 | 5.0 | 4.0 | 7.0 | 7.0 | 7.0 | 9.0 | 9.0 | 9.0 | 9.0 |
| Progress to Sunset | 0.0% | 0.0% | 11.1% | 33.3% | 66.7% | 33.3% | 66.7% | 55.6% | 44.4% | 77.8% | 77.8% | 77.8% | 100.0% | 100.0% | 100.0% | 100.0% |

Appendix B. Settlement Agreement Compliance Ratings & Score Card, cont.

### III. B. FIRE & LIFE SAFETY

| III.B.Fire & Life Safety | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 1 III.B.1. | PC | PC | PC | NR | NR | PC | SC | SC | SC | STC | Sunset | Sunset | Sunset | Sunset | Sunset | Sunset |
| 2 III.B.2. | SC | SC | SC | NR | NR | PC | SC | SC | SC | STC | Sunset | Sunset | Sunset | Sunset | Sunset | Sunset |
| 3 III.B.3. | PC | PC | PC | NR | NR | PC | SC | SC | SC | STC | Sunset | Sunset | Sunset | Sunset | Sunset | Sunset |
| 4 III.B.4. | PC | PC | PC | PC | PC | PC | SC | SC | SC | STC | Sunset | Sunset | Sunset | Sunset | Sunset | Sunset |
| 5 III.B. 5. | NC | PC | PC | NR | NR | PC | SC | SC | SC | STC | Sunset | Sunset | Sunset | Sunset | Sunset | Sunset |
| 6 III.B.6 | NC | NC | NC | PC | NR | PC | SC | SC | SC | STC | Sunset | Sunset | Sunset | Sunset | Sunset | Sunset |
| **SCORECARD** | | | | | | | | | | | | | | | | |
| Ttl Not Reviewed(NR) | 0.0 | 0.0 | 0.0 | 4.0 | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl NonCompliance(NC) | 2.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | 3.0 | 4.0 | 4.0 | 5.0 | 5.0 | 6.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Substantial Compliance (SC) | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 0.0 | 6.0 | 6.0 | 6.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 |
| Compliance Points Earned | 5.0 | 6.0 | 6.0 | 7.0 | 7.0 | 6.0 | 12.0 | 12.0 | 12.0 | 18.0 | 18.0 | 18.0 | 18.0 | 18.0 | 18.0 | 18.0 |
| Progress to Sunset | 27.8% | 33.3% | 33.3% | 38.9% | 38.9% | 33.3% | 66.7% | 66.7% | 66.7% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

### III. C. INMATE GRIEVANCES

| III.C.Inmate Grievances | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 1 III .C.1,2,3,4,5,6. | PC | PC | PC | SC | NR | SC | SC | PC | PC | SC | SC | SC | Sunset | Sunset | Sunset | Sunset |
| **SCORECARD** | | | | | | | | | | | | | | | | |
| Ttl Not Reviewed(NR) | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl NonCompliance(NC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | 1.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Substantial Compliance (SC) | 0.0 | 0.0 | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 0.0 | 0.0 | 1.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Compliance Points Earned | 1.0 | 1.0 | 1.0 | 2.0 | 2.0 | 2.0 | 2.0 | 1.0 | 1.0 | 2.0 | 2.0 | 2.0 | 3.0 | 3.0 | 3.0 | 3.0 |
| Progress to Sunset | 33.3% | 33.3% | 33.3% | 66.7% | 66.7% | 66.7% | 66.7% | 33.3% | 33.3% | 66.7% | 66.7% | 66.7% | 100.0% | 100.0% | 100.0% | 100.0% |

### III. D. AUDITS & CONTINUOUS IMPROVEMENT: 1. SELF AUDITS & 2. BI-ANNUAL REPORTS

| III. D. Audits & Quality Improvement | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 1 PFH III.D.1. a. b. | NC | NC | PC | NR | NR | PC | SC | PC | SC | SC | SC | SC | STC | STC | PC | SC |
| 2 FLS III.D.1. a. b. | NC | NC | PC | NR | NR | PC | SC | SC | SC | STC | STC | STC | STC | STC | STC | Sunset |
| 3 PFH III.D. 2.a. b. | NR | NC | PC | PC | PC | PC | SC | PC | PC | SC | SC | SC | PC | SC | PC | SC |
| **SCORECARD** | | | | | | | | | | | | | | | | |
| Ttl Not Reviewed(NR) | 1.0 | 0.0 | 0.0 | 2.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl NonCompliance(NC) | 2.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | 0.0 | 0.0 | 3.0 | 3.0 | 3.0 | 3.0 | 0.0 | 2.0 | 1.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 2.0 | 0.0 |
| Ttl Substantial Compliance (SC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 1.0 | 2.0 | 2.0 | 2.0 | 2.0 | 0.0 | 1.0 | 0.0 | 2.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 1.0 | 1.0 | 2.0 | 2.0 | 1.0 | 0.0 |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 |
| Compliance Points Earned | 0.0 | 0.0 | 3.0 | 3.0 | 3.0 | 3.0 | 6.0 | 4.0 | 5.0 | 7.0 | 7.0 | 7.0 | 7.0 | 8.0 | 5.0 | 7.0 |
| Progress to Sunset | 0.0% | 0.0% | 33.3% | 33.3% | 33.3% | 33.3% | 66.7% | 44.4% | 55.6% | 77.8% | 77.8% | 77.8% | 77.8% | 88.9% | 55.6% | 77.8% |

Appendix B. Settlement Agreement Compliance Ratings & Score Card, end.

| IV. COMPLIANCE & QUALITY IMPROVEMENT | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IV. Compliance & Quality Improvement | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
| | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 1 PFH IV. A. | NR | NC | PC | NR | NR | PC | SC | SC | SC | STC | STC | STC | STC | Sunset | Sunset | Sunset |
| 2 FLS IV. A. | NR | NC | PC | NR | PC | PC | SC | SC | SC | STC | STC | STC | STC | Sunset | Sunset | Sunset |
| 3 PFH IV. B. | NC | NC | PC | NR | NR | PC | SC | PC | PC | SC | SC | SC | PC | PC | NC | SC |
| 4 FLS IV.B. | NC | NC | PC | NR | NR | PC | SC | SC | STC | STC | STC | STC | STC | STC | STC | Sunset |
| 5 PFH IV.C. | NR | NC | PC | NR | SC | SC | SC | STC | STC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| 6 FLS IV. C. | NR | NC | PC | NR | PC | SC | SC | STC | STC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| 7 PFH IV. D. | PC | PC | SC | NR | NR | SC | SC | SC | STC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| 8 FLS IV. D. | PC | PC | PC | NR | PC | SC | SC | SC | STC | STC | STC | STC | Sunset | Sunset | Sunset | Sunset |
| SCORECARD | | | | | | | | | | | | | | | | |
| Ttl Not Reviewed(NR) | 4.0 | 0.0 | 0.0 | 8.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl NonCompliance(NC) | 2.0 | 6.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 |
| Ttl Partial Compliance(PC) | 2.0 | 2.0 | 7.0 | 7.0 | 6.0 | 4.0 | 0.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 1.0 | 1.0 | 0.0 | 0.0 |
| Ttl Substantial Compliance (SC) | 0.0 | 0.0 | 1.0 | 1.0 | 2.0 | 4.0 | 8.0 | 5.0 | 3.0 | 1.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 1.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 4.0 | 7.0 | 7.0 | 7.0 | 3.0 | 1.0 | 1.0 | 0.0 |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 | 6.0 | 6.0 | 7.0 |
| Compliance Points Earned | 2.0 | 2.0 | 9.0 | 9.0 | 10.0 | 12.0 | 16.0 | 17.0 | 19.0 | 23.0 | 23.0 | 23.0 | 22.0 | 22.0 | 21.0 | 23.0 |
| Progress to Sunset | 8.3% | 8.3% | 37.5% | 37.5% | 41.7% | 50.0% | 66.7% | 70.8% | 79.2% | 95.8% | 95.8% | 95.8% | 91.7% | 91.7% | 87.5% | 95.8% |

| MDCR SETTLEMENT AGREEMENT SCORE CARD SUMMARY | | | | | | | | | | | | Pandemic (Mar 2020-Mar 2023) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Report | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
| Month Year Reported | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| Ttl Not Reviewed(NR) | 9.0 | 3.0 | 1.0 | 40.0 | 41.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl NonCompliance(NC) | 24.0 | 22.0 | 7.0 | 1.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 |
| Ttl Partial Compliance(PC) | 27.0 | 29.0 | 39.0 | 32.0 | 30.0 | 30.0 | 3.0 | 18.0 | 14.0 | 0.0 | 0.0 | 0.0 | 5.0 | 4.0 | 5.0 | 0.0 |
| Ttl Substantial Compliance (SC) | 1.0 | 7.0 | 15.0 | 22.0 | 31.0 | 31.0 | 58.0 | 36.0 | 25.0 | 25.0 | 25.0 | 16.0 | 0.0 | 1.0 | 0.0 | 6.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 | 22.0 | 36.0 | 30.0 | 39.0 | 5.0 | 3.0 | 2.0 | 0.0 |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 | 6.0 | 51.0 | 53.0 | 53.0 | 55.0 |
| Compliance Points Earned | 29.0 | 43.0 | 69.0 | 76.0 | 92.0 | 92.0 | 119.0 | 108.0 | 130.0 | 158.0 | 158.0 | 167.0 | 173.0 | 174.0 | 170.0 | 177.0 |
| Progress to Sunset | 15.8% | 23.5% | 37.7% | 41.5% | 50.3% | 50.3% | 65.0% | 59.0% | 71.0% | 86.3% | 86.3% | 91.3% | 94.5% | 95.1% | 92.9% | 96.7% |

Appendix C. Consent Agreement Compliance Ratings & Score Card

| Noncompliance (NC) 0 Points | Partial Compliance (PC) 1 Point | Substantial Compliance (SC) 2 Points | Sustained Compliance (STC) or Sunsetted 3 Points |
|---|---|---|---|

### III. A. MEDICAL AND MENTAL HEALTH CARE: 1. INTAKE SCREENING

| III.A.1. Intake Screens | | 1st July-13 | 2nd May-14 | 3rd Oct-14 | 4th May-15 | 5th Jan-16 | 6th Jul-16 | 7th Mar-17 | 8th Dec-17 | 9th Jun-18 | 10th Mar-19 | 11th Sept-19 | 12th Oct-20 | 13th Jun-21 | 14th Apr-22 | 15th Oct-22 | 16th Aug-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | III.A.1.a. | Med-PC MH-PC | Med-NR MH-NR | Med-PC MH-PC | Med-PC MH-SC | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-SC MH-SC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-NR MH-NR |
| 2 | III. A. 1. b. | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-PC | MH-SC | MH-STC | MH-STC | MH-STC | MH-STC | MH-STC | MH-NR |
| 3 | III. A. 1. c. | MH-NC | MH-NC | MH-NC | MH-PC | MH-NC | MH-NC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-STC | MH-NR |
| 4 | III.A.1.d. | Med-SC MH-NR | Med-NR MH-NR | Med-NC MH-NC | Med-SC MH-NC | Med-SC MH-NC | Med-NC MH-NC | Med-PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-SC MH-SC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-NR MH-NR |
| 5 | III.A.1.e. | Med-NR MH-NR | Med-NR MH-NR | Med-NC MH-PC | Med-SC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-SC MH-PC | Med-SC MH-PC | Med-SC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-SC MH-PC | Med-SC MH-PC | Med-SC MH-PC |
| 6 | III.A.1.f. | Med-PC MH-PC | Med-NR MH-NR | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-SC MH-SC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-NR MH-NR |
| 7 | III.A.1.g. | Med-NR MH-NR | Med-NR MH-NR | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-NC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-SC MH-SC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-NR MH-NR |

**SCORECARD**

| | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ttl Not Reviewed(NR) | 2.0 | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 |
| Ttl NonCompliance(NC) | 1.0 | 1.0 | 3.0 | 0.0 | 2.0 | 2.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | 4.0 | 4.0 | 4.0 | 7.0 | 5.0 | 5.0 | 4.0 | 3.0 | 3.0 | 1.0 | 1.0 | 0.0 | 0.0 | 1.0 | 1.0 | 1.0 |
| Ttl Substantial Compliance (SC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 4.0 | 4.0 | 6.0 | 3.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 |
| Ttl Sunsetted | | | | | | | | | | | | | | | | |
| Compliance Points Earned | 4.0 | 4.0 | 4.0 | 7.0 | 5.0 | 5.0 | 6.0 | 11.0 | 11.0 | 13.0 | 16.0 | 20.0 | 20.0 | 19.0 | 19.0 | 19.0 |
| Progress to Sunset | 19.0% | 19.0% | 19.0% | 33.3% | 23.8% | 23.8% | 28.6% | 52.4% | 52.4% | 61.9% | 76.2% | 95.2% | 95.2% | 90.5% | 90.5% | 90.5% |

### III. A. MEDICAL AND MENTAL HEALTH CARE: 2. HEALTH ASSESSMENTS

| III.A.2. Health Assessments | | 1st July-13 | 2nd May-14 | 3rd Oct-14 | 4th May-15 | 5th Jan-16 | 6th Jul-16 | 7th Mar-17 | 8th Dec-17 | 9th Jun-18 | 10th Mar-19 | 11th Sept-19 | 12th Oct-20 | 13th Jun-21 | 14th Apr-22 | 15th Oct-22 | 16th Aug-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | III. A. 2. a. | Med-NR | Med-NR | Med-NR | Med-NR | Med-NR | Med-NR | Med-NC | Med-NC | Med-PC | Med-SC | Med-SC | Med-SC | Med-STC | Med-STC | Med-STC | MH-NR |
| 2 | III. A. 2. b. | MH-NR | MH-PC | MH-NR | MH-NR | MH-NR | MH-NC | MH-NC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | Med-SC | MH-NR |
| 3 | III. A. 2. c. | MH-NR | MH-PC | MH-NR | MH-NR | MH-NR | MH-NC | MH-NC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | Med-SC | MH-NR |
| 4 | III. A. 2. d. | MH-NR | MH-PC | MH-NR | MH-NR | MH-NR | MH-NR | MH-NC | MH-PC | MH-PC | MH-SC | MH-STC | MH-PC | MH-PC | Med-PC | MH-PC | MH-PC |
| 5 | III.A.2.e. | MH-NR | MH-NR | MH-NR | MH-NR | MH-NR | MH-SC | MH-NC | MH-NC | MH-PC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-STC | MH-NR |
| 6 | III.A.2.f. (See IIIA1a and C. (IIIA2e)) | Med-PC MH-PC | Med-PC MH-PC | Med-NR MH-NR | Med-NR MH-NR | Med-PC MH-PC | Med-PC MH-PC | Med-NC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-NR MH-NR |
| 7 | III.A.2.g. | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NC MH-NC | Med-NC MH-NC | Med-SC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-SC MH-SC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-NR MH-NR |

**SCORECARD**

| | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ttl Not Reviewed(NR) | 6.0 | 4.0 | 7.0 | 7.0 | 7.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 |
| Ttl NonCompliance(NC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 5.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | 1.0 | 4.0 | 0.0 | 0.0 | 0.0 | 2.0 | 2.0 | 5.0 | 4.0 | 0.0 | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 0.0 |
| Ttl Substantial Compliance (SC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 3.0 | 6.0 | 7.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 | 6.0 | 6.0 | 6.0 | 6.0 |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Compliance Points Earned | 1.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 2.0 | 5.0 | 10.0 | 13.0 | 14.0 | 18.0 | 19.0 | 19.0 | 19.0 | 19.0 |
| Progress to Sunset | 4.8% | 19.0% | 19.0% | 19.0% | 19.0% | 19.0% | 9.5% | 23.8% | 47.6% | 61.9% | 66.7% | 85.7% | 90.5% | 90.5% | 90.5% | 90.5% |

Appendix C. Consent Agreement Compliance Ratings & Score Card, cont.

**III. A. MEDICAL AND MENTAL HEALTH CARE: 3. ACCESS TO MEDICAL & MENTAL HEALTH CARE**

| III.A.3.Access to Medical & Mental Health Care | | 1st July-13 | 2nd May-14 | 3rd Oct-14 | 4th May-15 | 5th Jan-16 | 6th Jul-16 | 7th Mar-17 | 8th Dec-17 | 9th Jun-18 | 10th Mar-19 | 11th Sept-19 | 12th Oct-20 | 13th Jun-21 | 14th Apr-22 | 15th Oct-22 | 16th Aug-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | III.A.3.a.(1) | Med-SC MH-PC | Med-NR MH-NR | Med-SC MH-SC | Med-NR MH-NR | Med-NR MH-NR | Med-SC MH-SC | Med-SC MH-SC | Med-SC MH-SC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Sunset | Sunset | Sunset | Sunset |
| 2 | III.A.3.a.(2) | Med-NR MH-PC | Med-NR MH-PC | Med-SC MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-SC MH-NR | Med-SC MH-NC | Med-SC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-SC MH-SC | Med-STC MH-STC | Sunset | Sunset | Sunset | Sunset |
| 3 | III.A.3.a.(3) | Med-PC MH-PC | Med-NR MH-NR | Med-SC MH-SC | Med-NR MH-NR | Med-NR MH-NR | Med-SC MH-SC | Med-SC MH-SC | Med-SC MH-SC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Sunset | Sunset | Sunset | Sunset |
| 4 | III.A.3.a.(4) | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-STC MH-STC | Sunset | Sunset | Sunset | Sunset |
| 5 | III.A.3.b. | Med-PC MH-PC | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-PC MH-NC | Med-NC MH-NC | Med-NC MH-NC | Med-PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-STC MH-STC | Sunset | Sunset | Sunset | Sunset |

**SCORECARD**

| | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ttl Not Reviewed(NR) | 2.0 | 5.0 | 3.0 | 5.0 | 5.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.0 | 5.0 | 5.0 | 5.0 |
| Ttl NonCompliance(NC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 2.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | 3.0 | 3.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 2.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Substantial Compliance (SC) | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 2.0 | 2.0 | 2.0 | 1.0 | 3.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 2.0 | 2.0 | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sunsetted | | | | | | | | | | | | | 5.0 | 5.0 | 5.0 | 5.0 |
| Compliance Points Earned | 3.0 | 3.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 6.0 | 10.0 | 12.0 | 12.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 |
| Progress to Sunset | 20.0% | 20.0% | 33.3% | 33.3% | 33.3% | 33.3% | 33.3% | 40.0% | 66.7% | 80.0% | 80.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

**III. A. MEDICAL AND MENTAL HEALTH CARE: 4. MEDICATION ADMINISTRATION & MANAGEMENT**

| III.A.4.Medication Admin and Management | | 1st July-13 | 2nd May-14 | 3rd Oct-14 | 4th May-15 | 5th Jan-16 | 6th Jul-16 | 7th Mar-17 | 8th Dec-17 | 9th Jun-18 | 10th Mar-19 | 11th Sept-19 | 12th Oct-20 | 13th Jun-21 | 14th Apr-22 | 15th Oct-22 | 16th Aug-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | III.A.4.a. | Med-PC MH-PC | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-PC MH-PC | Med-NC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-SC MH-SC | Med-SC MH-SC | Med-STC MH-STC | Med-STC MH-STC | Med-NR MH-NR |
| 2 | III.A.4.b(1) | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-PC MH-NC | Med-PC MH-NC | Med-SC MH-SC | Med-SC MH-SC | Med-SC MH-SC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-NR MH-NR |
| 3 | III.A.4.b(2) | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NC MH-NC | Med-NC MH -NC | Med-NC MH-NC | Med- PC MH-PC | Med-PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-NR MH-NR |
| 4 | III. A. 4. c. | MH-PC | MH-NR | MH-NR | MH-NR | MH-NR | MH-NC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | | Med-NR MH-NR |
| 5 | III. A. 4. d. | MH-PC | MH-NR | MH-NR | MH-NR | MH-NR | MH-NC | MH-NC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | | MH-PC | MH-PC |
| 6 | IIIA.4.e. | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NC MH-NC | Med-NC MH-NC | Med-NC MH-PC | Med -PC MH-PC | Med -PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | | | MH-STC | Med-NR MH-NR |
| 7 | III.A.4.f. (See III.A.4.a.) | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-PC MH-PC | Med-NC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-NR MH-NR |

**SCORECARD**

| | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ttl Not Reviewed(NR) | 4.0 | 7.0 | 7.0 | 7.0 | 7.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 |
| Ttl NonCompliance(NC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.0 | 6.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | 3.0 | 3.0 | 3.0 | 3.0 | 2.0 | 1.0 | 3.0 | 4.0 | 3.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 1.0 |
| Ttl Substantial Compliance (SC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 3.0 | 4.0 | 4.0 | 5.0 | 4.0 | 1.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 2.0 | 2.0 | 3.0 | 6.0 | 6.0 | 6.0 |
| Ttl Sunsetted | | | | | | | | | | | | | | | | |
| Compliance Points Earned | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 2.0 | 1.0 | 7.0 | 10.0 | 11.0 | 15.0 | 16.0 | 17.0 | 20.0 | 19.0 | 19.0 |
| Progress to Sunset | 14.3% | 14.3% | 14.3% | 14.3% | 14.3% | 9.5% | 4.8% | 33.3% | 47.6% | 52.4% | 71.4% | 76.2% | 81.0% | 95.2% | 90.5% | 90.5% |

Appendix C. Consent Agreement Compliance Ratings & Score Card, cont.

### III. A. MEDICAL AND MENTAL HEALTH CARE: 5. RECORD KEEPING

| III.A.5.Record Keeping | | 1st July-13 | 2nd May-14 | 3rd Oct-14 | 4th May-15 | 5th Jan-16 | 6th Jul-16 | 7th Mar-17 | 8th Dec-17 | 9th Jun-18 | 10th Mar-19 | 11th Sept-19 | 12th Oct-20 | 13th Jun-21 | 14th Apr-22 | 15th Oct-22 | 16th Aug-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | III.A.5.a. | Med-PC MH-NC | Med-NR MH-PC | Med-PC MH-PC | Med-NR MH-NR | Med-NR MH-NR | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-SC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-SC MH-SC | Sunset | Sunset | Sunset | Sunset |
| 2 | III.A.5 b. | MH-NC | MH-PC | MH-PC | MH-NR | MH-PC | MH-PC | MH-NC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | Sunset | Sunset | Sunset | Sunset |
| 3 | III.A.5.c.(See III.A.5.a.) | Med-PC MH-PC | Med-NR MH-NR | Med-PC MH-PC | Med-NR MH-NR | Med-NR MH-NR | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-SC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-SC MH-SC | Sunset | Sunset | Sunset | Sunset |
| 4 | III.A.5.d. | Med-PC MH-PC | Med-NR MH-NR | Med-PC MH-PC | Med-NR MH-NR | Med-NR MH-NR | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med - C MH-SC | Med-SC MH-SC | Med-SC MH-SC | Sunset | Sunset | Sunset | Sunset |

SCORECARD

| | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ttl Not Reviewed(NR) | 0.0 | 3.0 | 0.0 | 4.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 | 4.0 | 4.0 | 4.0 |
| Ttl NonCompliance(NC) | 2.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | 2.0 | 3.0 | 4.0 | 4.0 | 4.0 | 4.0 | 3.0 | 4.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Substantial Compliance (SC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 4.0 | 4.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 | 4.0 | 4.0 | 4.0 |
| Compliance Points Earned | 2.0 | 3.0 | 4.0 | 4.0 | 4.0 | 4.0 | 3.0 | 4.0 | 5.0 | 8.0 | 8.0 | 8.0 | 12.0 | 12.0 | 12.0 | 12.0 |
| Progress to Sunset | 16.7% | 25.0% | 33.3% | 33.3% | 33.3% | 33.3% | 25.0% | 33.3% | 41.7% | 66.7% | 66.7% | 66.7% | 100.0% | 100.0% | 100.0% | 100.0% |

### III. A. MEDICAL AND MENTAL HEALTH CARE: 6. DISCHARGE PLANNING

| III.A.6.Discharge Planning | | 1st July-13 | 2nd May-14 | 3rd Oct-14 | 4th May-15 | 5th Jan-16 | 6th Jul-16 | 7th Mar-17 | 8th Dec-17 | 9th Jun-18 | 10th Mar-19 | 11th Sept-19 | 12th Oct-20 | 13th Jun-21 | 14th Apr-22 | 15th Oct-22 | 16th Aug-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | III.A.6.a.(1) | Med-NR MH-PC | Med-NR MH-NC | Med-PC MH-PC | Med-NR MH-NR | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-NC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-STC MH-STC | Med-STC MH-STC | Sunset |
| 2 | III.A.6.a.(2) | Med-NR MH-PC | Med-NR MH-PC | Med-PC MH-PC | Med-NR MH-NR | Med-NC MH-PC | Med-PC MH-PC | Med-NC MH-PC | Med-NC MH-PC | Med-NC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-STC MH-STC | Med-STC MH-STC | Sunset |
| 3 | III.A.6.a.(3) | Med-NR MH-PC | Med-NR MH-PC | Med-PC MH-PC | Med-NR MH-NR | Med-PC MH-PC | Med-NR MH-NR | Med-NC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-STC MH-STC | Med-STC MH-STC | Sunset |

SCORECARD

| | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ttl Not Reviewed(NR) | 3.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 |
| Ttl NonCompliance(NC) | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 2.0 | 1.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | 0.0 | 0.0 | 3.0 | 0.0 | 2.0 | 3.0 | 1.0 | 2.0 | 1.0 | 3.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Substantial Compliance (SC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 3.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 3.0 | 0.0 |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 |
| Compliance Points Earned | 0.0 | 0.0 | 3.0 | 3.0 | 2.0 | 3.0 | 1.0 | 2.0 | 1.0 | 3.0 | 3.0 | 6.0 | 6.0 | 9.0 | 9.0 | 9.0 |
| Progress to Sunset | 0.0% | 0.0% | 33.3% | 33.3% | 22.2% | 33.3% | 11.1% | 22.2% | 11.1% | 33.3% | 33.3% | 66.7% | 66.7% | 100.0% | 100.0% | 100.0% |

### III. A. MEDICAL AND MENTAL HEALTH CARE: 7. MORTALITY & MORBIDITY REVIEWS

| III.A.7.Mortality & Morbidity Reviews | | 1st July-13 | 2nd May-14 | 3rd Oct-14 | 4th May-15 | 5th Jan-16 | 6th Jul-16 | 7th Mar-17 | 8th Dec-17 | 9th Jun-18 | 10th Mar-19 | 11th Sept-19 | 12th Oct-20 | 13th Jun-21 | 14th Apr-22 | 15th Oct-22 | 16th Aug-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | III.A.7.a. | Med-PC MH-PC | Med-NR MH-PC | Med-NR MH-NR | Med-NR MH-NR | Med-PC MH-NC | Med-PC MH-PC | Med-NC MH-NC | Med-PC MH-NC | Med-SC MH-SC | Med- PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-PC MH-PC | Med-PC MH-PC | Med-NC MH-NC | Med-SC MH-SC |
| 2 | III.A.7.b. | Med-NR MH-NC | Med-PC MH-PC | Med-NR MH-NR | Med-NR MH-NR | Med-PC MH-NC | Med-PC MH-NC | Med-NC MH-NC | Med-PC MH-NC | Med-SC MH-SC | Med- PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-PC MH-PC | Med-PC MH-PC | Med-NC MH-NC | Med-PC MH-PC |
| 3 | III.A.7.c. | Med-NR MH-NC | Med-NR MH-NC | Med-NR MH-NR | Med-NR MH-NR | Med-NC MH-NC | Med-PC MH-NC | Med-NC MH-NC | Med-NC MH-NC | Med-SC MH-PC | Med- PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-PC MH-PC | Med-PC MH-PC | Med-NC MH-NC | Med-PC MH-PC |

SCORECARD

| | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ttl Not Reviewed(NR) | 2.0 | 3.0 | 3.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl NonCompliance(NC) | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 2.0 | 3.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 0.0 |
| Ttl Partial Compliance(PC) | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 1.0 | 0.0 | 3.0 | 0.0 | 0.0 | 3.0 | 3.0 | 0.0 | 2.0 |
| Ttl Substantial Compliance (SC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 0.0 | 3.0 | 3.0 | 0.0 | 0.0 | 0.0 | 1.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Compliance Points Earned | 1.0 | 1.0 | 1.0 | 1.0 | 0.0 | 1.0 | 0.0 | 1.0 | 5.0 | 3.0 | 6.0 | 6.0 | 3.0 | 3.0 | 0.0 | 4.0 |
| Progress to Sunset | 11.1% | 11.1% | 11.1% | 11.1% | 0.0% | 11.1% | 0.0% | 11.1% | 55.6% | 33.3% | 66.7% | 66.7% | 33.3% | 33.3% | 0.0% | 44.4% |

Appendix C. Consent Agreement Compliance Ratings & Score Card, cont.

## III. B. MEDICAL CARE: 1. ACUTE CARE & DETOXIFICATION

| III.B.1. Acute Care & Detoxification | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 1 III.B.1.a. | Med-NC | Med-NR | Med-NR | Med-NR | Med-NR | Med-PC | Med-NC | Med-NC | Med-PC | Med-SC | Med-SC | Med-SC | Sunset | Sunset | Sunset | Sunset |
| 2 III.B.1.b. (See III.B.1.a.) | Med-NC | Med-NR | Med-NR | Med-NR | Med-NR | Med-PC | Med-PC | Med-PC | Med-PC | Med-SC | Med-SC | Med-SC | Sunset | Sunset | Sunset | Sunset |
| 3 III.B.1.c. | Med-NC | Med-NR | Med-NR | Med-NR | Med-NR | Med-PC | Med-NC | Med-SC | Med-SC | Med-SC | Med-SC | Med-SC | Sunset | Sunset | Sunset | Sunset |
| **SCORECARD** | | | | | | | | | | | | | | | | |
| Ttl Not Reviewed(NR) | 0.0 | 3.0 | 3.0 | 3.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 3.0 | 3.0 | 3.0 |
| Ttl NonCompliance(NC) | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 0.0 | 2.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 1.0 | 1.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Substantial Compliance (SC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 1.0 | 3.0 | 3.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 3.0 | 3.0 | 3.0 |
| Compliance Points Earned | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 1.0 | 3.0 | 4.0 | 6.0 | 6.0 | 6.0 | 9.0 | 9.0 | 9.0 | 9.0 |
| Progress to Sunset | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 33.3% | 11.1% | 33.3% | 44.4% | 66.7% | 66.7% | 66.7% | 100.0% | 100.0% | 100.0% | 100.0% |

## III. B. MEDICAL CARE: 2. CHRONIC CARE

| III.B.2. Chronic Care | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 1 III.B.2.a. | Med-NC | Med-NR | Med-NR | Med-NR | Med-NR | Med-PC | Med-NC | Med-PC | Med-PC | Med-SC | Med-SC | Med-SC | Sunset | Sunset | Sunset | Sunset |
| 2 III.B.2.b. (See III.B.2.a.) | Med-NC | Med-NR | Med-NR | Med-NR | Med-NR | Med-PC | Med-NC | Med-PC | Med-PC | Med-SC | Med-SC | Med-SC | Sunset | Sunset | Sunset | Sunset |
| **SCORECARD** | | | | | | | | | | | | | | | | |
| Ttl Not Reviewed(NR) | 0.0 | 2.0 | 2.0 | 2.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 2.0 | 2.0 | 2.0 |
| Ttl NonCompliance(NC) | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 0.0 | 2.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Substantial Compliance (SC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 2.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 2.0 | 2.0 | 2.0 |
| Compliance Points Earned | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 0.0 | 2.0 | 2.0 | 4.0 | 4.0 | 4.0 | 6.0 | 6.0 | 6.0 | 6.0 |
| Progress to Sunset | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 33.3% |  | 33.3% | 33.3% | 66.7% | 66.7% | 66.7% | 100.0% | 100.0% | 100.0% | 100.0% |

## III. B. MEDICAL CARE: 3. USE OF FORCE CARE

| III.B.3. Use of Force Care | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 1 III.B.3.a. | Med-NR / MH-NR | Med-NR / MH-NR | Med-NC / MH-NC | Med-NR / MH-NR | Med-NC / MH-NC | Med-SC / MH-NC | Med-SC / MH-PC | Med-PC / MH-PC | Med-SC / MH-SC | Med-SC / MH-SC | Med-SC / MH-SC | Med-STC / MH-STC | Sunset | Sunset | Sunset | Sunset |
| 2 III.B.3.b. | Med-NC | Med-NC | Med-NR | Med-NR | Med-NR | Med-PC | Med-NC | Med-PC | Med-SC | Med-SC | Med-SC | Med-STC | Sunset | Sunset | Sunset | Sunset |
| 3 III.B.3.c. (1) (2) (3) | Med-NR | Med-NR | Med-PC | Med-NR | Med-NR | Med-NC | Med-NC | Med-PC | Med-SC | Med-SC | Med-SC | Med-STC | Sunset | Sunset | Sunset | Sunset |
| **SCORECARD** | | | | | | | | | | | | | | | | |
| Ttl Not Reviewed(NR) | 2.0 | 2.0 | 1.0 | 3.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 3.0 | 3.0 | 3.0 |
| Ttl NonCompliance(NC) | 1.0 | 1.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | 0.0 | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Substantial Compliance (SC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 3.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 3.0 | 3.0 | 3.0 |
| Compliance Points Earned | 0.0 | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 3.0 | 6.0 | 6.0 | 6.0 | 9.0 | 9.0 | 9.0 | 9.0 | 9.0 |
| Progress to Sunset | 0.0% | 0.0% | 11.1% | 11.1% | 11.1% | 11.1% | 11.1% | 33.3% | 66.7% | 66.7% | 66.7% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

Appendix C. Consent Agreement Compliance Ratings & Score Card, cont.

### III. C. MENTAL HEALTH CARE & SUICIDE PREVENTION: 1. REFERRAL PROCESS & ACCESS TO CARE

| III.C.1. Referral Process & Access to Care | | 1st July-13 | 2nd May-14 | 3rd Oct-14 | 4th May-15 | 5th Jan-16 | 6th Jul-16 | 7th Mar-17 | 8th Dec-17 | 9th Jun-18 | 10th Mar-19 | 11th Sept-19 | 12th Oct-20 | 13th Jun-21 | 14th Apr-22 | 15th Oct-22 | 16th Aug-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | III.C.1.a.(1)(2)(3) | MH-PC | MH-NC | MH-NR | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-SC | MH-SC | MH-PC | MH-PC | MH-PC |
| 2 | III.C.1.b. | MH-PC | MH-NR | MH-NR | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-NR |
| SCORECARD | | | | | | | | | | | | | | | | | |
| Ttl Not Reviewed(NR) | | 0.0 | 1.0 | 2.0 | 2.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 |
| Ttl NonCompliance(NC) | | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | | 2.0 | 1.0 | 1.0 | 1.0 | 1.0 | 2.0 | 2.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Ttl Substantial Compliance (SC) | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 2.0 | 2.0 | 2.0 | 1.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 1.0 | 1.0 | 0.0 |
| Ttl Sunsetted | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Compliance Points Earned | | 2.0 | 1.0 | 1.0 | 1.0 | 1.0 | 2.0 | 2.0 | 2.0 | 3.0 | 3.0 | 3.0 | 5.0 | 5.0 | 4.0 | 4.0 | 4.0 |
| Progress to Sunset | | 33.3% | 16.7% | 16.7% | 16.7% | 16.7% | 33.3% | 33.3% | 33.3% | 50.0% | 66.7% | 50.0% | 83.3% | 83.3% | 66.7% | 66.7% | 66.7% |

### III. C. MENTAL HEALTH CARE & SUICIDE PREVENTION: 2. MENTAL HEALTH TREATMENT

| III.C.2. Mental Health Treatment | | 1st July-13 | 2nd May-14 | 3rd Oct-14 | 4th May-15 | 5th Jan-16 | 6th Jul-16 | 7th Mar-17 | 8th Dec-17 | 9th Jun-18 | 10th Mar-19 | 11th Sept-19 | 12th Oct-20 | 13th Jun-21 | 14th Apr-22 | 15th Oct-22 | 16th Aug-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | III.C.2.a. | MH-PC | MH-NC | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-NR |
| 2 | III.C.2.b. | MH-PC | MH-NR | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-NR |
| 3 | III.C.2.c. | MH-PC | MH-NR | MH-NR | MH-NR | MH-NC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-PC | MH-PC | MH-PC | MH-PC |
| 4 | III.C.2.d. | MH-PC | MH-PC | MH-PC | MH-NR | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-STC | MH-STC | MH-NR |
| 5 | III.C.2.e.(1)(2) | MH-PC | MH-NR | MH-NR | MH-NR | MH-NC | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-STC | MH-NR |
| 6 | III.C.2.f. | MH-PC | MH-NR | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-NR |
| 7 | III.C.2.g. | MH-NC | MH-NR | MH-NR | MH-NR | MH-NR | MH-PC | MH-NC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-STC | MH-STC | MH-NR |
| 8 | III.C.2.g.(1) | MH-NC | MH-NR | MH-NR | MH-NR | MH-NC | MH-NC | MH-SC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-NR |
| 9 | III.C.2.g.(2) | MH-PC | MH-NR | MH-NR | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-NR |
| 10 | III.C.2.g.(3) | MH-PC | MH-NR | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-NR |
| 11 | III.C.2.g.(4) | MH-PC | MH-NR | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-NR |
| 12 | III.C.2.h. | MH-PC | MH-NR | MH-NR | MH-NR | MH-PC | MH-PC | MH-NC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-NR |
| 13 | III.C.2.i. | MH-PC | MH-NR | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-STC | MH-NR |
| 14 | III.C.2.j. | MH-NC | MH-NR | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-NR |
| 15 | III.C.2.k. | MH-NR | MH-NR | MH-NR | MH-NR | MH-NC | MH-NC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-NR |
| SCORECARD | | | | | | | | | | | | | | | | | |
| Ttl Not Reviewed(NR) | | 1.0 | 14.0 | 14.0 | 14.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 14.0 |
| Ttl NonCompliance(NC) | | 4.0 | 5.0 | 5.0 | 5.0 | 8.0 | 4.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | | 10.0 | 9.0 | 9.0 | 9.0 | 7.0 | 11.0 | 10.0 | 9.0 | 7.0 | 1.0 | 1.0 | 0.0 | 1.0 | 1.0 | 1.0 | 0.0 |
| Ttl Substantial Compliance (SC) | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 6.0 | 13.0 | 7.0 | 7.0 | 1.0 | 1.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 7.0 | 8.0 | 13.0 | 13.0 | 14.0 | 14.0 |
| Ttl Sunsetted | | | | | | | | | | | | | | | | | |
| Compliance Points Earned | | 10.0 | 9.0 | 9.0 | 9.0 | 7.0 | 11.0 | 16.0 | 21.0 | 23.0 | 30.0 | 36.0 | 38.0 | 42.0 | 42.0 | 43.0 | 43.0 |
| Progress to Sunset | | 22.2% | 20.0% | 20.0% | 20.0% | 15.6% | 24.4% | 35.6% | 46.7% | 51.1% | 66.7% | 80.0% | 84.4% | 93.3% | 93.3% | 95.6% | 95.6% |

### III. C. MENTAL HEALTH CARE & SUICIDE PREVENTION: 3. SUICIDE ASSESSMENT & PREVENTION

| III.C.3. Suicide Assmt & Prevention | | 1st July-13 | 2nd May-14 | 3rd Oct-14 | 4th May-15 | 5th Jan-16 | 6th Jul-16 | 7th Mar-17 | 8th Dec-17 | 9th Jun-18 | 10th Mar-19 | 11th Sept-19 | 12th Oct-20 | 13th Jun-21 | 14th Apr-22 | 15th Oct-22 | 16th Aug-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | III.C.3.a.(1)(2)(3)(4)(5) | MH-PC | MH-PC | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-STC |
| 2 | III.C.3.b. | MH-PC | MH-NC | MH-NR | MH-NR | MH-PC | MH-NC | MH-NC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-STC |
| 3 | III.C.3.c. | MH-PC | MH-PC | MH-NR | MH-NR | MH-PC | MH-NC | MH-NC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC |
| 4 | III.C.3.d. | MH-PC | MH-NC | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-STC | MH-STC |
| 5 | III.C.3.e. | MH-PC | MH-NC | MH-NR | MH-NR | MH-NR | MH-PC | MH-NC | MH-PC | MH-PC | MH-SC | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC |
| 6 | III.C.3.f. | MH-PC | MH-PC | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-STC | MH-STC |
| 7 | III.C.3.g. | Med-NR / MH-NC | Med-NR / MH-NC | Med-NR / MH-NR | Med-PC / MH-NR | Med-PC / MH-PC | Med-PC / MH-PC | Med-C / MH-PC | Med-PC / MH-PC | Med-SC / MH-PC | Med-SC / MH-SC | Med-SC / MH-SC | Med-STC / MH-SC | Med-STC / MH-SC | Med-STC / MH-STC | Med-STC / MH-STC | Med-NR / MH-NR |
| 8 | III.C.3.h. | MH-NR | MH-NR | MH-NR | MH-NR | MH-NC | MH-NC | MH-NC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-STC |
| SCORECARD | | | | | | | | | | | | | | | | | |
| Ttl Not Reviewed(NR) | | 2.0 | 2.0 | 8.0 | 6.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7.0 |
| Ttl NonCompliance(NC) | | 0.0 | 2.0 | 2.0 | 2.0 | 4.0 | 3.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | | 6.0 | 4.0 | 3.0 | 5.0 | 4.0 | 5.0 | 4.0 | 4.0 | 8.0 | 5.0 | 2.0 | 1.0 | 0.0 | 1.0 | 1.0 | 1.0 |
| Ttl Substantial Compliance (SC) | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 0.0 | 3.0 | 6.0 | 7.0 | 5.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 6.0 | 7.0 | 7.0 | 7.0 |
| Ttl Sunsetted | | | | | | | | | | | | | | | | | |
| Compliance Points Earned | | 6.0 | 4.0 | 3.0 | 5.0 | 4.0 | 5.0 | 4.0 | 8.0 | 8.0 | 11.0 | 14.0 | 15.0 | 19.0 | 21.0 | 22.0 | 22.0 |
| Progress to Sunset | | 25.0% | 16.7% | 12.5% | 20.8% | 16.7% | 20.8% | 16.7% | 33.3% | 45.8% | 58.3% | 62.5% | 79.2% | 87.5% | 91.7% | 91.7% | 91.7% |

Appendix C. Consent Agreement Compliance Ratings & Score Card, cont.

### III. C. MENTAL HEALTH CARE & SUICIDE PREVENTION: 4. REVIEW OF DISCIPLINARY MEASURES

| III.C.4. Review of Disciplinary Measures | | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 1 | III.C.4.a.(1)(2) & b. | MH-PC | MH-NC | MH-NR | MH-NR | MH-PC | MH-PC | MH-SC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | Sunset | Sunset | Sunset | Sunset |
| SCORECARD | | | | | | | | | | | | | | | | | |
| Ttl Not Reviewed(NR) | | 0.0 | 0.0 | 1.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Ttl NonCompliance(NC) | | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | | 1.0 | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 0.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Substantial Compliance (SC) | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 1.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sunsetted | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Compliance Points Earned | | 1.0 | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 2.0 | 1.0 | 1.0 | 2.0 | 2.0 | 2.0 | 3.0 | 3.0 | 3.0 | 3.0 |
| Progress to Sunset | | 33.3% | 0.0% | 33.3% | 33.3% | 33.3% | 33.3% | 66.7% | 33.3% | 33.3% | 66.7% | 66.7% | 66.7% | 100.0% | 100.0% | 100.0% | 100.0% |

### III. C. MENTAL HEALTH CARE & SUICIDE PREVENTION: 5. MENTAL HEALTH CARE HOUSING

| III.C.5.Mental Health Care Housing | | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 1 | III.C.5.a. | MH-NC | MH-NC | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | Sunset | Sunset | Sunset |
| 2 | III.C.5.b. | MH-NC | MH-NC | MH-NR | MH-NR | MH-NC | MH-NC | MH-NC | MH-NC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | Sunset | Sunset | Sunset |
| 3 | III.C.5.c. | MH-NC | MH-NC | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | Sunset | Sunset | Sunset |
| 4 | III.C.5.d. | MH-NR | MH-PC | MH-PC | MH-NR | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | Sunset | Sunset | Sunset | Sunset |
| 5 | III.C.5.e. | MH-PC | MH-NC | MH-NR | MH-NR | MH-NC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | Sunset | Sunset | Sunset |
| SCORECARD | | | | | | | | | | | | | | | | | |
| Ttl Not Reviewed(NR) | | 0.0 | 0.0 | 4.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.0 | 5.0 | 5.0 |
| Ttl NonCompliance(NC) | | 4.0 | 4.0 | 0.0 | 0.0 | 2.0 | 1.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | | 1.0 | 1.0 | 1.0 | 0.0 | 3.0 | 4.0 | 4.0 | 4.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Substantial Compliance (SC) | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 4.0 | 5.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 5.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sunsetted | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.0 | 5.0 | 5.0 |
| Compliance Points Earned | | 1.0 | 1.0 | 1.0 | 1.0 | 3.0 | 4.0 | 4.0 | 4.0 | 7.0 | 9.0 | 10.0 | 12.0 | 15.0 | 15.0 | 15.0 | 15.0 |
| Progress to Sunset | | 6.7% | 6.7% | 6.7% | 6.7% | 20.0% | 26.7% | 20.0% | 26.7% | 46.7% | 60.0% | 66.7% | 80.0% | 100.0% | 100.0% | 100.0% | 100.0% |

### III. C. MENTAL HEALTH CARE & SUICIDE PREVENTION: 6. CUSTODIAL SEGREGATION

| III.C.6.Custodial Segregation | | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 1 | III.C.6.a.(1a) | MH-PC | MH-NR | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-NR |
| 2 | III.C.6.a.(1b) | MH-PC | MH-NR | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-NR |
| 3 | III.C.6.a.(2) | MH-PC | MH-NR | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-NR |
| 4 | III.C.6.a.(3) | MH-PC | MH-NR | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-STC | MH-NR |
| 5 | III.C.6.a.(4)i | MH-PC | MH-NR | MH-NR | MH-NR | MH-PC | MH-NC | MH-NC | MH-NC | MH-PC | MH-SC | MH-SC | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC |
| 6 | III.C.6.a.(4)ii | MH-PC | MH-NR | MH-NR | MH-NR | MH-PC | MH-NC | MH-NC | MH-NC | MH-NC | MH-SC | MH-SC | MH-PC | MH-PC | MH-PC | MH-PC | MH-NR |
| 7 | III.C.6.a.(5) | MH-NC | MH-NR | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-STC | MH-NR |
| 8 | III.C.6.a.(6) | MH-NC | MH-NR | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC |
| 9 | III.C.6.a.(7) | MH-PC | MH-NR | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-STC | MH-NR |
| 10 | III.C.6.a.(8) | MH-NC | MH-NR | MH-NR | MH-NR | MH-PC | MH-PC | MH-NC | MH-NC | MH-NC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-NR |
| 11 | III.C.6.a.(9) | MH-SC | MH-NR | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-STC | MH-NR |
| 12 | III.C.6.a.(10) | Med-NC MH-PC | Med-NR MH-NC | Med-NR MH-NR | Med-NR MH-NR | Med-PC MH-PC | Med-PC MH-PC | Med-NC MH-PC | Med-PC MH-PC | Med-SC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | MH-NR |
| 13 | III.C.6.a.(11) | MH-PC | MH-NR | MH-NR | MH-NR | MH-PC | MH-PC | MH-NC | MH-NC | MH-NC | MH-PC | MH-PC | MH-SC | MH-SC | MH-STC | MH-STC | MH-NR |
| SCORECARD | | | | | | | | | | | | | | | | | |
| Ttl Not Reviewed(NR) | | 0.0 | 11.0 | 13.0 | 13.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 10.0 |
| Ttl NonCompliance(NC) | | 4.0 | 3.0 | 4.0 | 4.0 | 0.0 | 2.0 | 8.0 | 5.0 | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | | 8.0 | 0.0 | 0.0 | 0.0 | 13.0 | 11.0 | 5.0 | 8.0 | 4.0 | 6.0 | 2.0 | 1.0 | 3.0 | 3.0 | 3.0 | 3.0 |
| Ttl Substantial Compliance (SC) | | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 | 7.0 | 11.0 | 12.0 | 4.0 | 1.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 | 9.0 | 10.0 | 10.0 |
| Ttl Sunsetted | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Compliance Points Earned | | 10.0 | 10.0 | 9.0 | 9.0 | 13.0 | 11.0 | 5.0 | 8.0 | 8.0 | 20.0 | 24.0 | 25.0 | 29.0 | 32.0 | 33.0 | 33.0 |
| Progress to Sunset | | 25.6% | 25.6% | 23.1% | 23.1% | 33.3% | 28.2% | 12.8% | 20.5% | 20.5% | 51.3% | 61.5% | 64.1% | 74.4% | 82.1% | 84.6% | 84.6% |

Appendix C. Consent Agreement Compliance Ratings & Score Card, cont.

**III. C. MENTAL HEALTH CARE & SUICIDE PREVENTION: 7. STAFFING & TRAINING**

| III.C.7.Staffing & Training | | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 1 | III.C.7.a. | MH-PC | MH-PC | MH-NR | MH-NR | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-STC | MH-STC | Sunset | Sunset | Sunset | Sunset |
| 2 | III.C.7.b. | MH-NR | MH-PC | MH-NR | MH-NR | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-STC | MH-STC | Sunset | Sunset | Sunset | Sunset |
| 3 | III.C.7.c. | MH-NC | MH-PC | MH-NR | MH-NR | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | MH-STC | MH-STC | Sunset | Sunset | Sunset | Sunset |
| 4 | III.C.7.d. | MH-NR | MH-PC | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | Sunset | Sunset | Sunset | Sunset |
| 5 | III.C.7.e. | MH-PC | MH-PC | MH-NR | MH-NR | MH-SC | MH-SC | MH-SC | MH-SC | MH-SC | MH-SC | MH-SC | MH-SC | Sunset | Sunset | Sunset | Sunset |
| 6 | III.C.7.f. | MH-NC | MH-NR | MH-NR | MH-NR | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | Sunset | Sunset | Sunset | Sunset |
| 7 | III.C.7.g.(1)(2)(3) | MH-NC | MH-NR | MH-NR | MH-NR | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | Sunset | Sunset | Sunset | Sunset |
| 8 | III.C.7.h. | MH-PC | MH-PC | MH-NR | MH-NR | MH-NC | MH-PC | MH-NC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | Sunset | Sunset | Sunset | Sunset |

**SCORECARD**

| | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ttl Not Reviewed(NR) | 2.0 | 2.0 | 8.0 | 8.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 8.0 | 8.0 | 8.0 | 8.0 |
| Ttl NonCompliance(NC) | 3.0 | 2.0 | 2.0 | 2.0 | 1.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | 3.0 | 6.0 | 6.0 | 6.0 | 4.0 | 5.0 | 1.0 | 2.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Substantial Compliance (SC) | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 3.0 | 6.0 | 3.0 | 4.0 | 2.0 | 2.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 3.0 | 6.0 | 6.0 | 7.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 8.0 | 8.0 | 8.0 | 8.0 |
| Compliance Points Earned | 3.0 | 6.0 | 6.0 | 6.0 | 10.0 | 11.0 | 13.0 | 17.0 | 18.0 | 22.0 | 22.0 | 23.0 | 24.0 | 24.0 | 24.0 | 24.0 |
| Progress to Sunset | 12.5% | 25.0% | 25.0% | 25.0% | 41.7% | 45.8% | 54.2% | 70.8% | 75.0% | 91.7% | 91.7% | 95.8% | 100.0% | 100.0% | 100.0% | 100.0% |

**III. C. MENTAL HEALTH CARE & SUICIDE PREVENTION: 8. SUICIDE PREVENTION TRAINING**

| III.C.8.Suicide Prevention Training | | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 1 | III.C.8.a.(1–9) | MH-NC | MH-NC | MH-PC | MH-NR | MH-NC | MH-NC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | Sunset | Sunset | Sunset | Sunset |
| 2 | III.C.8.b. | MH-NC | MH-NC | MH-PC | MH-NR | MH-NC | MH-NC | MH-PC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | Sunset | Sunset | Sunset | Sunset |
| 3 | III.C.8.c. | MH-NC | MH-NC | MH-PC | MH-NR | MH-NC | MH-NC | MH-SC | MH-SC | MH-SC | MH-STC | MH-STC | MH-STC | Sunset | Sunset | Sunset | Sunset |
| 4 | III.C.8.d. | MH-NC | MH-NC | MH-PC | MH-NR | MH-PC | MH-PC | MH-SC | MH-SC | MH-PC | MH-SC | MH-SC | MH-SC | Sunset | Sunset | Sunset | Sunset |

**SCORECARD**

| | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ttl Not Reviewed(NR) | 0.0 | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 | 4.0 | 4.0 | 4.0 |
| Ttl NonCompliance(NC) | 4.0 | 4.0 | 0.0 | 0.0 | 3.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | 0.0 | 0.0 | 4.0 | 4.0 | 1.0 | 1.0 | 2.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Substantial Compliance (SC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 4.0 | 3.0 | 3.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 3.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 | 4.0 | 4.0 | 4.0 |
| Compliance Points Earned | 0.0 | 0.0 | 4.0 | 4.0 | 1.0 | 1.0 | 6.0 | 8.0 | 7.0 | 9.0 | 11.0 | 11.0 | 12.0 | 12.0 | 12.0 | 12.0 |
| Progress to Sunset | 0.0% | 0.0% | 33.3% | 33.3% | 8.3% | 8.3% | 50.0% | 66.7% | 58.3% | 75.0% | 91.7% | 91.7% | 100.0% | 100.0% | 100.0% | 100.0% |

**III. C. MENTAL HEALTH CARE & SUICIDE PREVENTION: 9. RISK MANAGEMENT**

| III.C.9.Risk Management | | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 1 | III.C.9.a. | MH-NR | MH-PC | MH-NR | MH-NR | MH-NC | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | Sunset | Sunset | Sunset | Sunset |
| 2 | III.C.9.b. (1)(2)(3)(4) | MH-NR | MH-PC | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | Sunset | Sunset | Sunset | Sunset |
| 3 | III.C.9.c. (1)(2)(3)(4)(5) | MH-NR | MH-PC | MH-NR | MH-NR | MH-NC | MH-NC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-STC | Sunset | Sunset | Sunset | Sunset |
| 4 | III.C.9.d. (1)(2)(3)(4)(5)(6) | MH-NR | MH-PC | MH-NR | MH-NR | MH-PC | MH-PC | MH-PC | MH-PC | MH-PC | MH-SC | MH-SC | MH-SC | Sunset | Sunset | Sunset | Sunset |

**SCORECARD**

| | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ttl Not Reviewed(NR) | 4.0 | 0.0 | 4.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 | 4.0 | 4.0 | 4.0 |
| Ttl NonCompliance(NC) | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | 0.0 | 4.0 | 0.0 | 0.0 | 1.0 | 3.0 | 4.0 | 4.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Substantial Compliance (SC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 | 4.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 | 4.0 | 4.0 | 4.0 |
| Compliance Points Earned | 0.0 | 4.0 | 4.0 | 4.0 | 1.0 | 3.0 | 4.0 | 4.0 | 5.0 | 8.0 | 8.0 | 9.0 | 12.0 | 12.0 | 12.0 | 12.0 |
| Progress to Sunset | 0.0% | 33.3% | 33.3% | 33.3% | 8.3% | 25.0% | 33.3% | 33.3% | 41.7% | 66.7% | 66.7% | 75.0% | 100.0% | 100.0% | 100.0% | 100.0% |

Appendix C. Consent Agreement Compliance Ratings & Score Card, cont.

| III. D. AUDITS & CONTINUOUS IMPROVEMENT: 1. SELF AUDITS | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| III.D.1.Self Audits | | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
| | | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 1 | III.D.1.b. | Med-NR MH-PC | Med-NR MH-PC | Med-NR MH-NR | Med-NR MH-NR | Med-PC MH-NC | Med-PC MH-PC | Med-NC MH-NC | Med-NC MH-NC | Med-PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-SC MH-SC | Sunset | Sunset | Sunset | Sunset |
| 2 | III.D.1.c. | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NC MH-NC | Med-NC MH-NC | Med-NC MH-NC | Med-PC MH-PC | Med-PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-SC MH-SC | Sunset | Sunset | Sunset | Sunset |
| SCORECARD | | | | | | | | | | | | | | | | | |
| Ttl Not Reviewed(NR) | | 2.0 | 2.0 | 2.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 2.0 | 2.0 | 2.0 |
| Ttl NonCompliance(NC) | | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 1.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 1.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Substantial Compliance (SC) | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 2.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sunsetted | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 2.0 | 2.0 | 2.0 |
| Compliance Points Earned | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 1.0 | 2.0 | 4.0 | 4.0 | 4.0 | 6.0 | 6.0 | 6.0 | 6.0 |
| Progress to Sunset | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 16.7% | 0.0% | 16.7% | 33.3% | 66.7% | 66.7% | 66.7% | 100.0% | 100.0% | 100.0% | 100.0% |

| III. D. AUDITS & CONTINUOUS IMPROVEMENT: 2. BI-ANNUAL REPORTS | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| III.D.2. Bi-Annual Reports | | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
| | | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 1 | III. D. 2 a. (1) (2) | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NC MH-NC | Med-PC MH-NC | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-SC MH-SC | Sunset | Sunset | Sunset | Sunset |
| 2 | III.D.2.a. (3) | | | MH-NR | MH-NR | MH-PC | MH-NC | MH-PC | Med-PC MH-PC | Med-PC MH-PC | MH-SC | MH-SC | MH-SC | Sunset | Sunset | Sunset | Sunset |
| 3 | III. D. 2. a. (4) | | | MH-NR | MH-NR | MH-NC | MH-NC | MH-NC | Med-PC MH-PC | Med-PC MH-PC | MH-SC | MH-SC | MH-SC | Sunset | Sunset | Sunset | Sunset |
| 4 | III. D. 2. a. (5) | | | MH-NR | MH-NR | MH-PC | MH-NC | MH-PC | Med-PC MH-PC | Med-PC MH-PC | MH-SC | MH-SC | MH-SC | Sunset | Sunset | Sunset | Sunset |
| 5 | III. D. 2. a. (6) | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-SC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-SC MH-SC | Sunset | Sunset | Sunset | Sunset |
| 6 | III.D. 2. b. (See III. D. 1. c.) | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NC MH-NC | Med-PC MH-NC | Med-NC MH-NC | Med-PC MH-PC | Med-PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-SC MH-SC | Sunset | Sunset | Sunset | Sunset |
| SCORECARD | | | | | | | | | | | | | | | | | |
| Ttl Not Reviewed(NR) | | 6.0 | 6.0 | 6.0 | 6.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 | 6.0 | 6.0 | 6.0 |
| Ttl NonCompliance(NC) | | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 5.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 1.0 | 4.0 | 6.0 | 6.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Substantial Compliance (SC) | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 | 6.0 | 6.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sunsetted | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 | 6.0 | 6.0 | 6.0 |
| Compliance Points Earned | | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 1.0 | 4.0 | 6.0 | 6.0 | 12.0 | 12.0 | 12.0 | 18.0 | 18.0 | 18.0 | 18.0 |
| Progress to Sunset | | 0.0% | 0.0% | 0.0% | 0.0% | 16.7% | 5.6% | 22.2% | 33.3% | 33.3% | 66.7% | 66.7% | 66.7% | 100.0% | 100.0% | 100.0% | 100.0% |

Appendix C. Consent Agreement Compliance Ratings & Score Card, end.

| IV. Compliance & Quality Improvement | | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| 1 | IV. A. | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-PC MH-NR | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-SC MH-SC | Sunset | Sunset | Sunset | Sunset |
| 2 | IV. B. | Med-PC MH-PC | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-PC MH-PC | Med-NC MH-NC | Med-NC MH-NC | Med-SC MH-SC | Med-SC MH-SC | Med-SC MH-SC | Med-STC MH-STC | Sunset | Sunset | Sunset | Sunset |
| 3 | IV. C. | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-PC MH-PC | Med-PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-SC MH-SC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Sunset | Sunset | Sunset | Sunset |
| 4 | IV. D. | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-NR MH-NR | Med-PC MH-PC | Med-PC MH-PC | Med-SC MH-SC | Med-SC MH-SC | Med-SC MH-SC | Med-STC MH-STC | Med-STC MH-STC | Med-STC MH-STC | Sunset | Sunset | Sunset | Sunset |
| SCORECARD | | | | | | | | | | | | | | | | | |
| Ttl Not Reviewed(NR) | | 3.0 | 4.0 | 4.0 | 4.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 | 4.0 | 4.0 | 4.0 |
| Ttl NonCompliance(NC) | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Partial Compliance(PC) | | 1.0 | 1.0 | 1.0 | 1.0 | 4.0 | 4.0 | 1.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Substantial Compliance (SC) | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 2.0 | 3.0 | 2.0 | 2.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 2.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ttl Sunsetted | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 | 4.0 | 4.0 | 4.0 |
| Compliance Points Earned | | 1.0 | 1.0 | 1.0 | 1.0 | 4.0 | 4.0 | 5.0 | 5.0 | 7.0 | 10.0 | 10.0 | 11.0 | 12.0 | 12.0 | 12.0 | 12.0 |
| Progress to Sunset | | 8.3% | 8.3% | 8.3% | 8.3% | 33.3% | 33.3% | 41.7% | 41.7% | 58.3% | 83.3% | 83.3% | 91.7% | 100.0% | 100.0% | 100.0% | 100.0% |

| MDCR CONSENT AGREEMENT SCORE CARD SUMMARY | | | | | | | | | | | | Pandemic (Mar 2020-Mar 2023) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Report | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th | 12th | 13th | 14th | 15th | 16th |
| Month Year Reported | July-13 | May-14 | Oct-14 | May-15 | Jan-16 | Jul-16 | Mar-17 | Dec-17 | Jun-18 | Mar-19 | Sept-19 | Oct-20 | Jun-21 | Apr-22 | Oct-22 | Aug-23 |
| Ttl Not Reviewed(NR) | 41.0 | 79.0 | 92.0 | 105.0 | 36.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 46.0 | 51.0 | 51.0 | 104.0 |
| Ttl NonCompliance(NC) | 28.0 | 30.0 | 28.0 | 25.0 | 40.0 | 35.0 | 46.0 | 17.0 | 7.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 0.0 |
| Ttl Partial Compliance(PC) | 46.0 | 54.0 | 60.0 | 65.0 | 62.0 | 73.0 | 50.0 | 72.0 | 61.0 | 21.0 | 10.0 | 1.0 | 9.0 | 11.0 | 9.0 | 11.0 |
| Ttl Substantial Compliance (SC) | 1.0 | 0.0 | 2.0 | 2.0 | 5.0 | 6.0 | 17.0 | 24.0 | 43.0 | 83.0 | 81.0 | 67.0 | 15.0 | 3.0 | 0.0 | 0.0 |
| Ttl Sustained Compliance(STC) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 5.0 | 12.0 | 25.0 | 48.0 | 46.0 | 51.0 | 53.0 | 50.0 |
| Ttl Sunsetted | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 46.0 | 51.0 | 51.0 | 54.0 |
| Compliance Points Earned | 48.0 | 54.0 | 64.0 | 69.0 | 72.0 | 85.0 | 84.0 | 129.0 | 162.0 | 223.0 | 247.0 | 279.0 | 315.0 | 323.0 | 321.0 | 325.0 |
| Progress to Sunset | 13.8% | 15.5% | 18.4% | 19.8% | 20.7% | 24.4% | 24.1% | 37.1% | 46.6% | 64.1% | 71.0% | 80.2% | 90.5% | 92.8% | 92.2% | 93.4% |