UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-cv-21570-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIAMI-DADE COUNTY, THE BOARD
OF COUNTY COMMISSIONERS, *et al.*,

    Defendants.

_____/

**ORDER TO SHOW CAUSE**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On May 1, 2024, this Court received the United States' Progress Report, ECF No. [269], bringing to the Court's attention an inmate suicide that occurred less than 24 hours after the inmate was booked into jail. While the Defendants conducted a timely mortality review, they determined that the "review of the case does not indicate any omissions or commissions that would have precipitated this tragic event." ECF No. [269-1] at 3. Notwithstanding that conclusion, Defendants made certain corrective actions regarding the physical layout of their detox unit, and the United States, together with the monitoring team, offered *additional* substantive corrective actions that it deemed necessary, which it claims Defendants accepted.

This Court remains deeply concerned about the processes in place to appropriately address the treatment of inmates with mental health conditions. At the last status conference, the Defendants represented that MDCR and CHS would be working directly with the Miami Center for Mental Health and Recovery that was to be fully funded and operational in early 2024. On November 6, 2023, to enable MDCR and CHS to have all questions answered, the Court arranged

Case No. 13-cv-21570-BLOOM

a comprehensive tour of that facility. To date, that facility is not operational, is not working with MDCR and CHS, and provides no services to inmates with mental health conditions.

Accordingly, it is **ORDERED AND ADJUDGED** that the Court will hold a hearing regarding the appropriate evaluation and treatment of inmates with mental health conditions and the reasons why the Miami Center for Mental Health and Recovery has yet to become operational and working directly with MDCR and CHS. The hearing shall be held on **June 11, 2024 at 3:00 p.m. at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida 33128**. At the hearing, the Defendants shall show cause as to why, despite its representations to the contrary, the Miami Center for Mental Health and Recovery has not been operational and what processes are in place to prevent additional suicides and to appropriately address the treatment of persons with mental health conditions.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 3, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record