UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-cv-21570-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIAMI-DADE COUNTY, THE BOARD
OF COUNTY COMMISSIONERS, *et al.*,

    Defendants.
_____/

## DEFENDANT MIAMI-DADE COUNTY'S NOTICE OF STRIKING ECF NO. 274

Counsel for Defendant Miami-Dade County, the Board of County Commissioners, and the Miami-Dade County Public Health Trust gives notice to the Clerk of Court to strike ECF No. 274 and the attachment thereto as the Notice of Filing contains the wrong attorney signature.

Dated: October 18, 2024

                                                    RESPECTFULLY SUBMITTED,

                                                    GERALDINE BONZON-KEENAN
                                                    Miami-Dade County Attorney
                                                    Stephen P. Clark Center
                                                    111 N.W. 1st Street, Suite 2810
                                                    Miami, Florida 33128

By:    */s/ Ben Simon*
Benjamin D. Simon
Florida Bar No. 643378
email: bdsimon@miamidade.gov
Bernard Pastor
Florida Bar No. 0046582
e-mail: pastor@miamidade.gov
Assistant County Attorneys
Phone: (305) 375-5151
Fax: (305) 375-5611
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

*/s/ Ben Simon*
Benjamin D. Simon
Assistant County Attorney

## SERVICE LIST

*United States of America v. Miami-Dade County, et al.,*
United States District Court, Southern District of Florida
Case No. 13-cv-21570-Bloom

MARKENZY LAPOINTE
United States Attorney
Southern District of Florida

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

REGAN RUSH
Acting Chief
Civil Rights Division
Special Litigation Section

VERONICA HARRELL-JAMES
Assistant U.S. Attorney
U.S. Attorney's Office
Southern District of Florida
101 South U.S. Highway 1
Suite 3100
Fort Pierce, Florida  34950
Florida Bar No. 644791
Veronica.Harrell-James@usdoj.gov
(772) 293-0982

LAURA L. COWALL (DC #481379)
Deputy Chief
laura.cowall@usdoj.gov
(202) 514-1089
(202) 514-0212 (fax)

WILLIAM MADDOX
Trial Attorney
United States Department of Justice
Civil Rights Division
Special Litigation Section
150 M Street, N.E.
Washington, DC 20002
Special Florida Bar No. A5502483
William.maddox@usdoj.gov
(202) 514-6251
(202) 514-0212 (fax)

BERNARD PASTOR
BENJAMIN D. SIMON
Assistant County Attorneys
Stephen P. Clark Center, Suite 2810
111 N.W. 1st Street
Miami, Florida 33128-1993
Tel: (305) 375-1506
Fax: (305) 375-5611
Pastor@miamidade.gov
Bdsimon@miamidade.gov