**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 13-cv-21570-BLOOM**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MIAMI-DADE COUNTY, THE BOARD
OF COUNTY COMMISSIONERS, *et al.*,

      Defendants.

_____/

## PARTIES' NOTICE OF TERMINATION OF SETTLEMENT AGREEMENT

Plaintiff, United States of America, and Defendants, Miami-Dade County, the Board of County Commissioners of Miami-Dade County, and the Public Health Trust of Miami-Dade County, hereby give notice of the following:

1.      The United States and the Defendants filed a Joint Motion for Entry of Consent Agreement [ECF No. 5] and Consent Agreement ("Consent Agreement") that was approved by the Court on May 22, 2013 [ECF No. 9].

2.      The Consent Agreement pertains to inmate conditions of confinement, including the provision of medical care, mental health care, and suicide prevention.

3.      On April 30, 2013, the parties also entered into a separate Settlement Agreement, which requires Defendants to take specific remedial measures in the Miami-Dade County jails in the areas of protection from harm, fire and life safety, and inmate grievances.

4.      Section VII.C of the Settlement Agreement specifically provides that "an individual substantive provision in this Agreement shall terminate after DOJ finds that the County maintained sustained substantial compliance of that provision for a period of 18 months."

5.      The parties advise the Court that the following individual substantive provisions of

1

the Settlement Agreement have reached and maintained substantial compliance for at least eighteen (18) months, specifically since May of 2023, and therefore have achieved sustained compliance and are terminated by agreement of the parties:  III.A.1.a.(2) (Safety & Supervision), III.A.1.a.(11) (Safety & Supervision), III.A.3. (Sexual Misconduct), PFH III.D.1.a.b. (Audits & Continuous Improvement), PFH III.D.2.a.b. (Audits & Continuous Improvement), and PFH IV.B. (Compliance & Quality Improvement).

6.      The aforementioned provisions of the Settlement Agreement were the last remaining provisions to be terminated.  Thus, the Settlement Agreement is now terminated in its entirety and there should be no further monitoring or assessment of its requirements by the Independent Monitor.

7.      The Consent Agreement remains pending.

WHEREFORE, United States and Miami-Dade County, the Board of County Commissioners of Miami-Dade County, and the Public Health Trust of Miami-Dade County, notify this Court of the termination of the Settlement Agreement.

Dated: November 19, 2024

RESPECTFULLY SUBMITTED,

GERALDINE BONZON-KEENAN
Miami-Dade County Attorney
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128

By:    */s/ Ben Simon*
      Benjamin D. Simon
      Florida Bar No. 643378
      email: bdsimon@miamidade.gov
      Bernard Pastor
      Florida Bar No. 0046582
      e-mail: pastor@miamidade.gov
      Assistant County Attorneys
      Phone: (305) 375-5151
      Fax: (305) 375-5611
      Attorneys for Defendants

**FOR THE UNITED STATES**

MARKENZY LAPOINTE
United States Attorney
Southern District of Florida

VERONICA HARRELL-JAMES
Assistant U.S. Attorney
U.S. Attorney's Office
Southern District of Florida
101 South U.S. Highway 1
Suite 3100
Fort Pierce, Florida  34950
Florida Bar No. 644791
Veronica.Harrell-James@usdoj.gov
(772) 293-0982

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

REGAN RUSH
Acting Chief
Civil Rights Division
Special Litigation Section

LAURA L. COWALL (DC #481379)
Deputy Chief
laura.cowall@usdoj.gov
(202) 514-1089
(202) 514-0212 (fax)

/s/ William G. Maddox
WILLIAM G. MADDOX (DC #421564)
Trial Attorney
United States Department of Justice
Civil Rights Division
Special Litigation Section
150 M Street, N.E.
Washington, DC 20002
Special Florida Bar No. A5502483

William.maddox@usdoj.gov
(202) 514-6251
(202) 514-0212 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2024, I electronically filed the foregoing document

with the Clerk of Court using CM/ECF.

*/s/ Ben Simon*
Benjamin D. Simon
Assistant County Attorney

## SERVICE LIST

*United States of America v. Miami-Dade County, et al.,*
United States District Court, Southern District of Florida
Case No. 13-cv-21570-Bloom

MARKENZY LAPOINTE
United States Attorney
Southern District of Florida

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

REGAN RUSH
Acting Chief
Civil Rights Division
Special Litigation Section

VERONICA HARRELL-JAMES
Assistant U.S. Attorney
U.S. Attorney's Office
Southern District of Florida
101 South U.S. Highway 1
Suite 3100
Fort Pierce, Florida  34950
Florida Bar No. 644791
Veronica.Harrell-James@usdoj.gov
(772) 293-0982

LAURA L. COWALL (DC #481379)
Deputy Chief
laura.cowall@usdoj.gov
(202) 514-1089
(202) 514-0212 (fax)

WILLIAM MADDOX
Trial Attorney
United States Department of Justice
Civil Rights Division
Special Litigation Section
150 M Street, N.E.
Washington, DC 20002
Special Florida Bar No. A5502483
William.maddox@usdoj.gov
(202) 514-6251
(202) 514-0212 (fax)

BERNARD PASTOR
BENJAMIN D. SIMON
Assistant County Attorneys
Stephen  P. Clark Center, Suite 2810
111  N.W. 1st Street
Miami, Florida 33128-1993
Tel: (305) 375-1506
Fax: (305) 375-5611
Pastor@miamidade.gov
Bdsimon@miamidade.gov