UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-cv-21570-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,
v.

MIAMI-DADE COUNTY, THE BOARD
OF COUNTY COMMISSIONERS, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. The parties have filed a Joint Motion for Termination of Consent Decree and to Dismiss with Prejudice, ECF No. [285]. The Consent Agreement pertains to inmate conditions of confinement, including the provision of medical care, mental health care, and suicide prevention. This Court has been monitoring compliance with all provisions of the Consent Decree for many years.

On October 25, 2024, the Court ordered the United States to file a progress report on April 8, 2025, providing an update on whether Defendants are in substantial compliance with the Consent Agreement, after visiting the Miami Center for Mental Health and Recovery ("the Center") in March 2025. ECF No. [279]. In its Compliance Report, the United States reports that it worked with the Monitoring Team in its assessment of the Miami-Dade County Jail and visited the Center. Moreover, the United States spoke with Cathy Burgos, the Chief Community Services Officer for the Office of the Mayor of Miami-Dade County, and Judge Steve Leifman concerning the status of the Center. Defendants represented that the Center will be open in 2025 but are not able to provide a more concrete target date. As this Court advised, the opening of the Center is a critical component of sustained care of inmates with serious mental health conditions.

Case No. 13-cv-21570-BLOOM

While it appears that the Defendants have made significant improvements in the condition of the Jail, it is by no means an ideal setting for people with serious mental illnesses, particularly those with psychotic disorders. As is well documented, the jail setting for people with psychotic disorders often exacerbates symptoms and puts those individuals at greater risk of suicide and harm. As the below data supports, most of these individuals are eligible for diversion. For this to happen, however, the Center must be open and operational.

It is worth noting that, during the period of time the parties sought to achieve compliance with the Consent Decree, the jail mental health population in the Miami-Dade County has grown at a rate of 6% per year. Between 2020 and 2024, the average daily population of inmates with identified mental health needs increased by 57%. As a percentage of the overall inmate population, inmates with mental illnesses grew from 54% of the total inmate population in 2015 to 74% in 2024, including 4 consecutive months in 2023 at or above 80% of the total inmate population.

It is well documented that Miami-Dade County spends on average $1.2 million per day or $442 million per year to house an average daily population of 3,500 individuals in jail with mental illnesses. Over the last 5 years, 16,405 individuals accounted for a total of 1,274,920 days, or 3,493 years, in Miami-Dade County Jail mental health cells at an estimated cost of $414 million. Those individuals were eligible for diversion from the jail to a treatment facility or program. Unfortunately, a lack of capacity in our community for the most acutely ill population made it impossible to move many of these individuals from the jail to the community. Of this population, a total of 1,049 individuals (6% of all diversion eligible inmates) were arrested and booked into a mental health cell on five or more occasions. The number of jail bookings ranged from 5 to 40, with an average of 7.4 bookings per recidivist. These individuals accounted for 7,759 bookings (26% of all diversion eligible inmates) and 273,295 jail bed days (21% of all diversion-eligible inmates). Eighty-nine percent had histories of homelessness and cost taxpayers $17.7 million per

year, or $88.8 million over five years. Reducing recidivism and diverting these individuals from the criminal justice system would save Miami-Dade County nearly 55,000 jail bed days annually.

The exorbitant cost of warehousing people with serious mental illnesses in the county jail relates to the fact that many, if not most of this population also have serious co-morbid health issues such as heart disease, cancer and diabetes. While incarcerated, they are not eligible for Medicaid or insurance. Miami-Dade County is 100% financially responsible for their primary and psychiatric health treatment while they are in jail. Diversion on the other hand, allows the county to reduce expenses by leveraging Medicaid once they are diverted out of the jail.

The Center, a first-of-its-kind mental health diversion facility, will create a comprehensive and coordinated system of care for individuals with serious mental illnesses who are frequent and costly recidivists to the criminal justice system, acute care medical and mental health treatment systems, and chronic homelessness. Most of the individuals who will be served in the Center will be eligible for Medicaid. The Center will operate from a fully renovated facility designed to house services that are difficult to access or unavailable elsewhere in the community. The building will include a central receiving center, an integrated crisis stabilization unit and addiction receiving facility, various levels of residential treatment, day treatment and day activity programs, outpatient behavioral health and primary care, dental, optometry and podiatry services, vocational rehabilitation and employment services, classrooms and educational spaces, transitional housing and housing assistance, a courtroom, and space for legal and social service agencies. By housing a comprehensive array of services and supports in one location, and providing reentry assistance upon discharge, many of the barriers to navigating community mental health and social services will be eliminated. Critically, it will also substantially reduce the risk of suicide and harm to a vulnerable population.

Case No. 13-cv-21570-BLOOM

Accordingly, it is **ORDERED AND ADJUDGED** that

1. The Court **DEFERS RULING** on the Joint Motion for Termination of Consent Decree and to Dismiss with Prejudice, **ECF No. [285].**

2. The Parties shall submit a Report, **no later than July 18, 2025**, advising the Court of:

    a. The specific date on which the Center will open;

    b. The plan established by the coordinated efforts of the Miami-Dade County Jail and the Center to refer eligible members of the mental health population from the Miami-Dade County Jail to the Center.

3. The hearing scheduled for April 11, 2025 at 1:00 p.m. is **RESCHEDULED** for **July 24, 2025 at 1:00 p.m**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 10, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record